**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter ___11___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | M&M Custard, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA  Freddy's Frozen Custard & Steakburgers |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-3355504 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> 7111 West 151st Street, Suite 112 <br> Overland Park, KS 66223 <br> Number, Street, City, State & ZIP Code <br><br> Johnson <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://scoopingsmiles.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 1

| Debtor | M&M Custard, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

List all cases. If more than 1,
attach a separate list

| Debtor | _____ | When | _____ | Relationship | _____ |
| District | | | | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 13, 2025
                        MM / DD / YYYY

**X** /s/ Eric H. Cole                                          Eric H. Cole
_____              _____
Signature of authorized representative of debtor            Printed name

Title    Managing Member
            _____

**18. Signature of attorney**

**X** /s/ Colin N. Gotham                          Date    November 13, 2025
_____                      MM / DD / YYYY
Signature of attorney for debtor

Colin N. Gotham KS#19538; MO#52343
_____
Printed name

Evans & Mullinix, P.A.
_____
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
_____
Number, Street, City, State & ZIP Code

Contact phone    (913) 962-8700          Email address    cgotham@emlawkc.com

KS#19538; MO#52343 KS
_____
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | M&M Custard, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Equity Bank 7701 East Kellogg Wichita, KS 67207-7000 | | All inventory, equipment, accounts, chattel paper, instruments, documents, deposit accounts, investment property, money, other rights to payment & per | | $23,500,000.00 | $15,000,000.00 | $8,500,000.00 |
| Budderfly LLC PO Box 25197 New York, NY 10087-5197 | | Business Debt | Disputed | | | $869,940.00 |
| U.S. Foods 1829 Solution Center Chicago, IL 60677-1008 | | Business Debt | | | | $524,282.19 |
| West Side Investment, LLC 5602 West 147th Terrace Overland Park, KS 66223 | | Insider Loan | | | | $400,000.00 |
| Eric H. Cole 9518 West 151st Terrace Overland Park, KS 66221 | | Insider Loan | | | | $350,000.00 |
| Steven Nordstrom 5602 W. 147th Terrace Overland Park, KS 66223 | | Insider Loan | | | | $350,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Eric H. Cole 9518 West 151st Terrace Overland Park, KS 66221 | | Insider Loan | | | | $200,000.00 |
| Steven Nordstrom 5602 W. 147th Terrace Overland Park, KS 66223 | | Insider Loan | | | | $200,000.00 |
| Flowers Food PO Box 847871 Dallas, TX 75284 | | Business Debt | | | | $91,733.62 |
| Retail Data System Southwest 1939 Westridge Dr Irving, TX 75038 | | Business Debt | | | | $71,522.51 |
| Hockenbergs PO Box 6939 Carol Stream, IL 60197-6939 | | Business Debt | | | | $70,879.20 |
| St. Charles County, Missouri Collectors's Office 201 North 2nd Street Suite 134 Saint Charles, MO 63301 | | Real Estate & Personal Property Taxes | | | | $63,570.35 |
| Payne & Jones Law Offices P.O. Box 25625 Overland Park, KS 66225-5625 | | Business Debt | | | | $57,661.96 |
| Jackson County, Missouri Collectors's Office 415 East 12th Street Suite 100 Kansas City, MO 64106 | | Real Estate & Personal Property Taxes | | | | $50,993.00 |
| St. Louis County, Missouri Collectors's Office 41 South Central Avenue Clayton, MO 63105 | | Real Estate & Personal Property Taxes | | | | $48,373.67 |
| Johnson County, Kansas Collectors's Office 111 South Cherry Street Olathe, KS 66061 | | Personal Property & Real Estate Taxes | | | | $46,625.43 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fayette County, Kentucky Tax Collection PO Box 34148 Lexington, KY 40588-4148 | | Real Estate & Personal Property Taxes | | | | $42,497.89 |
| Jackson County Treasurer - Illinois Courthouse - 1st Floor PO Box 430 Murphysboro, IL 62966-0430 | | Real Estate & Personal Property Taxes | | | | $42,332.42 |
| MidMO Commercial Services LLC 123 Cedar Falls Ct. Columbia, MO 65203 | | Business Debt | | | | $39,500.25 |
| Ong & Company 9225 Indian Creek Pkwy, Ste 100 Overland Park, KS 66210 | | Business Debt | | | | $38,075.00 |

Fill in this information to identify the case:

Debtor name   M&M Custard, LLC

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | $61,500.00 |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Arvest Bank - Gardner | Checking | 6003 | $0.00 |
| 3.2. | Bank of Missouri - St. Robert | Checking | 7672 | $0.00 |
| 3.3. | Central Bank of Boone County - Columbia | Checking | 1923 | $0.00 |
| 3.4. | Commerce Bank - Columbia South | Checking | 2941 | $0.00 |
| 3.5. | Commerce Bank - Florissant | Checking | 6226 | $0.00 |
| 3.6. | Commerce Bank - Martin City | Checking | 5749 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 3.7. | Equity Bank - Sedalia | Checking | 7618 | $0.00 |
| 3.8. | Equity Bank M&M Custard Chrome | Money Market | 5897 | $0.00 |
| 3.9. | Equity Bank Main Operating | Checking | 7642 | $100,000.00 |
| 3.10. | Equity Bank Payables | Checking | 7626 | $0.00 |
| 3.11. | Equity Bank Real Estate & Property Tax MMA | Money Market | 4302 | $0.00 |
| 3.12. | Fifth Third Bank - Bloomington | Checking | 3518 | $0.00 |
| 3.13. | Fifth Third Bank - Franklin | Checking | 3526 | $0.00 |
| 3.14. | Fifth Third Bank - Homewood, IL | Checking | 4888 | $0.00 |
| 3.15. | Fifth Third Bank - Lake Zurich | Checking | 1352 | $0.00 |
| 3.16. | Fifth Third Bank - Montgomery, IL | Checking | 1032 | $0.00 |
| 3.17. | Fifth Third Bank - Richmond | Checking | 3682 | $0.00 |
| 3.18. | Fifth Third Bank - Romeoville | Checking | 4275 | $0.00 |
| 3.19. | First Horizon - Jackson | Checking | 0870 | $0.00 |
| 3.20. | First Mid Bank & Trust - Lake St. Louis | Checking | 2316 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 3.21. | First Southern Bank - Carbondale | Checking | 9818 | $0.00 |
| 3.22. | First Southern Bank - Marion, IL | Checking | 7963 | $0.00 |
| 3.23. | Great Southern Bank - Valley Park | Checking | 0348 | $0.00 |
| 3.24. | Heritage Federal Credit Union - Evansville East | Checking | 0648 | $0.00 |
| 3.25. | Huntington Bank - Glendale Heights | Checking | 0013 | $0.00 |
| 3.26. | Illinois Bank & Trust - Machesney Park | Checking | 7615 | $0.00 |
| 3.27. | Jefferson Bank of MO | Checking | 5248 | $0.00 |
| 3.28. | Northwest Bank of Rockford - Machesney Park | Checking | 1553 | $0.00 |
| 3.29. | Old National Bank - Columbus | Checking | 4737 | $0.00 |
| 3.30. | Old National Bank - Evansville West | Checking | 1524 | $0.00 |
| 3.31. | Old National Bank - Seymour | Checking | 4726 | $0.00 |
| 3.32. | PNC Bank - Frankfort | Checking | 5326 | $0.00 |
| 3.33. | Regions Bank - St. Peters | Checking | 4345 | $0.00 |
| 3.34. | Regions Bank - Wentzville | Checking | 4337 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 3.35. | South Central Bank - Owensboro | Checking | 8222 | $0.00 |
| 3.36. | St. Johns Bank - Cave Springs | Checking | 2110 | $0.00 |
| 3.37. | St. Johns Bank - O'Fallon | Checking | 8007 | $0.00 |
| 3.38. | Stock Yards Bank & Trust-Lexington | Checking | 3727 | $0.00 |
| 3.39. | Traditional Bank - Nicholasville | Checking | 5548 | $0.00 |
| 3.40. | U.S. Bank - Crystal Lake | Checking | 7175 | $0.00 |
| 3.41. | U.S. Bank - Ellisville | Checking | 4983 | $0.00 |
| 3.42. | U.S. Bank - Hopkinsville | Checking | 4224 | $0.00 |
| 3.43. | U.S. Bank - Naperville | Checking | 9765 | $0.00 |
| 3.44. | U.S. Bank - Paducah | Checking | 7977 | $0.00 |
| 3.45. | U.S. Bank - Westmont | Checking | 4871 | $0.00 |
| 3.46. | UMB Bank - Cottleville | Checking | 3831 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $161,500.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Debtor    M&M Custard, LLC                           Case number *(If known)* _____

Name

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Bank Deposit - M&M Owensboro, LLC | $0.00 |
| 7.2. | AP Invoice - ComEd - M&M Romeoville, LLC | $0.00 |
| 7.3. | AP Invoice - ComEd - M&M Romeoville, LLC - Paid $5875.87 online 3/23/2023. | $0.00 |
| 7.4. | AP Invoice - ComEd - M&M Romeoville, LLC | $0.00 |
| 7.5. | Bank Deposit - M&M Lake Zurich, LLC | $0.00 |
| 7.6. | Bank Deposit - M&M Glendale Heights, LLC | $0.00 |
| 7.7. | Bank Deposit - M&M Crystal Lake, LLC | $0.00 |
| 7.8. | Bank Deposit - M&M Machesney Park, LLC | $0.00 |
| 7.9. | Bank Expense - M&M Florissant, LLC - ACH Payment M&amp;M CUSTARD Se | $0.00 |
| 7.10. | AP Invoice - Intrepid Direct Insurance Agency, LLC - M&M Valley Park, LLC | $0.00 |
| 7.11. | AP Invoice - Intrepid Direct Insurance Agency, LLC - M&M Valley Park, LLC | $0.00 |
| 7.12. | AP Credit Memo - Ameren Missouri - M&M St. Peters, LLC - Security deposit is applied.  JMN | $0.00 |
| 7.13. | AP Credit Memo - Duke Energy Payment Processing - M&M Seymour, LLC - Total amount of security deposit being applied to March invoices.  JMN | $0.00 |

| | | |
|---|---|---|
| 7.14. | AP Credit Memo - Duke Energy Payment Processing - M&M Franklin, LLC - Credit due to security deposit begin applied against this bill.  JMN | $0.00 |
| 7.15. | AP Credit Memo - KU a PPL Company - M&M Lexington, LLC - Security deposit applied to two invoices.  JMN | $0.00 |
| 7.16. | AP Credit Memo - Duke Energy Payment Processing - M&M Columbus, LLC - Security deposit applied to final billings.  JMN | $0.00 |
| 7.17. | AP Credit Memo - City of Franklin - M&M Franklin, LLC - There is a security deposit of $311.85.  Part of this credit will go toward this invoice with $113.39 to be reimbursed to M&M. JMN | $0.00 |
| 7.18. | AP Invoice - Intrepid Direct Insurance Agency, LLC - M&M Valley Park, LLC - Intrepid did not supply an invoice for this due to renewal.  JMN | $0.00 |
| 7.19. | Bank Deposit - M&M Ellisville, LLC - Ameren | $0.00 |
| 7.20. | AP Credit Memo - Cuivre River Electric Cooperative Inc. - M&M Lake St. Louis, LLC - Final Bill.  Moving to Budderfly.  JMN | $0.00 |
| 7.21. | AP Credit Memo - Pennyrile Rural Electric Coop Corp - M&M Hopkinsville, LLC - This is getting applied to the April invoice.  JMN | $0.00 |
| 7.22. | AP Credit Memo - ComEd - M&M Romeoville, LLC | $0.00 |
| 7.23. | Bank Deposit - M&M Hopkinsville, LLC - Pennyrile Security Deposit return | $0.00 |
| 7.24. | AP Credit Memo - Kenergy - M&M Owensboro, LLC | $0.00 |
| 7.25. | Journal Entry - M&M Valley Park, LLC - Entered to the incorrect account in P4.  JMN | $0.00 |
| 7.26. | AP Credit Memo - Jackson Energy Authority - M&M Jackson, LLC | $0.00 |

| | | |
|---|---|---|
| 7.27. | AP Credit Memo - City of Columbia, MO - M&M Columbia South, LLC - Credit on final invoice. JMN | $0.00 |
| 7.28. | AP Credit Memo - City of Gardner - M&M Gardner, LLC - Credit to final billing.  JMN | $0.00 |
| 7.29. | AP Credit Memo - City of Columbia, MO - M&M Columbia South, LLC - This credit is being applied to two April billings for Columbia.   $1,753.70 & $1,957.95.  JMN | $0.00 |
| 7.30. | Bank Deposit - M&M Jefferson City, LLC - Utility Refund | $0.00 |
| 7.31. | Bank Deposit - M&M Gardner, LLC - City of Gardner | $0.00 |
| 7.32. | Bank Deposit - M&M Jackson, LLC - Deposit | $0.00 |
| 7.33. | AP Invoice - CenterPoint Energy - M&M Evansville West, LLC - Final Bill | $0.00 |
| 7.34. | AP Credit Memo - City of Columbia, MO - M&M Columbia, LLC - This credit balance is going to be applied to South's irrigation bills.  JMN | $0.00 |
| 7.35. | Bank Deposit - M&M Lexington, LLC - Kentucky Utilities | $0.00 |
| 7.36. | Bank Deposit - M&M St. Robert, LLC - Deposit | $0.00 |
| 7.37. | Bank Deposit - M&M Evansville, LLC - Deposit by Check Check 647195 | $0.00 |
| 7.38. | Bank Deposit - M&M Seymour, LLC | $0.00 |
| 7.39. | Bank Deposit - M&M Franklin, LLC - Deposit Posted | $0.00 |
| 7.40. | Journal Entry - M&M Martin City, LLC - This should have gone against utility deposits rather than crediting water.  JMN | $0.00 |

| 7.41. | AP Credit Memo - KC Water - M&M Martin City, LLC | $0.00 |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**                                         $0.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.**     **Accounts receivable**

11a. 90 days old or less:      347,342.00  -  0.00  = ....    $347,342.00
                         face amount               doubtful or uncollectible accounts

**12.**     **Total of Part 3.**                                 $347,342.00
Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:            % of ownership | | |
| 15.1. | M&M Bloomington, LLC    100% % | Liquidation | Unknown |
| 15.2. | M&M Carbondale, LLC    100% % | Liquidation | Unknown |
| 15.3. | M&M Cave Springs, LLC    100% % | Liquidation | Unknown |
| 15.4. | M&M Columbia South, LLC    100% % | Liquidation | Unknown |

| 15.5. | M&M Columbia Restaurant, LLC | 100% | % | Liquidation | Unknown |
|---|---|---|---|---|---|
| 15.6. | M&M Columbus, LLC | 100% | % | Liquidation | Unknown |
| 15.7. | M&M Cottleville, LLC | 100% | % | Liquidation | Unknown |
| 15.8. | M&M Crystal Lake, LLC (Defunct) | 100% | % | Liquidation | $0.00 |
| 15.9. | M&M Ellisville, LLC | 100% | % | Liquidation | Unknown |
| 15.10. | M&M Evansville West, LLC | 100% | % | Liquidation | Unknown |
| 15.11. | M&M Evansville, LLC | 100% | % | Liquidation | Unknown |
| 15.12. | M&M Florissant, LLC | 100% | % | Liquidation | Unknown |
| 15.13. | M&M Frankfort, LLC (Defunct) | 100% | % | Liquidation | $0.00 |
| 15.14. | M&M Franklin, LLC | 100% | % | Liquidation | Unknown |
| 15.15. | M&M Gardner, LLC | 100% | % | Liquidation | Unknown |
| 15.16. | M&M Glendale Heights, LLC (Defunct) | 100% | % | Liquidation | $0.00 |
| 15.17. | M&M Homewood, LLC (Defunct) | 100% | % | Liquidation | $0.00 |
| 15.18. | M&M Hopkinsville, LLC | 100% | % | Liquidation | Unknown |

| 15.19. | M&M Jackson, LLC | 100% % | Liquidation | Unknown |
| 15.20. | M&M Jefferson City Restaurant, LLC | 100% % | Liquidation | Unknown |
| 15.21. | M&M Lake St Louis, LLC | 100% % | Liquidation | Unknown |
| 15.22. | M&M Lake Zurich, LLC (Defunct) | 100% % | Liquidation | $0.00 |
| 15.23. | M&M Lexington, LLC | 100% % | Liquidation | Unknown |
| 15.24. | M&M Machesney Park, LLC (Defunct) | 100% % | Liquidation | $0.00 |
| 15.25. | M&M Marion, LLC | 100% % | Liquidation | Unknown |
| 15.26. | M&M Martin City, LLC | 100% % | Liquidation | Unknown |
| 15.27. | M&M Montgomery, LLC (Defunct) | 100% % | Liquidation | $0.00 |
| 15.28. | M&M Naperville, LLC (Defunct) | 100% % | Liquidation | $0.00 |
| 15.29. | M&M Nicholasville, LLC | 100% % | Liquidation | Unknown |
| 15.30. | M&M O Fallon, LLC | 100% % | Liquidation | Unknown |
| 15.31. | M&M Orland Park, LLC (Defunct) | 100% % | Liquidation | $0.00 |
| 15.32. | M&M Owensboro, LLC | 100% % | Liquidation | Unknown |

| 15.33. | M&M Paducah, LLC | 100% % | Liquidation | Unknown |
| 15.34. | M&M Richmond, LLC | 100% % | Liquidation | Unknown |
| 15.35. | M&M Romeoville, LLC (Defunct) | 100% % | Liquidation | $0.00 |
| 15.36. | M&M Sedalia Restaurant, LLC | 100% % | Liquidation | Unknown |
| 15.37. | M&M Seymour, LLC | 100% % | Liquidation | Unknown |
| 15.38. | M&M St. Peters Restaurants, LLC | 100% % | Liquidation | Unknown |
| 15.39. | M&M St Robert, LLC | 100% % | Liquidation | Unknown |
| 15.40. | M&M Valley Park, LLC | 100% % | Liquidation | Unknown |
| 15.41. | M&M Wentzville, LLC | 100% % | Liquidation | Unknown |
| 15.42. | M&M Westmont, LLC (Defunct) | 100% % | Liquidation | $0.00 |

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.   **Total of Part 4.**

     Add lines 14 through 16. Copy the total to line 83.                     $0.00

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.   **Raw materials**

| Food Items | | $0.00 | Recent cost | $400,000.00 |
|---|---|---|---|---|

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

| | $400,000.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value        0.00  Valuation method           Current Value        0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers & Accessories | $0.00 | Liquidation | $5,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.

| | $5,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** <br> https://scoopingsmiles.com/ | $0.00 | | $0.00 |
| 62.  **Licenses, franchises, and royalties** <br> 41 Store Fanchise License Agreements | $0.00 | Liquidation | Unknown |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** <br> Goodwill (Store Purchases) | $0.00 | Recent cost | $2,681,000.00 |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $2,681,000.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11:      All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| | |

| | | | |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| | ERC Refund from IRS | Tax year  2020 | $1,628,525.00 |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Possible cause of action against Budderfly for breach of contract and other legal theories. | | Unknown |
| | **Nature of claim** | | |
| | **Amount requested** | $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | | $1,628,525.00 |

**79.   Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Debtor | M&M Custard, LLC | Case number *(If known)* |
|--------|------------------|-------------------------|
|        | Name             |                         |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $161,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $347,342.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $400,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,681,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,628,525.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,223,367.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,223,367.00 |

Debtor name     M&M Custard, LLC

United States Bankruptcy Court for the:     DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** Equity Bank
Creditor's Name

7701 East Kellogg
Wichita, KS 67207-7000
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All inventory, equipment, accounts, chattel paper, instruments, documents, deposit accounts, investment property, money, other rights to payment & performance, & general intangibles

**Describe the lien**
UCC Filings

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $23,500,000.00   Value of collateral: $15,000,000.00

**2.2** US Foods Inc
Creditor's Name

9339 West Higgins Road
Suite 100
Rosemont, IL 60018
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
Priority (purchase money) security interest in all goods, inventory, equipment, and fixtures sold by US Foods, and a separate security interesaccounts, investment property, money, other rights to payment & performance, & general intangibles

**Describe the lien**
UCC Filings

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: $0.00   Value of collateral: $0.00

Case 25-21650    Doc# 1    Filed 11/14/25    Page 23 of 183

Debtor    M&M Custard, LLC
_____    Case number (if known) _____
          Name

**Last 4 digits of account number** _____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $23,500,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Equity Bank<br>345 N Andover Rd<br>Andover, KS 67002 | Line 2.1 | |
| US Foods, Inc.<br>% Mary Cowan<br>PO Box 24101<br>Cleveland, OH 44124 | Line 2.2 | |

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Bartholomew County, Indiana<br>Treasurer's Office<br>440 3rd Street<br>Suite 103<br>Columbus, IN 47201 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35,561.09 | $35,561.09 |
| Date or dates debt was incurred | Basis for the claim:<br>Personal Property & Real Estate Taxes |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>Boone County, Missouri<br>Collectors's Office<br>801 East Walnut<br>Suite 118<br>Columbia, MO 65201 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,093.67 | $4,093.67 |
| Date or dates debt was incurred | Basis for the claim:<br>Real Estate & Personal Property Taxes |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,106.41 | $15,106.41 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
Christian County, Kentucky
Tax Collection
701 West 7th Street
Hoplinsville, KY 42240

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,106.41   $15,106.41

Date or dates debt was incurred

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address
City of Hoplinsville
Tax Collection
715 Virginia Street
Hoplinsville, KY 42240

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,802.93   $4,666.00

Date or dates debt was incurred

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
City of Jackson, Tennennesse
Revenue Department
225 Martin Luther King, Dr. Drive
Jackson, TN 38301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,153.00   $11,153.00

Date or dates debt was incurred

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address
City of Paducah, Kentucky
Tax Collection
300 South 5th Street
Paducah, KY 42303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,305.63   $7,305.63

Date or dates debt was incurred

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | M&M Custard, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.7** | Priority creditor's name and mailing address

Cole County Collector, Larry Vincent
311 E. High Street, Room 100
Jefferson City, MO 65110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

$1,463.89    $1,463.89

---

**2.8** | Priority creditor's name and mailing address

Fayette County, Kentucky
Tax Collection
PO Box 34148
Lexington, KY 40588-4148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

$42,497.89    $42,497.89

---

**2.9** | Priority creditor's name and mailing address

Jackson County Treasurer - Illinois
Courthouse - 1st Floor
PO Box 430
Murphysboro, IL 62966-0430

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

$42,332.42    $42,332.42

---

**2.10** | Priority creditor's name and mailing address

Jackson County, Missouri
Collectors's Office
415 East 12th Street
Suite 100
Kansas City, MO 64106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

$50,993.00    $50,993.00

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,435.46 | $16,435.46 |
|------|---------------------------------------------|-----------------------------------------------|------------|------------|

**2.11** Priority creditor's name and mailing address

Johnson County Treasurer - Indiana
86 W. Court Street
Franklin, IN 46131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,435.46   $16,435.46

Date or dates debt was incurred

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.12** Priority creditor's name and mailing address

Johnson County, Indiana
Treasurer's Office
86 West Court Street
Franklin, IN 46131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,401.00   $5,401.00

Date or dates debt was incurred

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address

Johnson County, Kansas
Collectors's Office
111 South Cherry Street
Olathe, KS 66061

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$46,625.43   $46,625.43

Date or dates debt was incurred

Basis for the claim:
Personal Property & Real Estate Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address

Madison County Tennese
Tax Collection
100 East Main Street
Jackson, TN 38301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,827.00   $7,827.00

Date or dates debt was incurred
2024

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,672.80 | $3,672.80 |
|------|---|---|---|---|

**2.15** Priority creditor's name and mailing address

Monroe County, Indiana
Treasurer's Office
100 West Kirkwood
Suite 204
Bloomington, IN 47404

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,672.80    $3,672.80

Date or dates debt was incurred

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address

Pettis County Collector,
Marsha L. Boeschen
415 Ohio Avenue
Sedalia, MO 65301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,916.81    $3,916.81

Date or dates debt was incurred

Basis for the claim:
Personal Property & Real Estate Taxes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address

Pulaski County, Missouri
Collectors's Office
301 Historic 66 East
Waynesville, MO 65583

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$735.91    $735.91

Date or dates debt was incurred

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address

St. Charles County, Missouri
Collectors's Office
201 North 2nd Street
Suite 134
Saint Charles, MO 63301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$63,570.35    $63,570.35

Date or dates debt was incurred
2024

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,373.67 | $48,373.67 |
|---|---|---|---|---|

St. Louis County, Missouri
Collectors's Office
41 South Central Avenue
Clayton, MO 63105

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,831.34 | $19,831.34 |
|---|---|---|---|---|

Vandeburg County, Indiana
Treasurer's Office
1 NW Martin Luther King, Jr. Blvd
Civic Center RM 210
Evansville, IN 47708

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Real Estate & Personal Property Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $511.21 |
|---|---|---|---|

Accent Lighting Inc.
10322 E. Stonegate Ln., Ste 100
Wichita, KS 67206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,335.05 |
|---|---|---|---|

Addilan Group, LLC
2930 Felton Road
Norristown, PA 19401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,839.42 |
|---|---|---|---|

All State Fire Equipment
P.O. Box 159
Blue Springs, MO 64013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

**3.4** | Nonpriority creditor's name and mailing address
Altstadt Plumbing Service, Inc
1401 Buchanan Road
Evansville, IN 47720

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,526.09

---

**3.5** | Nonpriority creditor's name and mailing address
American Financial Credit Services
PO Box 4746
Carmel, IN 46082-3131

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,362.62

---

**3.6** | Nonpriority creditor's name and mailing address
Apex Landscaping, Inc.
24414 N. Old McHenry Rd
Hawthorn Woods, IL 60047

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$7,122.15

---

**3.7** | Nonpriority creditor's name and mailing address
Archway Lawncare & Landscaping
8250 Verterans Memorial Pkwy
O'Fallon, MO 63366

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$30,829.98

---

**3.8** | Nonpriority creditor's name and mailing address
Auston Mealer's Restaurant Equipment Ser
PO Box 872
Dyersburg, TN 38025

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,927.49

---

**3.9** | Nonpriority creditor's name and mailing address
BME, Inc.
1760 Lakeland Park Drive
Burlington, KY 41005

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,872.59

---

**3.10** | Nonpriority creditor's name and mailing address
Brooks Grease Service
3104 North Erie
Tulsa, OK 74115

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$10,722.50

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,641.00 |
|---|---|---|---|

Buck's Mowing and Landscaping, LLC
5798 South 550 East
Franklin, IN 46131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $869,940.00 |
|---|---|---|---|

Budderfly LLC
PO Box 25197
New York, NY 10087-5197

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,141.68 |
|---|---|---|---|

Bug Out Service
PO Box 740608
Cincinnati, OH 45274-0608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,130.00 |
|---|---|---|---|

C & B Landscaping LLC
26 Longwood Way
Lemont, MO 60439

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,457.82 |
|---|---|---|---|

Captive Aire Systems Inc.
P.O. Box 60270
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,406.15 |
|---|---|---|---|

Cintas Corporation
PO Box 630921
Cincinnati, OH 45263-0921

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

City of Naperville
400 Eagle Street
Naperville, IL 06540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Utility Services Provided to Subsidiary

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

**3.18** | Nonpriority creditor's name and mailing address
Clean Uniform Company
PO Box 840140
Kansas City, MO 64184-0140

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$25,834.17

---

**3.19** | Nonpriority creditor's name and mailing address
Collins Fire Protection, Inc.
1054 Brentwood Court
Lexington, KY 40511

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$941.85

---

**3.20** | Nonpriority creditor's name and mailing address
ComEd
PO Box 6111
Carol Stream, IL 60197-6111

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility Services Provided to Subsidiary_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.21** | Nonpriority creditor's name and mailing address
Commercial Kitchen Services, Inc.
808 Hanley Industrial Court
St. Louis, MO 63144

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$6,118.41

---

**3.22** | Nonpriority creditor's name and mailing address
Commercial Services, Inc
18330 Edison Avenue
Chesterfield, MO 63005

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$9,263.16

---

**3.23** | Nonpriority creditor's name and mailing address
Commercial Sewer Cleaning Co., Inc.
5838 S. Harding Street
Indianapolis, IN 46217

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$7,315.00

---

**3.24** | Nonpriority creditor's name and mailing address
Completely Wired
4720 Bayard Park Drive
Evansville, IN 47714

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,171.05

---

| Debtor | M&M Custard, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $594.00

Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $556.04

Conner Commercial Lock & Safe
700 N Weinbach Ave
Ste 102
Evansville, IN 47711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,984.20

Copesan Services Inc.
PO Box 8442
Carol Stream, IL 60197-8442

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,178.30

Cornerstone Lawn Care
7859 Hwy 405
Maceo, KY 42355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,167.24

Creative Realities Inc
PO Box 7047, Group #3063
Indianapolis, IN 46207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,712.50

Dady & Gardner, P.A.
5100 IDS Center
80 South Eight Street
Minneapolis, MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $929.32

Darling Ingredients
PO Box 554885
Detroit, MI 48255-4885

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,094.29 |
|---|---|---|---|

Dauenhauer & Son Plumbing and Piping Co,
3416 Robards Court
Louisville, KY 40218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $547.89 |
|---|---|---|---|

DayMark Safety Systems
CMC Group
PO Box 778889
Chicago, IL 60677-8889

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,017.90 |
|---|---|---|---|

DDS Lawn Care LLC
340 Billy Poole Road
Crofton, KY 42217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,211.80 |
|---|---|---|---|

Diversified Lawn and Landscape
4101 Tates Creek Centre Drive, #150-293
Lexington, KY 40517

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $844.47 |
|---|---|---|---|

dormakaba USA Inc.
PO Box 896542
Charlotte, NC 28289-6542

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,165.46 |
|---|---|---|---|

DRD Repair
2456 Fortune Drive, Suite 120
Lexington, KY 40509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,086.90 |
|---|---|---|---|

Dualite Sales & Service, Inc.
One Dualite Lane
Williamsburg, OH 45176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,210.58 |
|---|---|---|---|

**3.39**

Nonpriority creditor's name and mailing address
E.L. Walters Air Conditioning & Heating
12420 N Green River Rd
Evansville, IN 47725

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$10,210.58

---

**3.40**

Nonpriority creditor's name and mailing address
Easy Ice, LLC
PO Box 650769
Dallas, TX 75265-0769

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,575.00

---

**3.41**

Nonpriority creditor's name and mailing address
Ecolab Inc.
PO Box 70343
Chicago, IL 60673-0343

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$7,690.83

---

**3.42**

Nonpriority creditor's name and mailing address
Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,794.73

---

**3.43**

Nonpriority creditor's name and mailing address
Eric H. Cole
9518 West 151st Terrace
Overland Park, KS 66221

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insider Loan

Is the claim subject to offset? ■ No ☐ Yes

$350,000.00

---

**3.44**

Nonpriority creditor's name and mailing address
Eric H. Cole
9518 West 151st Terrace
Overland Park, KS 66221

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insider Loan

Is the claim subject to offset? ■ No ☐ Yes

$200,000.00

---

**3.45**

Nonpriority creditor's name and mailing address
Evansville Lawn & Landscape
PO Box 74
Chandler, IN 47610

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,368.00

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,360.00 |
|---|---|---|---|

Family Lawn Care, LLC
112 Forest Park Drive
Herrin, IL 62948

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $792.14 |
|---|---|---|---|

Fire Safety Inc.
1 Helmkamp Drive
PO Box 19
Wood River, IL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,733.62 |
|---|---|---|---|

Flowers Food
PO Box 847871
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $879.88 |
|---|---|---|---|

Force4Good, Inc.
1032 Sandstone Cir
Erie, CO 80516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,392.09 |
|---|---|---|---|

Gasket Guy, LLC
PO Box 74007307
Chicago, IL 60674-7307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,523.84 |
|---|---|---|---|

Great Lakes Service
27766 Network Place, Lockbox 27766
Chicago, IL 60673-1277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $637.14 |
|---|---|---|---|

Greg's Lock & Key Service
112 S Memorial Dr
Independence, MO 64050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M&M Custard, LLC | Case number (if known) |
|--------|------------------|------------------------|
| | Name | |

**3.53** | **Nonpriority creditor's name and mailing address**
H2O Maestro
817 Nandino Blvd
Lexington, KY 40511

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,300.00

---

**3.54** | **Nonpriority creditor's name and mailing address**
Hagerman Plumbing and Heating Corp
2119 W Parrish Avenue
Owensboro, KY 42301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,400.16

---

**3.55** | **Nonpriority creditor's name and mailing address**
Halo Branded Solutions Inc.
3182 Momentum Place
Chicago, IL 60689-5331

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$22,406.81

---

**3.56** | **Nonpriority creditor's name and mailing address**
Hammers Lawn Care
5527 S Bethel Church Rd
Columbia, MO 65203

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,260.00

---

**3.57** | **Nonpriority creditor's name and mailing address**
Handyman 812
2325 W Franklin Street
Evansville, IN 47712

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$831.62

---

**3.58** | **Nonpriority creditor's name and mailing address**
Hawkins Lawn Care
788 N 650 E
Columbus, IN 47203

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,785.00

---

**3.59** | **Nonpriority creditor's name and mailing address**
Heinz Dispensing Solutions
2251 Sweeny Drive
Clinton, MO 15026

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$527.50

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,879.20 |

Hockenbergs
PO Box 6939
Carol Stream, IL 60197-6939

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |

Hogue Septic Tank & Grease Trap Cleaning
PO Box 154
Wilmore, KY 40390-0154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,043.00 |

HOODZ of Kansas City
PO Box 3007
Kansas City, MO 66103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,321.78 |

HOODZ of Mid-Missouri/NW Metro St. Louis
138 North Capistrano Drive
Jefferson City, MO 65109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,760.00 |

HOODZ of Saint Louis South
10401 International Plaza Drive, Suite 2
Saint Ann, MO 63074-9998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $445.20 |

Imperial Lawns LLC
46 Salem Drive
Owensboro, KY 42303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |

Indiana Department of Labor - Civil Pena
Bureau of Youth Employment
402 West Washington Street, Room W195
Indianapolis, IN 46204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.53 |
|---|---|---|---|

**3.67**
Nonpriority creditor's name and mailing address
J&M A/C Refrigeration, LLC
660 Oak Grove Road
Benton, KY 42025

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$375.53

---

**3.68**
Nonpriority creditor's name and mailing address
J. Hernandez Lawn Care, LLC
645 Massac Church Rd
Paducah, KY 42003

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,014.00

---

**3.69**
Nonpriority creditor's name and mailing address
J.E. Shekell, Inc.
424 W. Tennessee Street
Evansville, IN 47710

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$912.00

---

**3.70**
Nonpriority creditor's name and mailing address
Joe Beard and Sons
5766 Prospect Drive
Newburgh, IN 47630

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,815.00

---

**3.71**
Nonpriority creditor's name and mailing address
Johnson County Health Department
460 N Morton Street, Suite A
Franklin, IN 46131

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$375.00

---

**3.72**
Nonpriority creditor's name and mailing address
Kitchen Solutions Inc.
4437 Country Sunrise
High Ridge, MO 63049

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$6,663.83

---

**3.73**
Nonpriority creditor's name and mailing address
KL MAINTENANCE LLC
159 S. West Street
Martinsville, IN 46151

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$13,137.13

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,740.75 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**3.74** Nonpriority creditor's name and mailing address
Koorsen Environmental Services
2719 N. Arlington Avenue
Indianapolis, IN 46218

As of the petition filing date, the claim is: *Check all that apply.*  $1,740.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address
Koorsen Fire & Security
2719 N Arlington Avenue
Indianapolis, IN 46218-3322

As of the petition filing date, the claim is: *Check all that apply.*  $2,424.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address
Leasecake, Inc.
1350 Orange Ave,. Suite 101
Winter Park, IL 32789-4932

As of the petition filing date, the claim is: *Check all that apply.*  $3,552.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** Nonpriority creditor's name and mailing address
Lexington-Fayette County Health Departme
Environmental Health
650 Newtown Pike
Lexington, KY 40508-1197

As of the petition filing date, the claim is: *Check all that apply.*  $940.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address
Loop
PO Box 104276
Pasadena, CA 91189-4276

As of the petition filing date, the claim is: *Check all that apply.*  $4,050.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address
Madison Co Health Dept Environmental
PO Box 1208, 216 Boggs Lane
Richmond, KY 40476-1208

As of the petition filing date, the claim is: *Check all that apply.*  $435.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address
Mahoney Environmental Solutions, LLC
37458 Eagle Way
Chicago, IL 60678-1374

As of the petition filing date, the claim is: *Check all that apply.*  $2,999.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81**

Nonpriority creditor's name and mailing address
Marmic Fire & Safety Co., Inc.
PO Box 1939
Lowell, AR 72745

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$725.62

---

**3.82**

Nonpriority creditor's name and mailing address
Mars Irrigation Inc.
20W431 Cobb Court
Downer's Grove, IL 60516

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$5,500.00

---

**3.83**

Nonpriority creditor's name and mailing address
Merlo Plumbing Co. Inc.
11041 Gravois Industrial Court
St. Louis, MO 63128

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☐ No ☐ Yes

$3,591.00

---

**3.84**

Nonpriority creditor's name and mailing address
MidMO Commercial Services LLC
123 Cedar Falls Ct.
Columbia, MO 65203

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☐ No ☐ Yes

$39,500.25

---

**3.85**

Nonpriority creditor's name and mailing address
Midwest Equipment Company
2511 Cassens Drive
Fenton, MO 63026

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☐ No ☐ Yes

$22,602.59

---

**3.86**

Nonpriority creditor's name and mailing address
Moaqua LTD - Culligan Water
1220 West Main
Sedalia, MO 65301

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$700.17

---

**3.87**

Nonpriority creditor's name and mailing address
Mr. Handyman of Olathe, Gardner
13839 S. Mur-Len, Suite G
Olathe, KS 66062

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$691.03

---

| Debtor | M&M Custard, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.88** Nonpriority creditor's name and mailing address
Mr. Handyman of St. Charles Co. and Ches
4053C North Saint Peters Parkway
St. Peters, MO 63304

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$10,253.31

---

**3.89** Nonpriority creditor's name and mailing address
Nelbud Services LLC
PO Box 809641
Chicago, IL 60680-8802

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$8,328.16

---

**3.90** Nonpriority creditor's name and mailing address
North Park Public Water District
1350 Turret Drive
Machesney Park, IL 61115

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility Services Provided to Subsidiary__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.91** Nonpriority creditor's name and mailing address
Ong & Company
9225 Indian Creek Pkwy, Ste 100
Overland Park, KS 66210

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$38,075.00

---

**3.92** Nonpriority creditor's name and mailing address
Outdoor Nation
Dept #6613
PO Box 11407
Birmingham, AL 35246-6613

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$3,260.87

---

**3.93** Nonpriority creditor's name and mailing address
Outshine Window Cleaning, Inc.
PO Box 24039
Dayton, OH 45424

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$962.65

---

**3.94** Nonpriority creditor's name and mailing address
Paducah Heating & Air Conditioning
PO Box 2908
Paducah, KY 42002-2908

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,820.00

---

| Debtor | M&M Custard, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,324.43
Parts Town, LLC
27787 Network Place
Chicago, IL 60673-1277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $57,661.96
Payne & Jones Law Offices
P.O. Box 25625
Overland Park, KS 66225-5625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,496.50
Payne Lawn Care, LLC
PO Box 566
Gardner, KS 66030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,524.00
Peerless Enterprises, LLC
200 W River Drive
St. Charles, MO 60174

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,622.00
Pierce Window Cleaning
79 Glenwood Lane
Foley, MO 63347

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,203.67
Precision Plumbing Solutions
812 Midpoint Drive
O'Fallon, MO 63366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00
Pro Pumping & Hydrojetting LLC
4015 I-70 DRIVE NW, STE A
Columbia, MO 65202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**

Nonpriority creditor's name and mailing address
Quality Plumbing, Inc.
1731 Howell Street
North Kansas City, MO 64116

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,745.56

---

**3.103**

Nonpriority creditor's name and mailing address
Queen City Fire Equipment, Inc
470 Wooten Road
Clarksville, TN 37042

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$517.40

---

**3.104**

Nonpriority creditor's name and mailing address
Reinhold Electric Inc.
2511 Lemay Ferry Rd.
St. Louis, MO 63125

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,665.58

---

**3.105**

Nonpriority creditor's name and mailing address
Retail Data System Southwest
1939 Westridge Dr
Irving, TX 75038

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$71,522.51

---

**3.106**

Nonpriority creditor's name and mailing address
Roger W. Pecha
JENKINS & KLING, P.C.
150 North Meramec Avenue, Suite 400
Clayton, MO 63105

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only for Von Hoffmann Properties, LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107**

Nonpriority creditor's name and mailing address
Roofing Source
6255 W Howard Street
Niles, IL 60714

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,609.32

---

**3.108**

Nonpriority creditor's name and mailing address
Roto-Rooter Plumbing & Drain Service
PO Box 7065
Columbia, MO 65205

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$679.00

---

| Debtor | M&M Custard, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.109**

Nonpriority creditor's name and mailing address
Shoes for Crews, LLC
PO Box 734176
Chicago, IL 60673-4176

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$694.29

---

**3.110**

Nonpriority creditor's name and mailing address
Signs Plus
AR Signs Plus
614 SR 247
Russellville, AR 72802

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$19,804.69

---

**3.111**

Nonpriority creditor's name and mailing address
Silver Cliff Landscaping, Inc.
1199 Barnes Mill Road
Richmond, KY 40475

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,313.36

---

**3.112**

Nonpriority creditor's name and mailing address
Sprinklers Plus
3288 Tower Road
Newburgh, IN 47630

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,631.04

---

**3.113**

Nonpriority creditor's name and mailing address
State Systems, Inc
PO Box 748561
Atlanta, GA 30374-8561

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,335.15

---

**3.114**

Nonpriority creditor's name and mailing address
Steve's Pest Control, Inc.
190 North Greenway Drive
Holts Summit, MO 65043

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,537.00

---

**3.115**

Nonpriority creditor's name and mailing address
Steven Nordstrom
5602 W. 147th Terrace
Overland Park, KS 66223

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insider Loan

Is the claim subject to offset? ■ No ☐ Yes

$350,000.00

---

| Debtor | M&M Custard, LLC | Case number (if known) | |
|--------|------------------|------------------------|--|
| | Name | | |

---

**3.116** | **Nonpriority creditor's name and mailing address**
Steven Nordstrom
5602 W. 147th Terrace
Overland Park, KS 66223

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insider Loan

Is the claim subject to offset? ■ No ☐ Yes

$200,000.00

---

**3.117** | **Nonpriority creditor's name and mailing address**
Stinson Plumbing LLC
5457 US-641
Benton, AR 42025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$886.80

---

**3.118** | **Nonpriority creditor's name and mailing address**
Stokes Electric Co., Inc.
226 Madison Street
Jefferson City, MO 65101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$553.82

---

**3.119** | **Nonpriority creditor's name and mailing address**
Sunbright Window Cleaning
PO Box 1291
Carbondale, IL 62903-1291

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$420.00

---

**3.120** | **Nonpriority creditor's name and mailing address**
Taylor Enterprises of Kentucky, Inc.
1831 Taylor Avenue
Louisville, KY 40213

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,070.22

---

**3.121** | **Nonpriority creditor's name and mailing address**
Tech Electronics
P.O. Box 16020
St. Louis, MO 63105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$588.00

---

**3.122** | **Nonpriority creditor's name and mailing address**
TFG TN LLC - Memphis
5542 East Raines Road, Suite 101
Memphis, TN 38115

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$706.08

---

| Debtor | M&M Custard, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.123** | **Nonpriority creditor's name and mailing address**

The Waldinger Corporation
P.O. Box 1612
Des Moines, IA 50306-1612

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$18,653.61

---

**3.124** | **Nonpriority creditor's name and mailing address**

The Window Guys of Kentucky
1640 W. 9th St.
Owensboro, KY 42301

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$254.40

---

**3.125** | **Nonpriority creditor's name and mailing address**

Total Lock and Security
11772 Westline Industrial Drive
St. Louis, MO 63146

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,164.19

---

**3.126** | **Nonpriority creditor's name and mailing address**

Total Mechanical Service
27766 Network Place, Lockbox 27766
Chicago, IL 60673-1277

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$9,297.57

---

**3.127** | **Nonpriority creditor's name and mailing address**

U&C Cleaning and Lawn Services, LLC
13405 7th Street
Grandview, MO 64030

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$640.00

---

**3.128** | **Nonpriority creditor's name and mailing address**

U.S. Foods
1829 Solution Center
Chicago, IL 60677-1008

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$524,282.19

---

**3.129** | **Nonpriority creditor's name and mailing address**

Venters Bros Lawn Pro. Lawn & Landscapin
22793 Pleasant Green Road
La Monte, MO 65337

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,095.00

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.130**

**Nonpriority creditor's name and mailing address**
Village of Frankfort
432 West Nebraska Street
150 North Meramec Avenue, Suite 400
Frankfort, IL 60423

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility Services Provided to Subsidiary_

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.131**

**Nonpriority creditor's name and mailing address**
Village of Glendale Heights
300 Civic Center Plaza
Glendale Heights, IL 60139

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility Services Provided to Subsidiary_

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.132**

**Nonpriority creditor's name and mailing address**
Village of Westmont
31 W. Quincy Street
Westmont, IL 60559-1865

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility Services Provided to Subsidiary_

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.133**

**Nonpriority creditor's name and mailing address**
W.J. Burke Electric Company
10575 Highway 127
Murphysboro, IL 62966

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☒ No ☐ Yes

$1,117.66

---

**3.134**

**Nonpriority creditor's name and mailing address**
West Side Investment, LLC
5602 West 147th Terrace
Overland Park, KS 66223

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Insider Loan_

Is the claim subject to offset? ☒ No ☐ Yes

$400,000.00

---

**3.135**

**Nonpriority creditor's name and mailing address**
Withrow Electric, Inc.
500 Big Bear Blvd.
Columbia, MO 65202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☒ No ☐ Yes

$600.00

---

**3.136**

**Nonpriority creditor's name and mailing address**
Wooten Enterprises Inc.
312 East 1st Street
Halstead, KS 67056

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☒ No ☐ Yes

$865.78

| Debtor | M&M Custard, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,423.85 |
|---|---|---|---|

Yukon Refrigeration
PO Box 778968
Chicago, IL 60677-8968

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Maria Nordstrom<br>5602 W. 147th Terrace<br>Overland Park, KS 66223 | Line 3.134<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Michelle Cole<br>9518 West 151st Terrace<br>Overland Park, KS 66221 | Line 3.134<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 431,699.70 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,728,220.10 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,159,919.80 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Guaranty of lease re: restaurant location 2500 Polo Club Blvd, Lexington, KY 40509 <br> 70 months; Option: 1 Custom End Date: 09/30/2046, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years, Option: 5: 5 years <br><br> A&M Hamburg, LLC <br> PO Box 12128 <br> Lexington, KY 40580 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease of restaurant location 1967 Glacier Park Avenue, Naperville, IL 60540 <br> Lease to be rejected. <br><br> ABDH Partners, LLC <br> Attn: Doug Henzlik <br> 7121 W 79th Street <br> Overland Park, KS 66204 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease of restaurant location 80 W. 63rd Street Westmont, IL 60559 <br> Lease to be rejected. <br><br> AH2 Westmont 63rd Street Westmont IL LLC <br> Attn: Dr. Emmanuel Anekwe <br> 6640 Tuscany Ridge Drive <br> El Paso, TX 79912 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of CO2 for various subsidiaries | |
|---|---|---|---|
| | State the term remaining | | American Welding & Gas |
| | List the contract number of any government contract | | PO Box 779009<br>Chicago, IL 60677-9009 |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of Linens for various subsidiaries | |
|---|---|---|---|
| | State the term remaining | | Aramark/Vestis |
| | List the contract number of any government contract | | 3752 N. Fruitridge Avenue<br>Terre Haute, IN 47804 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 1955 N. Highway 67, Florissant, MO 63033 | |
|---|---|---|---|
| | State the term remaining | 58 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years, Option: 5: 5 years | |
| | List the contract number of any government contract | | Arturo Aplartments Inc.<br>250 Catalonia Ave., #300<br>Coral Gables, FL 33134 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of Waste Services for subsidiary | |
|---|---|---|---|
| | State the term remaining | | Aspen Waste |
| | List the contract number of any government contract | | 13710 Green Ash Court<br>Earth City, MO 63045 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 3922 S Providence Road, Columbia, MO 65203 | |
|---|---|---|---|
| | State the term remaining | 41 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years | |
| | List the contract number of any government contract | | Bassiri Family<br>1663 Calle Artigas<br>Thousand Oaks, CA 91360 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 100 Brickton Road, Suite 110, Columbia, MO 65201 | |
|---|---|---|---|
| | State the term remaining | 32 months; Option: 2: 5 years | |
| | List the contract number of any government contract | | Broadway Marketplace 211 North Stadium Boulevard, Suite 201 Columbia, MO 65203 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of Grease Trap Maintrnance & Cleaning for various subsidiaries | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Brooks Grease Service 3104 N. Erie Avenue Tulsa, OK 74115 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Energy Management | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Budderfly PO Box 25197 New York, NY 10087-5197 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | HR Service | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Checkr 1 Montgomery Street Suite 2400 San Francisco, CA 94104 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 2217 Nicholasville Road, Lexington, KY 40503 | |
|---|---|---|---|
| | State the term remaining | 127 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years | |
| | List the contract number of any government contract | | Chenault Interests, Ltd. 400 Avinger Lane, Apartment #444 Davidson, NC 28036 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of Linen for subsidiary | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Cintas Corp.<br>PO Box 630803<br>Cincinnati, OH 45263-0803 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of Security Fire Monitoring for various subsidiaries | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Cintas Fire<br>PO Box 636525<br>Cincinnati, OH 45263-6525 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of Linens for various subsidiaries | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Clean Uniform Co.<br>1316 South Seventh Street<br>Saint Louis, MO 63104 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of Pest Control for subsidiary | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Cook's Pest Control<br>1741 Fifth Avenue, SE<br>Decatur, AL 35601 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of Pest Control for various subsidiaries | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Copesan Services, Inc.<br>W175N5711 Technology Drive<br>Menomonee Falls, WI 53051 |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of Grease Traps for various subsidiaries | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | CSC<br>5838 S. Harding St.<br>Indianapolis, IN 46217 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of yellow grease services for all subsidiaries | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | DarPro/Darling<br>5601 N. MacArthur Blvd<br>Irving, TX 75038 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of dishwaster leases for various subsidiaries | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ecolab Inc.<br>PO Box 70343<br>Chicago, IL 60673 |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of Pest Control for subsidiary | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ecolab Pest Control<br>1 Ecolab Place EGH/6<br>Saint Paul, MN 55102 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 2103 Missouri Blvd, Jefferson City, MO 65109 | |
|---|---|---|---|
| | State the term remaining | 18 months; No Remaining Options | |
| | List the contract number of any government contract | | F&F Development<br>221 Bolivar, Suite 401<br>Jefferson City, MO 65101 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of restaurant location 9701 W. Lincoln Highway, Frankfort, IL 60423<br>Lease to be rejected.<br><br>Freddy's Land, LLC<br>Attn: Randy Simon<br>260 N Rock Rd. Suite 130<br>Wichita, KS 67206 |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of restaurant location 1095 S. Rand Road, Lake Zurich, IL 60047<br>Lease to be rejected.<br><br>Freddy's Land, LLC<br>Attn: Randy Simon<br>260 N Rock Rd. Suite 130<br>Wichita, KS 67206 |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of restaurant location 7402 W 159th Street,  Orland Park, IL 60462<br>Lease to be rejected.<br><br>Freddy's Land, LLC<br>Attn: Randy Simon<br>260 N Rock Rd. Suite 130<br>Wichita, KS 67206 |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Guaranty of lease re: restaurant location 632 E Main Street,  Gardner, KS 66030<br>195 months; Option: 1: 5 years, Option: 2: 5 years<br><br>Freddy's Land, LLC<br>Attn: Randy Simon<br>260 N Rock Rd. Suite 130<br>Wichita, KS 67206 |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Franchise Agreements<br><br>Freddy's LLC<br>3020 N. Cypress St., Suite 200<br>Wichita, KS 67226-4012 |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 120 Clinic Drive,  Kentucky, KY 42240 | |
|---|---|---|---|
| | State the term remaining | 110 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years | Glenn Family Real Estate Holdings, LLC |
| | List the contract number of any government contract | | Attn: Douglas P Dean 201 West Main Street, Suite 1400 Lexington, KY 40507 |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of CO2 for various subsidiaries | |
|---|---|---|---|
| | State the term remaining | | Helget Gas |
| | List the contract number of any government contract | | PO Box 24246 Omaha, NE 68124 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 1021 Southern Ridge Lane, Lake Saint Louis, MO 63367 | |
|---|---|---|---|
| | State the term remaining | | Hyrosen Properties, Inc. |
| | List the contract number of any government contract | | 4622 Pennsylvania Avenue Kansas City, MO 64112 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 4641 Frederica St, Owensboro, KY 42301 | |
|---|---|---|---|
| | State the term remaining | 145 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years | |
| | List the contract number of any government contract | | Ithaca X, LLC 2790 Kilkenny Drive Springfield, OH 45503 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.33.** State what the contract or lease is for and the nature of the debtor's interest

Guaranty of lease re: restaurant location 853 Eastern Bypass, Richmond, KY 40475

State the term remaining — 139 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years, Option: 5: 5 years

List the contract number of any government contract

Ithaca XI, LLC
2790 Kilkenny Drive
Springfield, OH 45503

**2.34.** State what the contract or lease is for and the nature of the debtor's interest

Guaranty of Grease Trap Maintenance & Cleaning for various subsidiaries

State the term remaining

List the contract number of any government contract

Joe Beard & Sons
5766 Prospect Drive
Newburgh, IN 47630

**2.35.** State what the contract or lease is for and the nature of the debtor's interest

Guaranty of Security Fire Monitoring for various subsidiaries

State the term remaining

List the contract number of any government contract

Johnson Controls
PO Box 371967
Pittsburgh, PA 15250-7967

**2.36.** State what the contract or lease is for and the nature of the debtor's interest

Guaranty of Security Fire Monitoring for various subsidiaries

State the term remaining

List the contract number of any government contract

Koorsen Fire & Security
4725 Hitch Peters Road
Evansville, IN 47711-2838

**2.37.** State what the contract or lease is for and the nature of the debtor's interest

Guaranty of lease re: restaurant location 1940 E. Tipton Street, Seymour, IN 47274

State the term remaining — 97 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years

List the contract number of any government contract

L & R Enterprises, LLC
PO Box 1647
Columbus, IN 47202

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest    Lease of software <br><br> State the term remaining <br><br> List the contract number of any government contract | Leasecake, Inc. <br> 1350 Orange Avenue <br> Suite 101 <br> Winter Park, FL 32789-4932 |
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest    Guaranty of Security Fire Monitoring for subsidiary <br><br> State the term remaining <br><br> List the contract number of any government contract | LVI <br> 12040 S. Aero <br> Suite 18 <br> Plainfield, IL 60585 |
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest    Guaranty of CO2 for various subsidiaries <br><br> State the term remaining <br><br> List the contract number of any government contract | M&H Gas <br> 13013 E US Hwy 40 <br> Independence, MO 64055 |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest    Guaranty of lease re: restaurant location 1365 Jungermann Road, St Peters, MO 63376 <br> 78 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years <br><br> State the term remaining <br><br> List the contract number of any government contract | Marita Buerchner and Suzanne Hogan Buerchner <br> 534 Palmer Lane <br> Menlo Park, CA 94025 |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest    Guaranty of lease re: restaurant location 3660 W. Jonathan Moore Pike, Columbus, IN 47201 <br> 140 years; Option: 1: 5 years, Option: 2: 5 years <br><br> State the term remaining <br><br> List the contract number of any government contract | MAS Properties <br> 1285 Shank Drive, Apt. 245 <br> Harrisonburg, VA 22802-5534 |


**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 3889 Veteran's Memorial Parkway,  St Peters, MO 63376 | |
|---|---|---|---|
| | State the term remaining | 93 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years | |
| | List the contract number of any government contract | | Melvin Dubinsky Trust<br>c/o AJP REalty, 720 Olive, Suite 1701<br>Saint Louis, MO 63101 |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 6031 Mid Rivers Mall Dr., Cottleville, MO 63304 | |
|---|---|---|---|
| | State the term remaining | 38 months; Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years | |
| | List the contract number of any government contract | | Mid Rivers Investment Group, L.P.<br>5731 Westwood Drive<br>Saint Charles, MO 63304 |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 2700 West DeYoung Street, Unit 1, Marion, IL 62959 | |
|---|---|---|---|
| | State the term remaining | 37 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years | |
| | List the contract number of any government contract | | MK Plaza Corp<br>c/o Neal Patel, 700 East Main Street<br>Carbondale, IL 62901 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 13628 Washington Street, Kansas City, MO 64145 | |
|---|---|---|---|
| | State the term remaining | 144 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years | |
| | List the contract number of any government contract | | Modi Investments, LLC<br>2699 Torrey Court<br>Pleasanton, CA 94588 |

Case 25-21650    Doc# 1    Filed 11/14/25    Page 60 of 183

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of Security Fire Monitoring for subsidiary | |
|---|---|---|---|
| | State the term remaining | | Nightwatch Security |
| | List the contract number of any government contract | | 2211 W. Main<br>Sedalia, MO 65301 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Lease of restaurant location 5500 Northwest Highway Unit A, Crystal Lake, IL 60014<br>Lease to be rejected. | |
|---|---|---|---|
| | State the term remaining | | Niki Opportunities Property Management - Pine Tree |
| | List the contract number of any government contract | | 1 Tower Lane, Suite 400<br>Villa Park, IL 60181 |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of CO2 for various subsidiaries | |
|---|---|---|---|
| | State the term remaining | | NuCO2, LLC |
| | List the contract number of any government contract | | 2800 SE Market Place<br>Stuart, FL 34997 |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 15676 Manchester Road, Ellisville, MO 63011 | |
|---|---|---|---|
| | State the term remaining | 72 months; No Remaining Options | RB American Group |
| | List the contract number of any government contract | | 6200 Oake Tree Blvd., Suite 250<br>Independence, OH 44131 |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 3171 West Broadway, Sedalia, MO 65301 | |
|---|---|---|---|
| | State the term remaining | 65 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years | Realty Income Corporation |
| | List the contract number of any government contract | | 11995 El Camino Real<br>San Diego, CA 92130 |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.52.** State what the contract or lease is for and the nature of the debtor's interest — Guaranty of Waste Services for subsidiary | |
| State the term remaining | Republic Waste |
| List the contract number of any government contract | 18500 N. Allied Way<br>Phoenix, AZ 85054 |
| **2.53.** State what the contract or lease is for and the nature of the debtor's interest — Lease of restaurant location 556 E. North Ave, Glendale Heights, IL 60139<br>Lease to be rejected. | |
| State the term remaining | Restaurant Realty, AZ, LLC<br>Attn: Mike Ruben |
| List the contract number of any government contract | PO Box 49470<br>Schaumburg, IL 60159-0470 |
| **2.54.** State what the contract or lease is for and the nature of the debtor's interest — Lease of restaurant location 9901 Orlando Street, Machesney, IL 61115<br>Lease to be rejected. | |
| State the term remaining | Restaurant Realty, AZ, LLC<br>Attn: Mike Ruben |
| List the contract number of any government contract | PO Box 49470<br>Schaumburg, IL 60159-0470 |
| **2.55.** State what the contract or lease is for and the nature of the debtor's interest — Guaranty of lease re: restaurant location 2945 Dougherty Ferry Road, St. Louis, MO 63122 | |
| State the term remaining — 224 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years | |
| List the contract number of any government contract | Restaurant Realty, AZ, LLC<br>PO Box 59470<br>Schaumburg, IL 60159 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 2841 Highway 45 Bypass, Jackson, TN 38305 | |
|---|---|---|---|
| | State the term remaining | 114 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years, Option: 5: 5 years | |
| | List the contract number of any government contract | | Richard And Julie Keaton 702 Ridgecrest Lane Lebanon, TN 37087 |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of waste services for various subsidiaries | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Road Runner Recycling, Inc. PO Box 6011 Hermitage, PA 16148 |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | Lease of restaurant location 1020 Ogden Avenue, Montgomery, IL 60538 Lease to be rejected. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Samrahs Investment Group LLC I Attn: Anil Sharma 2218 Sunrise Street Ferndale, WA 98248 |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 5005 Hinkleville Road, Paducah, KY 42001 | |
|---|---|---|---|
| | State the term remaining | 123 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years | |
| | List the contract number of any government contract | | SCF RCD Funding IV LLC 902 Carnegie Center Boulevard, Suite 520 Princeton, NJ 08540 |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 2306 N. Morton Street, Franklin, IN 46131 | |
|---|---|---|---|
| | State the term remaining | 123 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years | |
| | List the contract number of any government contract | | SCF RCD Funding IV LLC 902 Carnegie Center Boulevard, Suite 520 Princeton, NJ 08540 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.61.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Guaranty of lease re: restaurant location 180 Old Route 66,  St Robert, MO 65584<br>72 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years | Schon Enterprises LLC<br>2900 Douglas Street<br>Omaha, NE 68131 |
| **2.62.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Guaranty of Security Fire Monitoring for various subsidiaries | Security Alarm Corp.<br>1511 East Main Street<br>PO Box 665<br>Salem, IL 62881 |
| **2.63.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Guaranty of lease re: restaurant location 2675 Highway K,  O'Fallon, MO 63368<br>26 months; Option: 1: 5 years, Option: 2: 5 years | Von Hoffmann Properties, L.L.C.<br>2656 W Meyer Road, Foristell, MO 63348<br>Foristell, MO 63348 |
| **2.64.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of restaurant location 440 S. Weber Road, Romeoville, IL 60446<br>Lease to be rejected. | Vwich Enterprises LLC<br>Attn: Ghandi Vwich<br>5388 Barr Road<br>Ferndale, WA 98248 |
| **2.65.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Guaranty of lease re: restaurant location 5501 Pearl Drive,  Evansville, IN 47712<br>103 months; Option: 1: 10 years, Option: 2: 10 years | Warren Bank Property, LLC<br>PO Box 9020<br>Evansville, IN 47724 |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.66.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Guaranty of lease re: restaurant location 500 N. Giant City Road, Carbondale, IL 62902<br><br>101 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years<br><br>Wassim Shaheen<br>8412 E. Steeplechase<br>Wichita, KS 67206 |
| **2.67.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Guaranty of waste services for various subsidiaries<br><br>Waste Services<br>PO Box 3020<br>Monroe, WI 53566-8320 |
| **2.68.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Guaranty of lease re: restaurant location 1510 Wentzville Parkway, Wentzville, MO 63385<br><br>75 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years, Option: 4: 5 years<br><br>Wentzville Bend Development<br>c/o TKG Management<br>8251 Maryland Ave, Suite 10<br>Saint Louis, MO 63105 |
| **2.69.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Guaranty of lease re: restaurant location 3307 W 3rd Street, Bloomington, IN 47404<br><br>108 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years<br><br>Whitehall Associates, L.P.<br>151 Bodman Place, Suite 201<br>Red Bank, NJ 07701 |
| **2.70.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HR Service<br><br>Workstream<br>521 7th Street<br>San Francisco, CA 94103 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of lease re: restaurant location 2848 N Green River Road, Evansville, IN 47715 | |
|---|---|---|---|
| | State the term remaining | 94 months; Option: 1: 5 years, Option: 2: 5 years, Option: 3: 5 years | Zeavy - Evansville LLC |
| | List the contract number of any government contract | | 4653 Camellia Avenue North Hollywood, CA 91602 |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | Software | |
|---|---|---|---|
| | State the term remaining | | Zenput |
| | List the contract number of any government contract | | 120 Causeway Suite 306 Boston, MA 02114 |

Fill in this information to identify the case:

Debtor name  M&M Custard, LLC

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  ·  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | M&M Bloomington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D  2.1 ☐ E/F ____ ☐ G ____ |
| 2.2 | M&M Bloomington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D  2.2 ☐ E/F ____ ☐ G ____ |
| 2.3 | M&M Carbondale, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D  2.1 ☐ E/F ____ ☐ G ____ |
| 2.4 | M&M Carbondale, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D  2.2 ☐ E/F ____ ☐ G ____ |
| 2.5 | M&M Cave Springs, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D  2.1 ☐ E/F ____ ☐ G ____ |

Official Form 206H          Schedule H: Your Codebtors          Page 1 of 46

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | M&M Cave Springs, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | M&M Columbia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | M&M Columbia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | M&M Columbia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | M&M Columbia South, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | M&M Columbus, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | M&M Columbus, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | M&M Cottleville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | M&M Cottleville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D   2.2 ☐ E/F  _____ ☐ G  _____ |
| 2.15 | M&M Crystal Lake, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D   2.1 ☐ E/F  _____ ☐ G  _____ |
| 2.16 | M&M Crystal Lake, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D   2.2 ☐ E/F  _____ ☐ G  _____ |
| 2.17 | M&M Crystal Lake, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | ComEd | ☐ D  _____ ■ E/F   3.20 ☐ G  _____ |
| 2.18 | M&M Ellisville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D   2.1 ☐ E/F  _____ ☐ G  _____ |
| 2.19 | M&M Ellisville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D   2.2 ☐ E/F  _____ ☐ G  _____ |
| 2.20 | M&M Evansville West, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D   2.1 ☐ E/F  _____ ☐ G  _____ |
| 2.21 | M&M Evansville West, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D   2.2 ☐ E/F  _____ ☐ G  _____ |

Official Form 206H        Schedule H: Your Codebtors        Page  3 of 46

| Debtor | M&M Custard, LLC | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | M&M Evansville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.23 | M&M Evansville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.24 | M&M Florissant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.25 | M&M Florissant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.26 | M&M Frankfort, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.27 | M&M Frankfort, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.28 | M&M Frankfort, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Village of Frankfort | ☐ D _____ <br> ■ E/F ___3.130___ <br> ☐ G _____ |
| 2.29 | M&M Frankfort, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | ComEd | ☐ D _____ <br> ■ E/F ___3.20___ <br> ☐ G _____ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.30 | M&M Franklin, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.31 | M&M Franklin, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.32 | M&M Gardner, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.33 | M&M Gardner, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.34 | M&M Gardner, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.35 | M&M Gardner, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.36 | M&M Glendale Heights, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.37 | M&M Glendale Heights, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.38 | M&M Glendale Heights, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Village of Glendale Heights | ☐ D _____ ■ E/F _3.131_ ☐ G _____ |
| 2.39 | M&M Glendale Heights, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | ComEd | ☐ D _____ ■ E/F _3.20_ ☐ G _____ |
| 2.40 | M&M Homewood, LLC (Defunt) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | ComEd | ☐ D _____ ■ E/F _3.20_ ☐ G _____ |
| 2.41 | M&M Hopkinsville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D _2.1_ ☐ E/F _____ ☐ G _____ |
| 2.42 | M&M Hopkinsville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D _2.2_ ☐ E/F _____ ☐ G _____ |
| 2.43 | M&M Jackson, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D _2.1_ ☐ E/F _____ ☐ G _____ |
| 2.44 | M&M Jackson, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D _2.2_ ☐ E/F _____ ☐ G _____ |
| 2.45 | M&M Jefferson City, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D _2.1_ ☐ E/F _____ ☐ G _____ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.46 | M&M Jefferson City, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.47 | M&M Lake St Louis, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | M&M Lake St Louis, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.49 | M&M Lake Zurich, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.50 | M&M Lake Zurich, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.51 | M&M Lake Zurich, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | ComEd | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.52 | M&M Lexington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.53 | M&M Lexington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.54 | M&M Machesney Park, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.55 | M&M Machesney Park, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.56 | M&M Machesney Park, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | ComEd | ☐ D _____ ■ E/F ___3.20___ ☐ G _____ |
| 2.57 | M&M Machesney Park, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | North Park Public Water District | ☐ D _____ ■ E/F ___3.90___ ☐ G _____ |
| 2.58 | M&M Marion, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.59 | M&M Marion, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.60 | M&M Martin City, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.61 | M&M Martin City, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.62 | M&M Montgomery, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.63 | M&M Montgomery, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.64 | M&M Montgomery, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | ComEd | ☐ D _____ <br> ■ E/F ___3.20___ <br> ☐ G _____ |
| 2.65 | M&M Naperville, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.66 | M&M Naperville, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.67 | M&M Naperville, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | City of Naperville | ☐ D _____ <br> ■ E/F ___3.17___ <br> ☐ G _____ |
| 2.68 | M&M Nicholasville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.69 | M&M Nicholasville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |

Case 25-21650    Doc# 1    Filed 11/14/25    Page 75 of 183

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.70 | M&M Owensboro, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.71 | M&M Owensboro, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.72 | M&M O'Fallon, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.73 | M&M O'Fallon, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.74 | M&M Paducah, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.75 | M&M Paducah, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.76 | M&M Richmond, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.77 | M&M Richmond, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.78 | M&M Romeoville, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.79 | M&M Romeoville, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.80 | M&M Romeoville, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | ComEd | ☐ D _____ ■ E/F ___3.20___ ☐ G _____ |
| 2.81 | M&M Sedalia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.82 | M&M Sedalia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.83 | M&M Seymour, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.84 | M&M Seymour, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.85 | M&M St Peters, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.86 | M&M St Peters, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.87 | M&M St Robert, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.88 | M&M St Robert, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.89 | M&M Valley Park, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.90 | M&M Valley Park, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.91 | M&M Wentzville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.92 | M&M Wentzville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.93 | M&M Westmont, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Equity Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.94 | M&M Westmont, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | US Foods Inc | ☑ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.95 | M&M Westmont, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Village of Westmont | ☐ D _____ ☑ E/F ___3.132___ ☐ G _____ |
| 2.96 | M&M Westmont, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | ComEd | ☐ D _____ ☑ E/F ___3.20___ ☐ G _____ |
| 2.97 | M&M Bloomington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Guaranty of lease re: restaurant locatio | ☐ D _____ ☐ E/F _____ ☑ G ___2.69___ |
| 2.98 | M&M Bloomington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ☑ G ___2.20___ |
| 2.99 | M&M Bloomington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Road Runner Recycling, Inc. | ☐ D _____ ☐ E/F _____ ☑ G ___2.57___ |
| 2.100 | M&M Bloomington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ☑ G ___2.21___ |
| 2.101 | M&M Bloomington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Aramark/Vestis | ☐ D _____ ☐ E/F _____ ☑ G ___2.5___ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.10 2 | M&M Bloomington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____<br>☐ E/F _____<br>■ G _2.11_ |
| 2.10 3 | M&M Bloomington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | CSC | ☐ D _____<br>☐ E/F _____<br>■ G _2.19_ |
| 2.10 4 | M&M Bloomington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | American Welding & Gas | ☐ D _____<br>☐ E/F _____<br>■ G _2.4_ |
| 2.10 5 | M&M Carbondale, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Wassim Shaheen | ☐ D _____<br>☐ E/F _____<br>■ G _2.66_ |
| 2.10 6 | M&M Carbondale, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____<br>☐ E/F _____<br>■ G _2.20_ |
| 2.10 7 | M&M Carbondale, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____<br>☐ E/F _____<br>■ G _2.21_ |
| 2.10 8 | M&M Carbondale, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Republic Waste | ☐ D _____<br>☐ E/F _____<br>■ G _2.52_ |
| 2.10 9 | M&M Carbondale, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Security Alrm Corp. | ☐ D _____<br>☐ E/F _____<br>■ G _2.62_ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.110 | M&M Carbondale, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D ____ <br> ☐ E/F ____ <br> ☑ G ___2.16___ |
| 2.111 | M&M Carbondale, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D ____ <br> ☐ E/F ____ <br> ☑ G ___2.11___ |
| 2.112 | M&M Carbondale, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Joe Beard & Sons | ☐ D ____ <br> ☐ E/F ____ <br> ☑ G ___2.34___ |
| 2.113 | M&M Carbondale, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | NuCO2, LLC | ☐ D ____ <br> ☐ E/F ____ <br> ☑ G ___2.49___ |
| 2.114 | M&M Cave Springs, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Melvin Dubinsky Trust | ☐ D ____ <br> ☐ E/F ____ <br> ☑ G ___2.43___ |
| 2.115 | M&M Cave Springs, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D ____ <br> ☐ E/F ____ <br> ☑ G ___2.20___ |
| 2.116 | M&M Cave Springs, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Road Runner Recycling, Inc. | ☐ D ____ <br> ☐ E/F ____ <br> ☑ G ___2.57___ |
| 2.117 | M&M Cave Springs, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D ____ <br> ☐ E/F ____ <br> ☑ G ___2.21___ |

| Debtor | M&M Custard, LLC | Case number (if known) | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| 2.118 | M&M Cave Springs, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ ☐ E/F _____ ■ G _2.16_ |
| 2.119 | M&M Cave Springs, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G _2.11_ |
| 2.120 | M&M Cave Springs, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Brooks Grease Service | ☐ D _____ ☐ E/F _____ ■ G _2.10_ |
| 2.121 | M&M Cave Springs, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____ ☐ E/F _____ ■ G _2.49_ |
| 2.122 | M&M Columbia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Broadway Marketplace | ☐ D _____ ☐ E/F _____ ■ G _2.9_ |
| 2.123 | M&M Columbia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G _2.20_ |
| 2.124 | M&M Columbia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ■ G _2.21_ |
| 2.125 | M&M Columbia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ ☐ E/F _____ ■ G _2.16_ |

Debtor  M&M Custard, LLC     Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.126 | M&M Columbia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G 2.11 |
| 2.127 | M&M Columbia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____ ☐ E/F _____ ■ G 2.49 |
| 2.128 | M&M Columbia South, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Bassiri Family | ☐ D _____ ☐ E/F _____ ■ G 2.8 |
| 2.129 | M&M Columbia South, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G 2.20 |
| 2.130 | M&M Columbia South, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ■ G 2.21 |
| 2.131 | M&M Columbia South, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ ☐ E/F _____ ■ G 2.16 |
| 2.132 | M&M Columbia South, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G 2.11 |
| 2.133 | M&M Columbia South, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____ ☐ E/F _____ ■ G 2.49 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| 2.134 | M&M Columbus, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | MAS Properties | ☐ D _____<br>☐ E/F _____<br>■ G  2.42 |
| 2.135 | M&M Columbus, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | DarPro/Darling | ☐ D _____<br>☐ E/F _____<br>■ G  2.20 |
| 2.136 | M&M Columbus, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____<br>☐ E/F _____<br>■ G  2.21 |
| 2.137 | M&M Columbus, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Aramark/Vestis | ☐ D _____<br>☐ E/F _____<br>■ G  2.5 |
| 2.138 | M&M Columbus, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Budderfly | ☐ D _____<br>☐ E/F _____<br>■ G  2.11 |
| 2.139 | M&M Columbus, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | CSC | ☐ D _____<br>☐ E/F _____<br>■ G  2.19 |
| 2.140 | M&M Columbus, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | American Welding & Gas | ☐ D _____<br>☐ E/F _____<br>■ G  2.4 |
| 2.141 | M&M Cottleville, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Mid Rivers Investment Group, L.P. | ☐ D _____<br>☐ E/F _____<br>■ G  2.44 |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 2 | M&M Cottleville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G _2.20_ |
| 2.14 3 | M&M Cottleville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Road Runner Recycling, Inc. | ☐ D _____ ☐ E/F _____ ■ G _2.57_ |
| 2.14 4 | M&M Cottleville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ■ G _2.21_ |
| 2.14 5 | M&M Cottleville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ ☐ E/F _____ ■ G _2.16_ |
| 2.14 6 | M&M Cottleville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G _2.11_ |
| 2.14 7 | M&M Cottleville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Brooks Grease Service | ☐ D _____ ☐ E/F _____ ■ G _2.10_ |
| 2.14 8 | M&M Cottleville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____ ☐ E/F _____ ■ G _2.49_ |
| 2.14 9 | M&M Crystal Lake, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Niki Opportunities | ☐ D _____ ☐ E/F _____ ■ G _2.48_ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.15 0 | M&M Crystal Lake, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G ___2.20___ |
| 2.15 1 | M&M Ellisville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | | ☐ D _____ ☐ E/F _____ ■ G ___2.50___ |
| 2.15 2 | M&M Ellisville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G ___2.20___ |
| 2.15 3 | M&M Ellisville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Road Runner Recycling, Inc. | ☐ D _____ ☐ E/F _____ ■ G ___2.57___ |
| 2.15 4 | M&M Ellisville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Waste Services | ☐ D _____ ☐ E/F _____ ■ G ___2.67___ |
| 2.15 5 | M&M Ellisville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ■ G ___2.21___ |
| 2.15 6 | M&M Ellisville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Copesan Services, Inc. | ☐ D _____ ☐ E/F _____ ■ G ___2.18___ |
| 2.15 7 | M&M Ellisville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G ___2.11___ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.158 | M&M Ellisville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ ☐ E/F _____ ■ G 2.16 |
| 2.159 | M&M Ellisville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Brooks Grease Service | ☐ D _____ ☐ E/F _____ ■ G 2.10 |
| 2.160 | M&M Evansville West, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | | ☐ D _____ ☐ E/F _____ ■ G 2.65 |
| 2.161 | M&M Evansville West, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G 2.20 |
| 2.162 | M&M Evansville West, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Waste Services | ☐ D _____ ☐ E/F _____ ■ G 2.67 |
| 2.163 | M&M Evansville West, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ■ G 2.21 |
| 2.164 | M&M Evansville West, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Koorsen Fire & Security | ☐ D _____ ☐ E/F _____ ■ G 2.36 |
| 2.165 | M&M Evansville West, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ ☐ E/F _____ ■ G 2.16 |

| Debtor | M&M Custard, LLC | Case number (if known) | |
|---|---|---|---|

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.16 6 | M&M Evansville West, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ☒ G __2.11__ |
| 2.16 7 | M&M Evansville West, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Joe Beard & Sons | ☐ D _____ ☐ E/F _____ ☒ G __2.34__ |
| 2.16 8 | M&M Evansville West, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____ ☐ E/F _____ ☒ G __2.49__ |
| 2.16 9 | M&M Evansville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Zeavy - Evansville LLC | ☐ D _____ ☐ E/F _____ ☒ G __2.71__ |
| 2.17 0 | M&M Evansville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ☒ G __2.20__ |
| 2.17 1 | M&M Evansville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ☒ G __2.21__ |
| 2.17 2 | M&M Evansville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Koorsen Fire & Security | ☐ D _____ ☐ E/F _____ ☒ G __2.36__ |
| 2.17 3 | M&M Evansville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ ☐ E/F _____ ☒ G __2.16__ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.17 4 | M&M Evansville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.11__ |
| 2.17 5 | M&M Evansville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Joe Beard & Sons | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.34__ |
| 2.17 6 | M&M Evansville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.49__ |
| 2.17 7 | M&M Florissant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Arturo Aplartments Inc. | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.6__ |
| 2.17 8 | M&M Florissant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.20__ |
| 2.17 9 | M&M Florissant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.21__ |
| 2.18 0 | M&M Florissant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.16__ |
| 2.18 1 | M&M Florissant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.11__ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.18 2 | M&M Florissant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Brooks Grease Service | ☐ D _____ ☐ E/F _____ ■ G  2.10 |
| 2.18 3 | M&M Florissant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | M&H Gas | ☐ D _____ ☐ E/F _____ ■ G  2.40 |
| 2.18 4 | M&M Frankfort, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Freddy's Land, LLC | ☐ D _____ ☐ E/F _____ ■ G  2.24 |
| 2.18 5 | M&M Frankfort, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G  2.20 |
| 2.18 6 | M&M Franklin, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | SCF RCD Funding IV LLC | ☐ D _____ ☐ E/F _____ ■ G  2.60 |
| 2.18 7 | M&M Franklin, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G  2.20 |
| 2.18 8 | M&M Franklin, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Waste Services | ☐ D _____ ☐ E/F _____ ■ G  2.67 |
| 2.18 9 | M&M Franklin, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Aramark/Vestis | ☐ D _____ ☐ E/F _____ ■ G  2.5 |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|--------|------------------|--------------------------|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|--------------------|---|--------------------|---|
| 2.190 | M&M Franklin, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Budderfly | ☐ D ____<br>☐ E/F ____<br>■ G  2.11 |
| 2.191 | M&M Franklin, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | CSC | ☐ D ____<br>☐ E/F ____<br>■ G  2.19 |
| 2.192 | M&M Franklin, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | American Welding & Gas | ☐ D ____<br>☐ E/F ____<br>■ G  2.4 |
| 2.193 | M&M Gardner, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Freddy's Land, LLC | ☐ D ____<br>☐ E/F ____<br>■ G  2.27 |
| 2.194 | M&M Gardner, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | DarPro/Darling | ☐ D ____<br>☐ E/F ____<br>■ G  2.20 |
| 2.195 | M&M Gardner, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Waste Services | ☐ D ____<br>☐ E/F ____<br>■ G  2.67 |
| 2.196 | M&M Gardner, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Ecolab Inc. | ☐ D ____<br>☐ E/F ____<br>■ G  2.21 |
| 2.197 | M&M Gardner, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Copesan Services, Inc. | ☐ D ____<br>☐ E/F ____<br>■ G  2.18 |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.19 8 | M&M Gardner, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ☑ G __2.11__ |
| 2.19 9 | M&M Gardner, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ ☐ E/F _____ ☑ G __2.16__ |
| 2.20 0 | M&M Gardner, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Brooks Grease Service | ☐ D _____ ☐ E/F _____ ☑ G __2.10__ |
| 2.20 1 | M&M Gardner, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | M&H Gas | ☐ D _____ ☐ E/F _____ ☑ G __2.40__ |
| 2.20 2 | M&M Glendale Heights, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Restaurant Realty, AZ, LLC | ☐ D _____ ☐ E/F _____ ☑ G __2.53__ |
| 2.20 3 | M&M Glendale Heights, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ☑ G __2.20__ |
| 2.20 4 | M&M Glendale Heights, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Johnson Controls | ☐ D _____ ☐ E/F _____ ☑ G __2.35__ |
| 2.20 5 | M&M Hopkinsville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Glenn Family Real Estate Holdings, LLC | ☐ D _____ ☐ E/F _____ ☑ G __2.29__ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.20 6 | M&M Hopkinsville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G __2.20__ |
| 2.20 7 | M&M Hopkinsville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ■ G __2.21__ |
| 2.20 8 | M&M Hopkinsville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Aramark/Vestis | ☐ D _____ ☐ E/F _____ ■ G __2.5__ |
| 2.20 9 | M&M Hopkinsville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G __2.11__ |
| 2.21 0 | M&M Hopkinsville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Joe Beard & Sons | ☐ D _____ ☐ E/F _____ ■ G __2.34__ |
| 2.21 1 | M&M Hopkinsville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____ ☐ E/F _____ ■ G __2.49__ |
| 2.21 2 | M&M Jackson, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Richard And Julie Keaton | ☐ D _____ ☐ E/F _____ ■ G __2.56__ |
| 2.21 3 | M&M Jackson, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G __2.20__ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.214 | M&M Jackson, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____<br>☐ E/F _____<br>■ G ___2.21___ |
| 2.215 | M&M Jackson, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Cook's Pest Control | ☐ D _____<br>☐ E/F _____<br>■ G ___2.17___ |
| 2.216 | M&M Jackson, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Aramark/Vestis | ☐ D _____<br>☐ E/F _____<br>■ G ___2.5___ |
| 2.217 | M&M Jackson, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Budderfly | ☐ D _____<br>☐ E/F _____<br>■ G ___2.11___ |
| 2.218 | M&M Jackson, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____<br>☐ E/F _____<br>■ G ___2.49___ |
| 2.219 | M&M Jefferson City Restaurant, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | F&F Development | ☐ D _____<br>☐ E/F _____<br>■ G ___2.23___ |
| 2.220 | M&M Jefferson City, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | DarPro/Darling | ☐ D _____<br>☐ E/F _____<br>■ G ___2.20___ |
| 2.221 | M&M Jefferson City, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____<br>☐ E/F _____<br>■ G ___2.21___ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 2 | M&M Jefferson City, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ ☐ E/F _____ ■ G _2.16_ |
| 2.22 3 | M&M Jefferson City, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G _2.11_ |
| 2.22 4 | M&M Jefferson City, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Brooks Grease Service | ☐ D _____ ☐ E/F _____ ■ G _2.10_ |
| 2.22 5 | M&M Jefferson City, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____ ☐ E/F _____ ■ G _2.49_ |
| 2.22 6 | M&M Lake St Louis, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G _2.20_ |
| 2.22 7 | M&M Lake St Louis, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Road Runner Recycling, Inc. | ☐ D _____ ☐ E/F _____ ■ G _2.57_ |
| 2.22 8 | M&M Lake St Louis, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ■ G _2.21_ |
| 2.22 9 | M&M Lake St Louis, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Copesan Services, Inc. | ☐ D _____ ☐ E/F _____ ■ G _2.18_ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.230 | M&M Lake St Louis, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Aramark/Vestis | ☐ D _____ ☐ E/F _____ ■ G __2.5__ |
| 2.231 | M&M Lake St Louis, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G __2.11__ |
| 2.232 | M&M Lake St Louis, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Brooks Grease Service | ☐ D _____ ☐ E/F _____ ■ G __2.10__ |
| 2.233 | M&M Lake St Louis, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Helget Gas | ☐ D _____ ☐ E/F _____ ■ G __2.30__ |
| 2.234 | M&M Lake St. Louis, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Hyrosen Properties, Inc. | ☐ D _____ ☐ E/F _____ ■ G __2.31__ |
| 2.235 | M&M Lake Zurich, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Freddy's Land, LLC | ☐ D _____ ☐ E/F _____ ■ G __2.25__ |
| 2.236 | M&M Lake Zurich, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G __2.20__ |
| 2.237 | M&M Lexington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | A&M Hamburg, LLC | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.238 | M&M Lexington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G ___2.20___ |
| 2.239 | M&M Lexington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ■ G ___2.21___ |
| 2.240 | M&M Lexington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Pest Control | ☐ D _____ ☐ E/F _____ ■ G ___2.22___ |
| 2.241 | M&M Lexington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Aramark/Vestis | ☐ D _____ ☐ E/F _____ ■ G ___2.5___ |
| 2.242 | M&M Lexington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G ___2.11___ |
| 2.243 | M&M Lexington, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | American Welding & Gas | ☐ D _____ ☐ E/F _____ ■ G ___2.4___ |
| 2.244 | M&M Machesney Park, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Restaurant Realty, AZ, LLC | ☐ D _____ ☐ E/F _____ ■ G ___2.54___ |
| 2.245 | M&M Machesney Park, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G ___2.20___ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.24 6 | M&M Machesney Park, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Johnson Controls | ☐ D ____ <br> ☐ E/F ____ <br> ■ G   2.35 |
| 2.24 7 | M&M Marion, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | MK Plaza Corp | ☐ D ____ <br> ☐ E/F ____ <br> ■ G   2.45 |
| 2.24 8 | M&M Marion, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D ____ <br> ☐ E/F ____ <br> ■ G   2.20 |
| 2.24 9 | M&M Marion, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D ____ <br> ☐ E/F ____ <br> ■ G   2.21 |
| 2.25 0 | M&M Marion, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Security Alrm Corp. | ☐ D ____ <br> ☐ E/F ____ <br> ■ G   2.62 |
| 2.25 1 | M&M Marion, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D ____ <br> ☐ E/F ____ <br> ■ G   2.16 |
| 2.25 2 | M&M Marion, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D ____ <br> ☐ E/F ____ <br> ■ G   2.11 |
| 2.25 3 | M&M Marion, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Joe Beard & Sons | ☐ D ____ <br> ☐ E/F ____ <br> ■ G   2.34 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.254 | M&M Marion, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____<br>☐ E/F _____<br>■ G   2.49 |
| 2.255 | M&M Martin City, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Modi Investments, LLC | ☐ D _____<br>☐ E/F _____<br>■ G   2.46 |
| 2.256 | M&M Martin City, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | DarPro/Darling | ☐ D _____<br>☐ E/F _____<br>■ G   2.20 |
| 2.257 | M&M Martin City, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Waste Services | ☐ D _____<br>☐ E/F _____<br>■ G   2.67 |
| 2.258 | M&M Martin City, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____<br>☐ E/F _____<br>■ G   2.21 |
| 2.259 | M&M Martin City, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Copesan Services, Inc. | ☐ D _____<br>☐ E/F _____<br>■ G   2.18 |
| 2.260 | M&M Martin City, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Aramark/Vestis | ☐ D _____<br>☐ E/F _____<br>■ G   2.5 |
| 2.261 | M&M Martin City, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Budderfly | ☐ D _____<br>☐ E/F _____<br>■ G   2.11 |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.26 2 | M&M Martin City, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Brooks Grease Service | ☐ D ____ ☐ E/F ____ ■ G __2.10__ |
| 2.26 3 | M&M Martin City, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Helget Gas | ☐ D ____ ☐ E/F ____ ■ G __2.30__ |
| 2.26 4 | M&M Montgomery, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Samrahs Investmont Group LLC I | ☐ D ____ ☐ E/F ____ ■ G __2.58__ |
| 2.26 5 | M&M Montgomery, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D ____ ☐ E/F ____ ■ G __2.20__ |
| 2.26 6 | M&M Montgomery, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | LVI | ☐ D ____ ☐ E/F ____ ■ G __2.39__ |
| 2.26 7 | M&M Naperville, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | ABDH Partners, LLC | ☐ D ____ ☐ E/F ____ ■ G __2.2__ |
| 2.26 8 | M&M Naperville, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D ____ ☐ E/F ____ ■ G __2.20__ |
| 2.26 9 | M&M Nicholasville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Chenault Interests, Ltd. | ☐ D ____ ☐ E/F ____ ■ G __2.13__ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.270 | M&M Nicholasville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D ____ ☐ E/F ____ ■ G __2.20__ |
| 2.271 | M&M Nicholasville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D ____ ☐ E/F ____ ■ G __2.21__ |
| 2.272 | M&M Nicholasville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Copesan Services, Inc. | ☐ D ____ ☐ E/F ____ ■ G __2.18__ |
| 2.273 | M&M Nicholasville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D ____ ☐ E/F ____ ■ G __2.11__ |
| 2.274 | M&M Nicholasville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Cintas Corp. | ☐ D ____ ☐ E/F ____ ■ G __2.14__ |
| 2.275 | M&M Nicholasville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | American Welding & Gas | ☐ D ____ ☐ E/F ____ ■ G __2.4__ |
| 2.276 | M&M O'Fallon, LLC | 2675 Highway K O Fallon, MO 63368 | Von Hoffmann Properties, L.L.C. | ☐ D ____ ☐ E/F ____ ■ G __2.63__ |
| 2.277 | M&M Orland Park, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Freddy's Land, LLC | ☐ D ____ ☐ E/F ____ ■ G __2.26__ |

Case 25-21650    Doc# 1    Filed 11/14/25    Page 101 of 183

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.278 | M&M Orland Park, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G ___2.20___ |
| 2.279 | M&M Owensboro, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ithaca X, LLC | ☐ D _____ ☐ E/F _____ ■ G ___2.32___ |
| 2.280 | M&M Owensboro, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G ___2.20___ |
| 2.281 | M&M Owensboro, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ■ G ___2.21___ |
| 2.282 | M&M Owensboro, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Aramark/Vestis | ☐ D _____ ☐ E/F _____ ■ G ___2.5___ |
| 2.283 | M&M Owensboro, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G ___2.11___ |
| 2.284 | M&M Owensboro, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Joe Beard & Sons | ☐ D _____ ☐ E/F _____ ■ G ___2.34___ |
| 2.285 | M&M Owensboro, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____ ☐ E/F _____ ■ G ___2.49___ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.286 | M&M O'Fallon, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.20__ |
| 2.287 | M&M O'Fallon, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Road Runner Recycling, Inc. | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.57__ |
| 2.288 | M&M O'Fallon, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.21__ |
| 2.289 | M&M O'Fallon, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.16__ |
| 2.290 | M&M O'Fallon, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.11__ |
| 2.291 | M&M O'Fallon, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Brooks Grease Service | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.10__ |
| 2.292 | M&M O'Fallon, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.49__ |
| 2.293 | M&M Paducah, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | SCF RCD Funding IV LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.59__ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.294 | M&M Paducah, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G __2.20__ |
| 2.295 | M&M Paducah, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ■ G __2.21__ |
| 2.296 | M&M Paducah, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ ☐ E/F _____ ■ G __2.16__ |
| 2.297 | M&M Paducah, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G __2.11__ |
| 2.298 | M&M Paducah, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Joe Beard & Sons | ☐ D _____ ☐ E/F _____ ■ G __2.34__ |
| 2.299 | M&M Paducah, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | American Welding & Gas | ☐ D _____ ☐ E/F _____ ■ G __2.4__ |
| 2.300 | M&M Richmond, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ithaca XI, LLC | ☐ D _____ ☐ E/F _____ ■ G __2.33__ |
| 2.301 | M&M Richmond, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G __2.20__ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|--------|------------------|---------------------------|--|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|--|------------------------|--|------------------------|--|
| 2.30 2 | M&M Richmond, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ■ G __2.21__ |
| 2.30 3 | M&M Richmond, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Copesan Services, Inc. | ☐ D _____ ☐ E/F _____ ■ G __2.18__ |
| 2.30 4 | M&M Richmond, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Aramark/Vestis | ☐ D _____ ☐ E/F _____ ■ G __2.5__ |
| 2.30 5 | M&M Richmond, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G __2.11__ |
| 2.30 6 | M&M Richmond, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | American Welding & Gas | ☐ D _____ ☐ E/F _____ ■ G __2.4__ |
| 2.30 7 | M&M Romeoville, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Vwich Enterprises LLC | ☐ D _____ ☐ E/F _____ ■ G __2.64__ |
| 2.30 8 | M&M Romeoville, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G __2.20__ |
| 2.30 9 | M&M Sedalia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Realty Income Corporation | ☐ D _____ ☐ E/F _____ ■ G __2.51__ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.310 | M&M Sedalia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.20 |
| 2.311 | M&M Sedalia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.21 |
| 2.312 | M&M Sedalia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Nightwatch Security | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.47 |
| 2.313 | M&M Sedalia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.16 |
| 2.314 | M&M Sedalia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.11 |
| 2.315 | M&M Sedalia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Brooks Grease Service | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.10 |
| 2.316 | M&M Sedalia Restaurant, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.49 |
| 2.317 | M&M Seymour, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | L & R Enterprises, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.37 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.318 | M&M Seymour, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | DarPro/Darling | ☐ D _____<br>☐ E/F _____<br>■ G __2.20__ |
| 2.319 | M&M Seymour, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____<br>☐ E/F _____<br>■ G __2.21__ |
| 2.320 | M&M Seymour, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Aramark/Vestis | ☐ D _____<br>☐ E/F _____<br>■ G __2.5__ |
| 2.321 | M&M Seymour, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Budderfly | ☐ D _____<br>☐ E/F _____<br>■ G __2.11__ |
| 2.322 | M&M Seymour, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | CSC | ☐ D _____<br>☐ E/F _____<br>■ G __2.19__ |
| 2.323 | M&M Seymour, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | American Welding & Gas | ☐ D _____<br>☐ E/F _____<br>■ G __2.4__ |
| 2.324 | M&M St Peters, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | DarPro/Darling | ☐ D _____<br>☐ E/F _____<br>■ G __2.20__ |
| 2.325 | M&M St Peters, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Road Runner Recycling, Inc. | ☐ D _____<br>☐ E/F _____<br>■ G __2.57__ |

Debtor  M&M Custard, LLC _____    Case number *(if known)* _____

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.326 | M&M St Peters, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____<br>☐ E/F _____<br>■ G ___2.21___ |
| 2.327 | M&M St Peters, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Cintas Fire | ☐ D _____<br>☐ E/F _____<br>■ G ___2.15___ |
| 2.328 | M&M St Peters, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____<br>☐ E/F _____<br>■ G ___2.16___ |
| 2.329 | M&M St Peters, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Budderfly | ☐ D _____<br>☐ E/F _____<br>■ G ___2.11___ |
| 2.330 | M&M St Peters, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Brooks Grease Service | ☐ D _____<br>☐ E/F _____<br>■ G ___2.10___ |
| 2.331 | M&M St Peters, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____<br>☐ E/F _____<br>■ G ___2.49___ |
| 2.332 | M&M St Robert, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | DarPro/Darling | ☐ D _____<br>☐ E/F _____<br>■ G ___2.20___ |
| 2.333 | M&M St Robert, LLC | 7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____<br>☐ E/F _____<br>■ G ___2.21___ |

| | | | |
|---|---|---|---|
| **Additional Page to List More Codebtors** | | | |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | | | | |
|---|---|---|---|---|
| 2.33 4 | M&M St Robert, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ ☐ E/F _____ ■ G ___2.16___ |
| 2.33 5 | M&M St Robert, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G ___2.11___ |
| 2.33 6 | M&M St Robert, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Brooks Grease Service | ☐ D _____ ☐ E/F _____ ■ G ___2.10___ |
| 2.33 7 | M&M St Robert, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____ ☐ E/F _____ ■ G ___2.49___ |
| 2.33 8 | M&M St. Peters Restaurants, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Marita Buerchner and | ☐ D _____ ☐ E/F _____ ■ G ___2.41___ |
| 2.33 9 | M&M St. Robert, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Schon Enterprises LLC | ☐ D _____ ☐ E/F _____ ■ G ___2.61___ |
| 2.34 0 | M&M Valley Park, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Restaurant Realty, AZ, LLC | ☐ D _____ ☐ E/F _____ ■ G ___2.55___ |
| 2.34 1 | M&M Valley Park, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G ___2.20___ |

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.34 2 | M&M Valley Park, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ■ G ___2.21___ |
| 2.34 3 | M&M Valley Park, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Aspen Waste | ☐ D _____ ☐ E/F _____ ■ G ___2.7___ |
| 2.34 4 | M&M Valley Park, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Cintas Fire | ☐ D _____ ☐ E/F _____ ■ G ___2.15___ |
| 2.34 5 | M&M Valley Park, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Copesan Services, Inc. | ☐ D _____ ☐ E/F _____ ■ G ___2.18___ |
| 2.34 6 | M&M Valley Park, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Aramark/Vestis | ☐ D _____ ☐ E/F _____ ■ G ___2.5___ |
| 2.34 7 | M&M Valley Park, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G ___2.11___ |
| 2.34 8 | M&M Valley Park, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Brooks Grease Service | ☐ D _____ ☐ E/F _____ ■ G ___2.10___ |
| 2.34 9 | M&M Valley Park, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | NuCO2, LLC | ☐ D _____ ☐ E/F _____ ■ G ___2.49___ |

Case 25-21650    Doc# 1    Filed 11/14/25    Page 110 of 183

| Debtor | M&M Custard, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.35 0 | M&M Wentzville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Wentzville Bend Development | ☐ D _____ ☐ E/F _____ ■ G __2.68__ |
| 2.35 1 | M&M Wentzville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G __2.20__ |
| 2.35 2 | M&M Wentzville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Road Runner Recycling, Inc. | ☐ D _____ ☐ E/F _____ ■ G __2.57__ |
| 2.35 3 | M&M Wentzville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Ecolab Inc. | ☐ D _____ ☐ E/F _____ ■ G __2.21__ |
| 2.35 4 | M&M Wentzville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Copesan Services, Inc. | ☐ D _____ ☐ E/F _____ ■ G __2.18__ |
| 2.35 5 | M&M Wentzville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Budderfly | ☐ D _____ ☐ E/F _____ ■ G __2.11__ |
| 2.35 6 | M&M Wentzville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Clean Uniform Co. | ☐ D _____ ☐ E/F _____ ■ G __2.16__ |
| 2.35 7 | M&M Wentzville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Brooks Grease Service | ☐ D _____ ☐ E/F _____ ■ G __2.10__ |

| Debtor | M&M Custard, LLC | Case number *(if known)* |  |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.35 8 | M&M Wentzville, LLC | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | M&H Gas | ☐ D _____ ☐ E/F _____ ■ G __2.40__ |
| 2.35 9 | M&M Westmont, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | AH2 Westmont 63rd Street Westmont IL LLC | ☐ D _____ ☐ E/F _____ ■ G __2.3__ |
| 2.36 0 | M&M Westmont, LLC (Defunct) | 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | DarPro/Darling | ☐ D _____ ☐ E/F _____ ■ G __2.20__ |

Debtor name    M&M Custard, LLC

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.............................................................................................   $      0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.............................................................................................   $      5,223,367.00

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.............................................................................................   $      5,223,367.00

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $      23,500,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................................   $      431,699.70

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$      3,728,220.10

4. **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b        $      27,659,919.80

Fill in this information to identify the case:

Debtor name    M&M Custard, LLC

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 13, 2025     **X** /s/ Eric H. Cole
                                     Signature of individual signing on behalf of debtor

                                     Eric H. Cole
                                     Printed name

                                     Managing Member
                                     Position or relationship to debtor

Debtor name   M&M Custard, LLC

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | From the beginning of the fiscal year to filing date:<br>From 1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $48,744,420.00 |
    | For prior year:<br>From 1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $61,260,700.00 |
    | For year before that:<br>From 1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $62,990,930.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|
    | | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Steven Nordstrom<br>5602 W. 147th Terrace<br>Overland Park, KS 66223<br>Managing Member | Various | $10,500.00 | Interest Only Payments on $350,000 Loan that ended 5/16/25 |
| 4.2. Steven Nordstrom<br>5602 W. 147th Terrace<br>Overland Park, KS 66223<br>Managing Member | Various | $9,843.75 | Interest Only Payments on $200,000 Loan that ended 5/16/25 |
| 4.3. Eric H. Cole<br>9518 West 151st Terrace<br>Overland Park, KS 66221<br>Managing Member | Various | $10,500.00 | Interest Only Payments on $350,000 Loan that ended 5/16/25 |
| 4.4. Eric H. Cole<br>9518 West 151st Terrace<br>Overland Park, KS 66221<br>Managing Member | Various | $9,843.75 | Interest Only Payments on $200,000 Loan that ended 5/16/25 |
| 4.5. West Side Investment, LLC<br>5602 West 147th Terrace<br>Overland Park, KS 66223<br>Owned by the Wives, Michelle Cole<br>&Maria Nordstrom, of the Managing<br>Members | Various | $40,079.93 | Principal & Interest Payments on $350,000 Loan that ended 5/28/25 |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 11/13/2024 - $25,000.00 | |
| | | | 11/10/2025 - $55,616.00 | |
| | Evans and Mullinix PA<br>7225 Renner Rd  Ste 200<br>Shawnee, KS 66217-3043 | Filing Fees for this case and all 31 subcases and attorney fees for this case and all 31 subcases | 11/13/2025 - $30,000.00 | $110,616.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| M&M Custard 401(k) Plan | EIN: |

Has the plan been terminated?
■ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | PNC Bank | XXXX-3124 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 6/05/2024 | $124.41 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  M&M Florissant Land & Building, LLC 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Land & Building | EIN:    27-3355504 From-To    2022-2023 |
| 25.2.  M&M Florissant Land & Building, LLC 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Land & Building | EIN:    27-3355504 From-To    2022-2023 |
| 25.3.  M&M Bloomington, LLC 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:    41-2368844 From-To |
| 25.4.  M&M Carbondale, LLC 7111 West 151st Street, Suite 112 Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:    41-2448505 From-To |

Case 25-21650    Doc# 1    Filed 11/14/25    Page 120 of 183

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.5. M&M Cave Springs, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:    41-2447421<br><br>From-To |
| 25.6. M&M Columbia South, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:    41-2472759<br><br>From-To |
| 25.7. M&M Columbia Restaurant, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:    41-2416214<br><br>From-To |
| 25.8. M&M Columbus, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:    41-2444986<br><br>From-To |
| 25.9. M&M Cottleville, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:    46-4453657<br><br>From-To |
| 25.10. M&M Crystal Lake, LLC (Defunct)<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:<br><br>From-To |
| 25.11. M&M Ellisville, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:    41-2483011<br><br>From-To |
| 25.12. M&M Evansville West, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:    41-2417386<br><br>From-To |
| 25.13. M&M Evansville, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:    41-2392097<br><br>From-To |
| 25.14. M&M Florissant, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:    41-2471820<br><br>From-To |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 25-21650    Doc# 1    Filed 11/14/25    Page 121 of 183

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| 25.15 M&M Frankfort, LLC (Defunct)<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**<br><br>**From-To** |
| 25.16 M&M Franklin, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**    41-2413589<br><br>**From-To** |
| 25.17 M&M Gardner, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**    41-2324334<br><br>**From-To** |
| 25.18 M&M Glendale Heights, LLC (Defunct)<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**<br><br>**From-To** |
| 25.19 M&M Homewood, LLC (Defunct)<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**<br><br>**From-To** |
| 25.20 M&M Hopkinsville, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**    41-2340953<br><br>**From-To** |
| 25.21 M&M Jackson, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**    41-2394519<br><br>**From-To** |
| 25.22 M&M Jefferson City, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**    41-2323475<br><br>**From-To** |
| 25.23 M&M Lake St Louis, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**    41-2488426<br><br>**From-To** |
| 25.24 M&M Lake Zurich, LLC (Defunct)<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**<br><br>**From-To** |

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.25. | M&M Lexington, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:   41-2377420<br><br>From-To |
| 25.26. | M&M Machesney Park, LLC (Defunct)<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:<br><br>From-To |
| 25.27. | M&M Marion, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:   41-2448165<br><br>From-To |
| 25.28. | M&M Martin City, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:   41-2482963<br><br>From-To |
| 25.29. | M&M Montgomery, LLC (Defunct)<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:<br><br>From-To |
| 25.30. | M&M Naperville, LLC (Defunct)<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:<br><br>From-To |
| 25.31. | M&M Nicholasville, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:   41-2435930<br><br>From-To |
| 25.32. | M&M O'Fallon, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:   41-2419142<br><br>From-To |
| 25.33. | M&M Orland Park, LLC (Defunct)<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:<br><br>From-To |
| 25.34. | M&M Owensboro, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | EIN:   41-2320465<br><br>From-To |

| Business name address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.35. | M&M Paducah, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**    41-2409615<br><br>**From-To** |
| 25.36. | M&M Richmond, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**    41-2460268<br><br>**From-To** |
| 25.37. | M&M Romeoville, LLC (Defunct)<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**<br><br>**From-To** |
| 25.38. | M&M Sedalia Restaurant, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**    42-2355861<br><br>**From-To** |
| 25.39. | M&M Seymour, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**    41-2409539<br><br>**From-To** |
| 25.40. | M&M St Peters, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**    41-2390974<br><br>**From-To** |
| 25.41. | M&M St Robert, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**    41-2448021<br><br>**From-To** |
| 25.42. | M&M Valley Park, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**    41-2483145<br><br>**From-To** |
| 25.43. | M&M Wentzville, LLC<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**    41-2473051<br><br>**From-To** |
| 25.44. | M&M Westmont, LLC (Defunct)<br>7111 West 151st Street, Suite 112<br>Overland Park, KS 66223 | Franchise Operator of Freddy's Frozen Custard and Steakburgers | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**

Case 25-21650    Doc# 1    Filed 11/14/25    Page 124 of 183

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26a.1. Ong & Company<br>92225 Indian Creek Parkway<br>Suite 100<br>Overland Park, KS 66210 | 2010 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26b.1. Emerick & Companym PC<br>4520 Madison Avenue<br>Suite G<br>Kansas City, MO 64111 | January 2022 to 2024 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|------------------|
| 26d.1. Equity Bank<br>7701 East Kellog<br>Suite 100<br>Wichita, KS 67207 |
| 26d.2. Freddy's, LLC<br>3020 North Cypress<br>Suite 200<br>Wichita, KS 67226 |
| 26d.3. C Squared, LLC<br>26 Pinecrest Plaza<br>Suite 269<br>Southern Pines, NC 28387 |
| 26d.4. M&M Investors - List Provided |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|-------------------------------------------------------------------------------|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Eric Cole | 9518 West 151st Terrace Overland Park, KS 66221 | Managing Member | 16.792% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Steve Nordstrom | 5602 West 145th Street Overland Park, KS 66223 | Managing Member | 16.792% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Steven Nordstrom 5602 W. 147th Terrace Overland Park, KS 66223 | $261,621.27 | Various | Management & Guarantee Fees as pursuant to the Operating Agreement |
| | **Relationship to debtor** Managing Member | | | |
| 30.2. | Janet Nordstrom | $81,853.98 | Various | Employee Wages |
| | **Relationship to debtor** Sister of Managing Member, Steven Nordstrom | | | |
| 30.3. | Eric H. Cole 9518 West 151st Terrace Overland Park, KS 66221 | $261,621.27 | Various | Management & Guarantee Fees as pursuant to the Operating Agreement & Expense Reimbursements |
| | **Relationship to debtor** Managing Member | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | Zac Cole<br>9518 West 151st Terrace<br>Overland Park, KS 66221 | $66,999.92 | Various | Employee Wages |
| | **Relationship to debtor**<br>Son of Managing Member, Eric H/ Cole | | | |
| 30.5. | Connor Childress | $98,593.50 | Various | Employee Wages & Expense Reimbursements ($2,703.55) |
| | **Relationship to debtor**<br>Son of Shareholder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 13, 2025

/s/ Eric H. Cole                                                     Eric H. Cole
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

IN RE: )
                                     )
M&M CUSTARD, LLC, )     Case No.
                                     )     Chapter 11
_____ DEBTOR. )

**DEBTOR'S DECLARATION UNDER PENALTY OF PERJURY AND NOTICE OF**
**COMPLIANCE WITH FED. R. BANKR. P. 1116 AND LOCAL RULE 1007.1**

Comes now the Debtor, M&M Custard, LLC, and hereby makes the following statements

and declarations under penalty of perjury regarding the following documents required by Fed. R.

Bankr. P. 1116 and Local Rule 1007.1:

1. A Corporate Resolution Statement is attached hereto.

2. A Balance Sheet as of 9/03/2025 is attached hereto.

3. A Statement of Operations has not been prepared.

4. The Cash Flow Statement has not been prepared. Attached hereto is a Profit and Loss

    Statement as of 9/03/2025.

5. The 2024 Federal Income Tax Returns are attached hereto.

M&M Custard, LLC

_____
By: Eric H. Cole
Managing Member

**RESOLUTIONS BY**
**THE MEMBERS OF**
**M&M CUSTARD, LLC**

At a meeting of all of the Members of M&M Custard, LLC duly held at the office of said Company/Corporation on the 13th day of November 2025, the following Resolutions were adopted.

RESOLVED: that M&M Custard, LLC will file a Chapter 11 Bankruptcy Proceeding in the United States Bankruptcy Court for the District of Kansas, and that Evans & Mullinix, P.A. will be the attorneys for M&M Custard, LLC in this bankruptcy proceeding.

RESOLVED: that all M&M Custard, LLC's subsidiaries, which are solely owned by M&M Custard, which are listed below, will file a Chapter 11 Bankruptcy Proceeding in the United States Bankruptcy Court for the District of Kansas, and that Evans & Mullinix, P.A. will be the attorneys for all of the foregoing subsidiaries in their bankruptcy proceeding.

| | |
|---|---|
| M&M Bloomington, LLC | M&M Lake St. Louis, LLC |
| M&M Carbondale, LLC | M&M Lexington, LLC |
| M&M Cave Springs, LLC | M&M Marion, LLC |
| M&M Columbia Restaurant, LLC | M&M Martin City, LLC |
| M&M Columbia South, LLC | M&M Nicholasville, LLC |
| M&M Columbus, LLC | M&M O'Fallon, LLC |
| M&M Cottleville, LLC | M&M Owensboro, LLC |
| M&M Ellisville, LLC | M&M Paducah, LLC |
| M&M Evansville West, LLC | M&M Richmond, LLC |
| M&M Evansville, LLC | M&M Sedalia Restaurant, LLC |
| M&M Florissant, LLC | M&M Seymour, LLC |
| M&M Franklin, LLC | M&M St. Peters Restaurants, LLC |
| M&M Gardner, LLC | M&M St. Robert, LLC |
| M&M Hopkinsville, LLC | M&M Valley Park, LLC |
| M&M Jackson, LLC | M&M Wentzville, LLC |
| M&M Jefferson City Restaurant, LLC | |

RESOLVED: that Eric H. Cole, Managing Member of M&M Custard, LLC, is hereby authorized and instructed to sign all of the appropriate documents and take such action as is necessary and required of M&M Custard, LLC to comply with the local rules of court and the statutory requirements as set forth in the Bankruptcy Code and Local Bankruptcy Rules.

Notice of the time and place of said meeting is hereby waived by the Members.

By: Eric H. Cole
Managing Member

4925-0244-5689, v. 1

STATE OF KANSAS          )
                        ) ss:
COUNTY OF JOHNSON        )

      Eric H. Cole, being duly sworn, says that he is the Managing Member of M&M Custard, LLC, a company of the State of Missouri authorized to do business in the State of Kansas, and that the foregoing is a true and correct copy of the Resolutions adopted by said Company on the 13th day of November 2025.

_____

By: Eric H. Cole
Managing Member
M&M Custard, LLC

Subscribed and sworn to before me this 13th day of November 2025.

_____

Notary Public

SHELBI HINDS
STATE OF KANSAS
My Appt. Exp 9/15/29

# Balance Sheet

### As of 9/3/2025

M&M Custard, LLC

|  | YTD |
|---|---|
| **ASSETS** | |
| **Current Asset** | |
| Cash in Safe - Jeff City | 1,000 |
| Cash in Safe - Sedalia | 1,000 |
| Cash in Safe - Columbia | 1,000 |
| Cash in Safe - St. Peters | 1,000 |
| Cash in Safe - Cottlevile | 1,000 |
| Cash in Safe - St. Robert | 1,000 |
| Cash in Safe - Evansville | 1,000 |
| Cash in Safe - O'Fallon | 1,000 |
| Cash in Safe - Owensboro | 1,000 |
| Farmers Bank | 1,187 |
| Equity Bank Main Op - 7642 | 308,235 |
| Equity Bank Payables - 7626 | -85,256 |
| Cash in Safe - Cave Springs | 1,000 |
| Cash in Safe - Marion, IL | 1,000 |
| Cash in Safe - Carbondale, IL | 1,000 |
| Cash in Safe - Evansville West | 1,000 |
| Cash in Safe - Columbia South | 1,000 |
| Cash in Safe - Hopkinsville KY | 1,000 |
| Cash in Safe - Jackson | 1,000 |
| Cash in Safe - Paducah | 1,000 |
| Cash in Safe - Lexington | 1,000 |
| Cash in Safe - Florissant | 1,000 |
| Cash in Safe - Columbus | 1,000 |
| Cash in Safe - Franklin | 1,000 |
| Cash in Safe - Seymour | 1,000 |
| Cash in Safe - Bloomington | 1,000 |
| Cash in safe - Nicholasville | 1,000 |
| Cash in Safe - Ellisville | 1,000 |
| Cash in Safe - Richmond | 1,000 |
| Cash in Safe - Wentzville | 1,000 |
| Cash in Safe - Gardner | 1,000 |
| Cash in Safe - Crystal Lake | 1,000 |
| Cash in Safe - Glendale Heights | 1,000 |
| Cash in Safe - Machesney Park | 1,000 |
| Cash in Safe - Romeoville | 1,000 |
| Cash in Safe - Lake St. Louis | 1,000 |

| | YTD |
|---|---|
| Cash in Safe - Martin City | 1,000 |
| Cash in Safe - Westmont | 1,000 |
| Cash in Safe - Montgomery | 1,000 |
| Cash in Safe - Naperville | 1,000 |
| Cash in Safe - Valley Park | 1,000 |
| Jefferson Bank of MO | 2,838 |
| Central Bank of Boone County - Columbia | 2,599 |
| St. Johns Bank - O'Fallon | 2,307 |
| UMB Bank - Cottleville | 2,500 |
| Heritage Federal Credit Union - Evansville East | 4,331 |
| Equity Bank - Sedalia | 4,577 |
| First Southern Bank - Marion, IL | 2,027 |
| First Southern Bank - Carbondale | 537 |
| Old National Bank - Evansville West | 1,835 |
| Commerce Bank - Columbia South | 2,321 |
| U.S. Bank - Hopkinsville | 2,183 |
| First Horizon - Jackson | 3,740 |
| St. Johns Bank - Cave Springs | 2,550 |
| South Central Bank - Owensboro | 3,537 |
| Stock Yards Bank & Trust-Lexington | 2,396 |
| Old National Bank - Columbus | 2,085 |
| Old National Bank - Seymour | 2,230 |
| Fifth Third Bank - Franklin | 1,027 |
| Fifth Third Bank - Bloomington | 3,145 |
| Commerce Bank - Florissant | 3,573 |
| Bank of Missouri - St. Robert | 3,197 |
| Traditional Bank - Nicholasville | 2,030 |
| U.S. Bank - Ellisville | 1,855 |
| Fifth Third Bank - Richmond | 2,147 |
| Regions Bank - St. Peters | 2,497 |
| Regions Bank - Wentzville | 2,542 |
| Arvest Bank - Gardner | 2,000 |
| Huntington Bank - Glendale Heights | 1,735 |
| U.S. Bank - Crystal Lake | 1,454 |
| Fifth Third Bank - Romeoville | 1,371 |
| First Mid Bank & Trust - Lake St. Louis | 1,684 |
| Commerce Bank - Martin City | 2,119 |
| U.S. Bank - Westmont | 1,425 |
| Great Southern Bank - Valley Park | 2,259 |
| Northwest Bank of Rockford - Machesney Park | 2,135 |
| Regions Bank - Paducah | 2,121 |
| Fifth Third Bank - Montgomery, IL | 1,950 |
| U.S. Bank - Naperville | 862 |
| 3rd Party Delivery | 487,653 |
| Employee Retention Credit Receivable | 1,628,525 |

|  | YTD |
|---|---|
| Inventory | 439,815 |
| Undeposited Funds | 7,385 |
| **Total Current Asset** | **2,913,269** |
| **Fixed Asset** | |
| Furniture & Equipment | 17,490,650 |
| Leasehold Improvements | 15,931,970 |
| Real Estate | 21 |
| z-Accumulated Depreciation | -22,863,060 |
| **Total Fixed Asset** | **10,559,581** |
| **Other Asset** | |
| Franchise Fees | 632,500 |
| Development Fees | 285,000 |
| Loan Costs | 415,445 |
| Organization Costs | 24,097 |
| Security & Utility Deposits | 112,245 |
| Start Up Costs | 18,416 |
| Goodwill | 2,681,000 |
| Accrued Rebates | 601,472 |
| Accumulated Amortization | -1,555,633 |
| **Total Other Asset** | **3,214,543** |
| **Total ASSETS** | **16,687,392** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liability** | |
| Accounts Payable | 3,045,727 |
| American Express Corporate Card | 72,441 |
| Due to Freddy's -Marketing -NAF | -866 |
| Edward Jones 401K Due | 2,755 |
| Garnishments Payable | 178 |
| Accrued Marketing - Local | 1,084 |
| Accrued Wages | 314,024 |
| Accrued RDS | 971 |
| Accrued CAM | 39,580 |
| Accrued Property Taxes | 107,507 |
| Accrued Personal Time | 279,253 |
| Accrued Real Estate Tax | 686,931 |
| Accrued Interest | 1,096,333 |
| Accrued Rent | -103,190 |
| Accrued Building Insurance | 25,978 |
| Due to Freddy's - Royalties | -2,433 |
| Gift Cards Payable | 7,091 |
| Due to Member / Managers:18450 · Management Fees Due | -2,814 |
| Sales Tax Payable | 363,760 |
| Donations - Kids in Need Foundation | 24,506 |
| **Total Current Liability** | **5,958,816** |

|  | YTD |
|---|---|
| **Long Term Liability** | |
| Equity Bank Line of Credit #3354 | 3,192,322 |
| Equity Bank 2021 Development LOC #0098 | 3,949,351 |
| Equity Bank 2022 DLOC #8754 - formerly #0106 | 4,727,470 |
| Equity Bank 2023 Development LOC #8770 | 3,578,280 |
| Promissory Note - Steve Nordstrom | 550,000 |
| Promissary Note - Eric Cole | 550,000 |
| West Side Investments Loan | 343,271 |
| West Side Investments Loan #2 | 70,000 |
| Equity Bank Consolidated Loan #0514 | 6,569,372 |
| Equity Bank Crystal Lake Loan 0706 | 647,084 |
| **Total Long Term Liability** | **24,177,150** |
| **Total Liabilities** | **30,135,966** |
| **Equity** | |
| **Equity** | |
| Partners Capital | -2,380,010 |
| Retained Earnings | -7,994,822 |
| YTD Income | -3,073,742 |
| **Total Equity** | **-13,448,574** |
| **Total Equity** | **-13,448,574** |
| **Total LIABILITIES & EQUITY** | **16,687,392** |

|  | Total | |
|---|---:|---:|
| **Sales** | | |
| **Revenues** | | |
| 21000 - Revenues | 12,748,626.90 | 90.9% |
| 21001 - Third Party Delivery App Revenue | 1,635,016.17 | 11.7% |
| 21002 - Catering Revenue | 23,437.45 | 0.2% |
| **Total Revenues** | 14,407,080.52 | 102.7% |
| 21500 - Discounts | -382,974.12 | -2.7% |
| **Total Sales** | 14,024,106.40 | 100.0% |
| **Prime Cost** | | |
| **Cost of Goods Sold 1000** | | |
| 1100 - Cups, Paper, Cones - COGS | 376,654.66 | 2.7% |
| 1200 - Food Cost - COGS | 4,000,080.24 | 28.5% |
| 1300 - Rebates | -200,646.06 | -1.4% |
| 1400 - Bread and Buns- COGS | 232,669.32 | 1.7% |
| 1500 - Freddy's Sourcing Fees | -80.46 | 0.0% |
| **Total Cost of Goods Sold 1000** | 4,408,677.70 | 31.4% |
| **Total Prime Cost** | 4,408,677.70 | 31.4% |
| **Gross Profit** | 9,615,428.70 | 68.6% |
| **Operating Expense** | | |
| **Personnel Expenses 1000** | | |
| **Store Manager Bonus** | | |
| 5100 - Store Manager Bonus | 17,245.19 | 0.1% |
| 5250 - Bonus - Training/Referral | 3,167.50 | 0.0% |
| **Total Store Manager Bonus** | 20,412.69 | 0.1% |
| **Labor Costs** | | |
| 5400 - Labor - Cashier/Custard | 1,664,252.79 | 11.9% |
| 5450 - Labor - Trainers | 1,971.23 | 0.0% |
| 5500 - Labor - Cook | 1,267,792.89 | 9.0% |
| 5600 - Labor - Management Salaries | 972,031.24 | 6.9% |
| 5700 - Labor - Supervisors | 529,427.94 | 3.8% |
| 5850 - Labor - Vacation | -27,780.50 | -0.2% |
| **Total Labor Costs** | 4,407,695.59 | 31.4% |
| 5300 - Employee Health Insurance | 144,758.04 | 1.0% |
| **Payroll Taxes** | | |
| 5900 - Payroll Taxes | 398,805.01 | 2.8% |
| 5950 - Work Comp | 55,028.27 | 0.4% |
| **Total Payroll Taxes** | 453,833.28 | 3.2% |

| | Total | |
|---|---:|---:|
| 5920 - 401K Match | 7,728.73 | 0.1% |
| **Total Personnel Expenses 1000** | **5,034,428.33** | **35.9%** |
| **Controllable Expenses 3000** | | |
| 3050 - Bank Charges | 6,165.38 | 0.0% |
| 3075 - Cash Over / Short | 3,846.65 | 0.0% |
| 3100 - Cell Phone and Internet | 7,016.85 | 0.1% |
| 3125 - Credit Card Expense | 224,864.57 | 1.6% |
| 3140 - Software & Application Fees | 89,311.92 | 0.6% |
| 3150 - FFC & RDS Tech | 91,178.56 | 0.7% |
| 3175 - Equipment Rental | 18,589.35 | 0.1% |
| 3200 - Linen | 44,534.49 | 0.3% |
| **Maintenance Expenses** | | |
| 3225 - Maintenance - Building | 114,375.63 | 0.8% |
| 3250 - Maintenance - Equipment | 99,109.51 | 0.7% |
| 3275 - Maintenance - Preventative | 89,127.38 | 0.6% |
| 3280 - Maintenance - Furniture | 1,604.28 | 0.0% |
| 3285 - Maintenance- Snow and Lawn Care | 44,200.11 | 0.3% |
| **Total Maintenance Expenses** | **348,416.91** | **2.5%** |
| **Marketing Expenses** | | |
| **Marketing - Local** | | |
| 3300 - Marketing - Local | 60,010.90 | 0.4% |
| **Marketing - Donations** | | |
| 3325 - Marketing - Donations | 2,760.71 | 0.0% |
| **Total Marketing - Donations** | **2,794.78** | **0.0%** |
| 3340 - Marketing - OLO | 12,814.02 | 0.1% |
| 3350 - Marketing - Delivery & Ad Spending | 52,519.75 | 0.4% |
| 3360 - Marketing - Recruiting Fees | 20,865.54 | 0.1% |
| **Total Marketing - Local** | **149,004.99** | **1.1%** |
| 3310 - Marketing - Freddy's NAF | 189,523.13 | 1.4% |
| **Total Marketing Expenses** | **338,528.12** | **2.4%** |
| 3364 - DM - Travel & Expense Report | 8,109.04 | 0.1% |
| 3365 - MIT Travel | 183.86 | 0.0% |
| 3370 - Employee Morale | 15.28 | 0.0% |
| 3425 - Security | 3,191.31 | 0.0% |
| 3450 - Sound System | 14,088.60 | 0.1% |
| **Supplies** | | |
| 3555 - Supplies | 0.00 | 0.0% |

| | Total | |
|---|---:|---:|
| 3475 - Supplies - Chemical | 99,229.31 | 0.7% |
| 3500 - Supplies - Food Handling | 39,522.87 | 0.3% |
| **Supplies - Office** | | |
| 3525 - Supplies - Office | 222.11 | 0.0% |
| 2600 - Office Expenses | 20,016.93 | 0.1% |
| **Total Supplies - Office** | **20,239.04** | **0.1%** |
| 3550 - Supplies - Smallwares | 30,053.93 | 0.2% |
| **Total Supplies** | **189,045.15** | **1.3%** |
| 3600 - Uniforms | 17,930.33 | 0.1% |
| **Utilities** | | |
| 3625 - Utilities - Electric | 278,181.89 | 2.0% |
| 3650 - Utilities - Gas | 29,756.94 | 0.2% |
| 3675 - Utilities - Telephone | 22,259.72 | 0.2% |
| 3700 - Utilities - Trash | 44,302.34 | 0.3% |
| 3725 - Utilities - Water | 64,282.89 | 0.5% |
| **Total Utilities** | **438,783.78** | **3.1%** |
| **Third Party Delivery App Fees** | | |
| 4550 - Third Party Delivery App Upcharges | -255,893.03 | -1.8% |
| 4551 - Third Party Delivery App Commissions | 317,106.16 | 2.3% |
| 4552 - Third Party Delivery App Refunds | 14,011.92 | 0.1% |
| 4553 - Third Party Delivery App Over/Short | -120,139.02 | -0.9% |
| **Total Third Party Delivery App Fees** | **-44,913.97** | **-0.3%** |
| **Total Controllable Expenses 3000** | **1,798,886.18** | **12.8%** |
| **Total Controllable Profit** | **2,782,114.19** | **19.8%** |
| **Non-Controllable Expenses 4000** | | |
| 4100 - Amortization | 56,996.28 | 0.4% |
| 4200 - Depreciation | 154,342.86 | 1.1% |
| 4400 - Insurance - Building | 157,147.71 | 1.1% |
| 4410 - Freddy's Royalties | 549,794.28 | 3.9% |
| 4500 - Licences & Fees | 2,971.78 | 0.0% |
| **Rent and Lease Expenses** | | |
| 4600 - Rent - CAM | 38,841.39 | 0.3% |
| 4700 - Rent or Lease | 1,275,858.61 | 9.1% |
| **Total Rent and Lease Expenses** | **1,314,700.00** | **9.4%** |
| 4800 - Taxes - Personal Property | 27,809.43 | 0.2% |
| 4850- - Use Tax | 2,320.13 | 0.0% |

| | Total | |
|---|---|---|
| 4900 - Taxes - Real Estate | 239,243.19 | 1.7% |
| 4950 - Income Tax | 0.00 | 0.0% |
| **Total Non-Controllable Expenses 4000** | **2,505,325.66** | **17.9%** |
| **Total Non-Controllable Profit** | **276,788.53** | **2.0%** |
| **Admin Expenses 9000** | | |
| **Travel- Admin** | | |
| 2100 - Travel- Admin | 8,611.86 | 0.1% |
| 3575 - Travel | 33.73 | 0.0% |
| **Total Travel- Admin** | **8,645.59** | **0.1%** |
| **Admin Salaries** | | |
| 2200 - Admin Salaries | 336,168.78 | 2.4% |
| 2550 - Managementand Guarantee Fees | -115,286.72 | -0.8% |
| **Total Admin Salaries** | **221,099.53** | **1.6%** |
| 2400 - Interest Expense | 507,998.46 | 3.6% |
| 2450 - Legal Fees | 29,409.94 | 0.2% |
| 2500 - Multi Unit Manager Bonus | 10,781.88 | 0.1% |
| 2700 - Employee Training | 345.41 | 0.0% |
| **Professional Fees** | | |
| 3400 - Professional Fees | 25,392.80 | 0.2% |
| **Total Professional Fees** | **25,392.80** | **0.2%** |
| **Total Admin Expenses 9000** | **803,673.61** | **5.7%** |
| 9001 - Allocated Admin | 0.00 | 0.0% |
| **Total Operating Expense** | **10,142,313.78** | **72.3%** |
| **Corporate Overhead & Other** | | |
| 6000 - Interest Earned | -2.96 | 0.0% |
| 6220 - Other Income | 0.00 | 0.0% |
| **Total Corporate Overhead & Other** | **-2.96** | **0.0%** |
| **Net Profit** | **-526,882.12** | **-3.8%** |
| | | |
| **Cash Flow** | **-315,542.98** | **-2.3%** |
| | | |
| **EBITDA** | **220,264.91** | **1.6%** |

Case 25-21650    Doc# 1    Filed 11/14/25    Page 139 of 183

| Form **1065** | | **U.S. Return of Partnership Income** For calendar year 2024, or tax year beginning _____ , 2024, ending _____ , 20 ___ . Go to *www.irs.gov/Form1065* for instructions and the latest information. | | OMB No. 1545-0123 **2024** |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

| **A** Principal business activity | | | **D** Employer identification number |
|---|---|---|---|
| Restaurant | | | 27-3355504 |
| **B** Principal product or service | Type or Print | M&M Custard LLC 7111 W 151st Street, Suite 112 Overland Park, KS 66223 | **E** Date business started 8/31/2010 |
| Food & Beverage | | | **F** Total assets (see instructions) |
| **C** Business code number | | | $ 17,163,596. |
| 722511 | | | |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify): _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: _____ 43

**J** Check if Schedules C and M-3 are attached.

**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

### INCOME

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | 62,951,629. | **b** Less returns and allowances 1,690,929. **c** Balance | 1c | 61,260,700. |
| 2 | Cost of goods sold (attach Form 1125-A) | | 2 | 18,115,269. |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 | 43,145,431. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 | |
| 7 | Other income (loss) (attach statement) See Statement 1 | | 7 | 35,881. |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | 8 | 43,181,312. |

### DEDUCTIONS (see instructions for limitations)

| | | | | |
|---|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | 9 | 20,205,342. |
| 10 | Guaranteed payments to partners | | 10 | 541,134. |
| 11 | Repairs and maintenance | | 11 | 1,519,938. |
| 12 | Bad debts | | 12 | |
| 13 | Rent | | 13 | 5,751,255. |
| 14 | Taxes and licenses | | 14 | 3,450,643. |
| 15 | Interest (see instructions) | | 15 | |
| 16a | Depreciation (if required, attach Form 4562) | 16a | 1,385,675. | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | 16b | | 16c | 1,385,675. |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | | 17 | |
| 18 | Retirement plans, etc. | | 18 | 31,484. |
| 19 | Employee benefit programs | | 19 | 546,368. |
| 20 | Energy efficient commercial buildings deduction (attach Form 7205) | | 20 | |
| 21 | Other deductions (att stmt) See Statement 2 | | 21 | 11,014,636. |
| 22 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | | 22 | 44,446,475. |
| 23 | **Ordinary business income (loss).** Subtract line 22 from line 8 | | 23 | -1,265,163. |

### TAX AND PAYMENT

| | | | |
|---|---|---|---|
| 24 | Interest due under the look-back method — completed long-term contracts (attach Form 8697) | 24 | |
| 25 | Interest due under the look-back method — income forecast method (attach Form 8866) | 25 | |
| 26 | BBA AAR imputed underpayment (see instructions) | 26 | |
| 27 | Other taxes (see instructions) | 27 | |
| 28 | **Total balance due.** Add lines 24 through 27 | 28 | |
| 29 | Elective payment election amount from Form 3800 | 29 | |
| 30 | Payment (see instructions) | 30 | |
| 31 | **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | 31 | |
| 32 | **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment | 32 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____ Date _____

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| NICHOLAS H ONG, CPA | NICHOLAS H ONG, CPA | | | |
| Firm's name | Ong & Company | | Firm's EIN | 481008414 |
| Firm's address | 9225 Indian Creek Parkway Suite 100 Overland Park, KS 66210 | | Phone no. | 913-451-0056 |

**BAA For Paperwork Reduction Act Notice, see separate instructions.** PTPA0105 08/16/24 Form **1065** (2024)

## Schedule B    Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** ☐ Domestic general partnership    **b** ☐ Domestic limited partnership | | | |
| **c** ☒ Domestic limited liability company    **d** ☐ Domestic limited liability partnership | | | |
| **e** ☐ Foreign partnership    **f** ☐ Other: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| **2** At the end of the tax year: | | | |
| **a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| **b** Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| **3** At the end of the tax year, did the partnership: | | | |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more, of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

| (i) Name of corporation | (ii) Employer identification number (if any) | (iii) Country of incorporation | (iv) Percentage owned in voting stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. . . . . . . . . . . . . . . . . . . . . . | | | X |

| (i) Name of entity | (ii) Employer identification number (if any) | (iii) Type of entity | (iv) Country of organization | (v) Maximum percentage owned in profit, loss, or capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** The partnership's total receipts for the tax year were less than $250,000. | | | |
| **b** The partnership's total assets at the end of the tax year were less than $1 million. | | | |
| **c** Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| **d** The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | | |
| **5** Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| **6** During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| **7** Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| **8** At any time during calendar year 2024, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. _ _ _ _ _ _ _ _ _ _ _ _ _ | | | X |
| **9** At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| **10a** Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _ _ _ _ _ _ _ _ _ _ _ _ | | | X |
| See instructions for details regarding section 754 election. | | | |
| **b** For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount $ _ _ _ _ _ _ _ _ _ _ _ and the total aggregate net negative amount $(_ _ _ _ _ _ _ _ _) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions . . . . . . . . . . . . . . . . . . | | | X |

Case 25-21650    Doc# 1    Filed 11/14/25    Page 141 of 183

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|

**c** For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount $ _ _ _ _ _ _ _ _ _ _ and the total aggregate net negative amount   $(_ _ _ _ _ _ _ _ _) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **No: X**

**d** For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year $ _ _ _ _ _ _ _ _ _ _ The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . . . . . . . . . .   **No: X**

**11** Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▸ ☐

**12** At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **No: X**

**13** If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . .   _ _ _ _ _ _ _ _ _ _ _ _

**14** Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. . . .   _ _ _ _ _ _ _ _ _ _ _ _   **No: X**

**15** Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _ _ _ _ _ _ _ _ _ _ _ _

**16a** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions. . . . . . . . . . . . . . . . . . . . . .   **Yes: X**

**b** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **Yes: X**

**17** Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _ _ _ _

**18** Enter the number of partners that are foreign governments under section 892.  0 _ _ _ _ _ _ _ _ _ _ _ _

**19** During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . . . . . . . . . . . . . . . . . . . . . . .   **No: X**

**20** Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **No: X**

**21** Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . . . . . . . . . . . . . . . . . .   **No: X**

**22** During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **No: X**
If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _ _ _ _ _ _ _ _ _ _ _ _

**23** Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **No: X**

**24** Does the partnership satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **Yes: X**
  **a** The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense.
  **b** The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $30 million and the partnership has business interest expense.
  **c** The partnership is a tax shelter (see instructions) and the partnership has business interest expense.
  If "Yes" to any, complete and attach Form 8990.

**25** Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **No: X**
If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _ _ _ _ _ _ _ _ _ _ _ _

**26** Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership. . . . . . . . . . . . . . . . . . . .   _ _ _ _ _ _ _ _ _ _
Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution.

**27** At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **No: X**

**28** Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions.   **No: X**
Percentage:                                        By vote: _ _ _ _ _ _ _ _ _ _ _        By value: _ _ _ _ _ _ _ _ _ _

**29** Is the partnership required to file Form 7208, Excise Tax on Repurchase of Corporate Stock (see instructions):
  **a** Under the applicable foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **No: X**

Case 25-21650   Doc# 1   Filed 11/14/25   Page 142 of 183

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|
| | **b** Under the covered surrogate foreign corporation rules?............................................. | | X |
| | If "Yes," to either (a) or (b), complete Form 7208. See the Instructions for Form 7208. | | |
| **30** | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions......... | | X |
| **31** | Reserved for future use................................................................................ | | |
| **32** | Check this box if an election out of subchapter K under section 761 is being made. See instructions.................... ☐ | | |
| **33** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3.............................................................................. | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| Name of PR | STEVEN NORDSTROM | | |
|---|---|---|---|
| U.S. address of PR | 5602 W 147TH TERRACE<br>OVERLAND PARK, KS 66223 | U.S. phone number of PR | ▮▮▮▮▮ |

If the PR is an entity, name of the designated individual for the PR

| U.S. address of designated individual | | U.S. phone number of designated individual | |
|---|---|---|---|

| Schedule K | | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|---|
| | 1 | Ordinary business income (loss) (page 1, line 23)........................................... | 1 | -1,265,163. |
| | 2 | Net rental real estate income (loss) (attach Form 8825)..................................... | 2 | |
| | 3a | Other gross rental income (loss).................................... **3a** | | |
| | b | Expenses from other rental activities (attach stmt)............................ **3b** | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a......... | 3c | |
| | 4 | Guaranteed payments: **a** Services **4a**  541,134.  **b** Capital **4b** | | |
| Income (Loss) | c | Total. Add lines 4a and 4b.......................................................... | 4c | 541,134. |
| | 5 | Interest income.................................................................. | 5 | 26,813. |
| | 6 | Dividends and dividend equivalents: **a** Ordinary dividends........................ | 6a | |
| | | **b** Qualified dividends **6b**                 **c** Dividend equivalents **6c** | | |
| | 7 | Royalties........................................................................ | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065))............................ | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065))........................... | 9a | |
| | b | Collectibles (28%) gain (loss)................................ **9b** | | |
| | c | Unrecaptured section 1250 gain (attach statement)........................ **9c** | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797)............................................ | 10 | -130,444. |
| | 11 | Other income (loss) (see instructions)       Type: | 11 | |
| | 12 | Section 179 deduction (attach Form 4562).................................................. | 12 | |
| | 13a | Cash contributions................................................................ | 13a | |
| Deduc-tions | b | Noncash contributions.............................................................. | 13b | |
| | c | Investment interest expense........................................................ | 13c | |
| | d | Section 59(e)(2) expenditures: **(1)**  Type: _____  **(2)** Amount: | 13d(2) | |
| | e | Other deductions (see instructions)  Type: _____ See Statement 3 | 13e | 1,986,096. |
| Self-Employ-ment | 14a | Net earnings (loss) from self-employment.............................................. | 14a | 111,914. |
| | b | Gross farming or fishing income.................................................... | 14b | |
| | c | Gross nonfarm income.............................................................. | 14c | |
| | 15a | Low-income housing credit (section 42(j)(5))............................................. | 15a | |
| | b | Low-income housing credit (other)................................................... | 15b | |
| Credits | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)................... | 15c | |
| | d | Other rental real estate credits (see instructions)...  Type: _____ | 15d | |
| | e | Other rental credits (see instructions)............ Type: _____ | 15e | |
| | f | Other credits (see instructions)................... Type: _____ | 15f | |
| International | 16 | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items—International, and check this box to indicate that you are reporting items of international tax relevance.......... ☒ | | |
| | 17a | Post-1986 depreciation adjustment................................................... | 17a | -60,268. |
| | b | Adjusted gain or loss.............................................................. | 17b | |
| Alternative Minimum Tax (AMT) Items | c | Depletion (other than oil and gas).................................................. | 17c | |
| | d | Oil, gas, and geothermal properties – gross income.................................... | 17d | |
| | e | Oil, gas, and geothermal properties – deductions..................................... | 17e | |
| | f | Other AMT items (attach stmt)...................................................... | 17f | |
| | 18a | Tax-exempt interest income......................................................... | 18a | |
| | b | Other tax-exempt income........................................................... | 18b | |
| Other Infor-mation | c | Nondeductible expenses............................................................ | 18c | 3,314. |
| | 19a | Distributions of cash and marketable securities....................................... | 19a | |
| | b | Distributions of other property...................................................... | 19b | |
| | 20a | Investment income................................................................. | 20a | 26,813. |
| | b | Investment expenses............................................................... | 20b | |
| | c | Other items and amounts (attach stmt)            See Statement 4 | | |
| | 21 | Total foreign taxes paid or accrued................................................... | 21 | |

### Analysis of Net Income (Loss) per Return

| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 21 | | | | **1** | -2,813,756. |
|---|---|---|---|---|---|---|

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| **a** | General partners... | | | | | | |
| **b** | Limited partners... | -167,744. | -597,046. | -1,747,026. | -83,872. | | -218,068. |

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 2,948,141. | | 906,319. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | 569,453. | | 539,410. |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach stmt).... See. St. 5 | | 1,847,010. | | 1,751,921. |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach stmt) | | | | |
| 9a | Buildings and other depreciable assets | 29,674,001. | | 33,007,452. | |
| b | Less accumulated depreciation | 21,014,356. | 8,659,645. | 22,400,031. | 10,607,421. |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | 4,088,718. | | 4,079,890. | |
| b | Less accumulated amortization | 1,151,762. | 2,936,956. | 1,384,644. | 2,695,246. |
| 13 | Other assets (attach stmt)..... See. St. 6 | | 1,891,063. | | 663,279. |
| 14 | Total assets | | 18,852,268. | | 17,163,596. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 1,124,196. | | 2,298,182. |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach stmt).. See. St. 7 | | 1,980,021. | | 1,906,776. |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | 1,100,000. | | 1,100,000. |
| b | Mortgages, notes, bonds payable in 1 year or more | | 21,664,440. | | 22,233,231. |
| 20 | Other liabilities (attach stmt) | | | | |
| 21 | Partners' capital accounts | | -7,016,389. | | -10,374,593. |
| 22 | Total liabilities and capital | | 18,852,268. | | 17,163,596. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return
**Note:** The partnership may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books | -3,358,204. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | **a** Tax-exempt interest .. $ _ _ _ _ _ _ _ _ | |
| 3 | Guaranteed payments (other than health insurance).. | 541,134. | 7 | Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 21 (itemize): | | | **a** Depreciation..... $ _ _ _ _ _ _ _ _ | |
| | **a** Depreciation ...... $ _ _ _ _ _ _ _ _ | | | | |
| | **b** Travel and entertainment ..... $ | | 8 | Add lines 6 and 7 | |
| | Statement 8 _ _ _ _ _ 3,314. | 3,314. | 9 | Income (loss) (Analysis of Net Income (Loss) per Return, line 1).Subtract line 8 from line 5 | -2,813,756. |
| 5 | Add lines 1 through 4 | -2,813,756. | | | |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year | -7,016,389. | 6 | Distributions:  **a** Cash | |
|---|---|---|---|---|---|
| 2 | Capital contributed:  **a** Cash | | | **b** Property | |
| | **b** Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) (see instructions) | -2,813,756. | | | |
| 4 | Other increases (itemize): | | | Statement 9 _ _ _ _ _ _ _ _ | 544,448. |
| | | | 8 | Add lines 6 and 7 | 544,448. |
| 5 | Add lines 1 through 4 | -9,830,145. | 9 | Balance at end of year. Subtract line 8 from line 5 | -10,374,593. |

PTPA0134  08/16/24

Form **1065** (2024)

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Kansas

In re   M&M Custard, LLC            Case No. _____

                                    Debtor(s)      Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept .................................... $ _____ Hourly

     Prior to the filing of this statement I have received ....................... $ _____ 55,000.00

     Balance Due ...................................................................... $ _____ Hourly

2. $ __1,738.00__ of the filing fee has been paid. *in addition to this filing fee the Debtor paid filing fees totaling $53,878.00 for each of its 31 subsidiaries. The payment of the filing fee and the source of the payment are reflected ont eh subsidiaries's Disclosure of Compensation.

3. The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November 14, 2025
_____
*Date*

          /s/ Colin N. Gotham
          Colin N. Gotham KS#19538; MO#52343
          *Signature of Attorney*
          Evans & Mullinix, P.A.
          7225 Renner Road, Suite 200
          Shawnee, KS 66217
          (913) 962-8700   Fax: (913) 962-8701
          cgotham@emlawkc.com
          *Name of law firm*

A&M Hamburg, LLC
PO Box 12128
Lexington, KY 40580


ABDH Partners, LLC
Attn: Doug Henzlik
7121 W 79th Street
Overland Park, KS 66204


Accent Lighting Inc.
10322 E. Stonegate Ln., Ste 100
Wichita, KS 67206


Addilan Group, LLC
2930 Felton Road
Norristown, PA 19401


AH2 Westmont 63rd Street Westmont IL LLC
Attn: Dr. Emmanuel Anekwe
6640 Tuscany Ridge Drive
El Paso, TX 79912


All State Fire Equipment
P.O. Box 159
Blue Springs, MO 64013


Altstadt Plumbing Service, Inc
1401 Buchanan Road
Evansville, IN 47720


American Financial Credit Services
PO Box 4746
Carmel, IN 46082-3131


American Welding & Gas
PO Box 779009
Chicago, IL 60677-9009


Apex Landscaping, Inc.
24414 N. Old McHenry Rd
Hawthorn Woods, IL 60047


Aramark/Vestis
3752 N. Fruitridge Avenue
Terre Haute, IN 47804

Archway Lawncare & Landscaping
8250 Verterans Memorial Pkwy
O'Fallon, MO 63366


Arturo Aplartments Inc.
250 Catalonia Ave., #300
Coral Gables, FL 33134


Aspen Waste
13710 Green Ash Court
Earth City, MO 63045


Auston Mealer's Restaurant Equipment Ser
PO Box 872
Dyersburg, TN 38025


B Cory Childress Trust
Dated October 25, 2007
13211 Windsor Street
Leawood, KS 66209


Bartholomew County, Indiana
Treasurer's Office
440 3rd Street
Suite 103
Columbus, IN 47201


Bassiri Family
1663 Calle Artigas
Thousand Oaks, CA 91360


Blake Wells
8710 East Shadowridge Circle
Wichita, KS 67226


BME, Inc.
1760 Lakeland Park Drive
Burlington, KY 41005


Boone County, Missouri
Collectors's Office
801 East Walnut
Suite 118
Columbia, MO 65201

Brandon Mayer
9706 W 144th Terrace
Overland Park, KS 66221


Brett C. Turnbul
12905 Rosehill
Overland Park, KS 66213


Brett F. Jensen
721 Walnut St
Liberty, MO 64068


Brian T. Cole
15024 Dearborn St
Overland Park, KS 66223


Broadway Marketplace
211 North Stadium Boulevard, Suite 201
Columbia, MO 65203


Brooks Grease Service
3104 North Erie
Tulsa, OK 74115


Brooks Grease Service
3104 N. Erie Avenue
Tulsa, OK 74115


Buck's Mowing and Landscaping, LLC
5798 South 550 East
Franklin, IN 46131


Budderfly
PO Box 25197
New York, NY 10087-5197


Budderfly LLC
PO Box 25197
New York, NY 10087-5197


Bug Out Service
PO Box 740608
Cincinnati, OH 45274-0608

C & B Landscaping LLC
26 Longwood Way
Lemont, MO 60439


Captive Aire Systems Inc.
P.O. Box 60270
Charlotte, NC 28260


Charles Schwab, Custodian FBO: Carol Jea
1945 North Western Dr.
El Paso, Tx 79912


Checkr
1 Montgomery Street
Suite 2400
San Francisco, CA 94104


Chenault Interests, Ltd.
400 Avinger Lane, Apartment #444
Davidson, NC 28036


Christian County, Kentucky
Tax Collection
701 West 7th Street
Hoplinsville, KY 42240


Christie Harlow Glaeser
15849 Juniper
Overland Park, KS 66224


Cintas Corp.
PO Box 630803
Cincinnati, OH 45263-0803


Cintas Corporation
PO Box 630921
Cincinnati, OH 45263-0921


Cintas Fire
PO Box 636525
Cincinnati, OH 45263-6525

City of Hoplinsville
Tax Collection
715 Virginia Street
Hoplinsville, KY 42240


City of Jackson, Tennennesse
Revenue Department
225 Martin Luther King, Dr. Drive
Jackson, TN 38301


City of Naperville
400 Eagle Street
Naperville, IL 06540


City of Paducah, Kentucky
Tax Collection
300 South 5th Street
Paducah, KY 42303


Clean Uniform Co.
1316 South Seventh Street
Saint Louis, MO 63104


Clean Uniform Company
PO Box 840140
Kansas City, MO 64184-0140


Cole County Collector, Larry Vincent
311 E. High Street, Room 100
Jefferson City, MO 65110


Collins Fire Protection, Inc.
1054 Brentwood Court
Lexington, KY 40511


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Commercial Kitchen Services, Inc.
808 Hanley Industrial Court
St. Louis, MO 63144

Commercial Services, Inc
18330 Edison Avenue
Chesterfield, MO 63005


Commercial Sewer Cleaning Co., Inc.
5838 S. Harding Street
Indianapolis, IN 46217


Completely Wired
4720 Bayard Park Drive
Evansville, IN 47714


Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693


Conner Commercial Lock & Safe
700 N Weinbach Ave
Ste 102
Evansville, IN 47711


Cook's Pest Control
1741 Fifth Avenue, SE
Decatur, AL 35601


Copesan Services Inc.
PO Box 8442
Carol Stream, IL 60197-8442


Copesan Services, Inc.
W175N5711 Technology Drive
Menomonee Falls, WI 53051


Cornerstone Lawn Care
7859 Hwy 405
Maceo, KY 42355


Creative Realities Inc
PO Box 7047, Group #3063
Indianapolis, IN 46207


CSC
5838 S. Harding St.
Indianapolis, IN 46217

Dady & Gardner, P.A.
5100 IDS Center
80 South Eight Street
Minneapolis, MN 55402


Darling Ingredients
PO Box 554885
Detroit, MI 48255-4885


DarPro/Darling
5601 N. MacArthur Blvd
Irving, TX 75038


Dauenhauer & Son Plumbing and Piping Co,
3416 Robards Court
Louisville, KY 40218


David J. Ruben
6000 W. 146th St.
Overland Park, KS 66223


DayMark Safety Systems
CMC Group
PO Box 778889
Chicago, IL 60677-8889


DDS Lawn Care LLC
340 Billy Poole Road
Crofton, KY 42217


Diversified Lawn and Landscape
4101 Tates Creek Centre Drive, #150-293
Lexington, KY 40517


dormakaba USA Inc.
PO Box 896542
Charlotte, NC 28289-6542


DRD Repair
2456 Fortune Drive, Suite 120
Lexington, KY 40509


Dualite Sales & Service, Inc.
One Dualite Lane
Williamsburg, OH 45176

E.L. Walters Air Conditioning & Heating
12420 N Green River Rd
Evansville, IN 47725


Easy Ice, LLC
PO Box 650769
Dallas, TX 75265-0769


Ecolab Inc.
PO Box 70343
Chicago, IL 60673-0343


Ecolab Inc.
PO Box 70343
Chicago, IL 60673


Ecolab Pest Control
1 Ecolab Place EGH/6
Saint Paul, MN 55102


Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674


Equity Bank
7701 East Kellogg
Wichita, KS 67207-7000


Equity Bank
345 N Andover Rd
Andover, KS 67002


Equity Trust Company, Custodian
FBO: Athanasios G. Argiris
#1 Equity Way
Westlake, OH 44145


Equity Trust Company, Custodian
FBO: George Argiris
#1 Equity Way
Westlake, OH 44145


Eric H. Cole
9518 West 151st Terrace
Overland Park, KS 66221

Eric Miller
16400 Slater Ave
Belton, MO 66085


Evansville Lawn & Landscape
PO Box 74
Chandler, IN 47610


F&F Development
221 Bolivar, Suite 401
Jefferson City, MO 65101


Family Lawn Care, LLC
112 Forest Park Drive
Herrin, IL 62948


Fayette County, Kentucky
Tax Collection
PO Box 34148
Lexington, KY 40588-4148


Fire Safety Inc.
1 Helmkamp Drive
PO Box 19
Wood River, IL


Flowers Food
PO Box 847871
Dallas, TX 75284


Force4Good, Inc.
1032 Sandstone Cir
Erie, CO 80516


Freddy's Land, LLC
Attn: Randy Simon
260 N Rock Rd. Suite 130
Wichita, KS 67206


Freddy's LLC
3020 N. Cypress St., Suite 200
Wichita, KS 67226-4012

Gasket Guy, LLC
PO Box 74007307
Chicago, IL 60674-7307


Glenn Family Real Estate Holdings, LLC
Attn: Douglas P Dean
201 West Main Street, Suite 1400
Lexington, KY 40507


Great Lakes Service
27766 Network Place, Lockbox 27766
Chicago, IL 60673-1277


Greg M & Lynda J Nordstrom
80 Royal Loop Rd
Sequim, WA 98382


Greg's Lock & Key Service
112 S Memorial Dr
Independence, MO 64050


H&H Properties, Inc.
12533 Connell Dr
Overland Park, KS 66213


H2O Maestro
817 Nandino Blvd
Lexington, KY 40511


Hagerman Plumbing and Heating Corp
2119 W Parrish Avenue
Owensboro, KY 42301


Halo Branded Solutions Inc.
3182 Momentum Place
Chicago, IL 60689-5331


Hammers Lawn Care
5527 S Bethel Church Rd
Columbia, MO 65203


Handyman 812
2325 W Franklin Street
Evansville, IN 47712

Hawkins Lawn Care
788 N 650 E
Columbus, IN 47203


Heinz Dispensing Solutions
2251 Sweeny Drive
Clinton, MO 15026


Helget Gas
PO Box 24246
Omaha, NE 68124


Hockenbergs
PO Box 6939
Carol Stream, IL 60197-6939


Hogue Septic Tank & Grease Trap Cleaning
PO Box 154
Wilmore, KY 40390-0154


HOODZ of Kansas City
PO Box 3007
Kansas City, MO 66103


HOODZ of Mid-Missouri/NW Metro St. Louis
138 North Capistrano Drive
Jefferson City, MO 65109


HOODZ of Saint Louis South
10401 International Plaza Drive, Suite 2
Saint Ann, MO 63074-9998


Hyrosen Properties, Inc.
4622 Pennsylvania Avenue
Kansas City, MO 64112


Imperial Lawns LLC
46 Salem Drive
Owensboro, KY 42303


Indiana Department of Labor - Civil Pena
Bureau of Youth Employment
402 West Washington Street, Room W195
Indianapolis, IN 46204

Ithaca X, LLC
2790 Kilkenny Drive
Springfield, OH 45503


Ithaca Xl, LLC
2790 Kilkenny Drive
Springfield, OH 45503


J&M A/C Refrigeration, LLC
660 Oak Grove Road
Benton, KY 42025


J. Hernandez Lawn Care, LLC
645 Massac Church Rd
Paducah, KY 42003


J.E. Shekell, Inc.
424 W. Tennessee Street
Evansville, IN 47710


Jackson County Treasurer - Illinois
Courthouse - 1st Floor
PO Box 430
Murphysboro, IL 62966-0430


Jackson County, Missouri
Collectors's Office
415 East 12th Street
Suite 100
Kansas City, MO 64106


James Haas
5534 W. 147th Terr.
Overland Park, KS 66223


Janice L Hendler Trust (dated 1/18/12)
3012 West 118th Street
Leawood, KS 66211


Jeff and Sharon Mallin Trust
Agreement dated July 8, 2025
12905 Maple St
Overland Park, KS 66209

Joe Beard & Sons
5766 Prospect Drive
Newburgh, IN 47630


Joe Beard and Sons
5766 Prospect Drive
Newburgh, IN 47630


Johnson Controls
PO Box 371967
Pittsburgh, PA 15250-7967


Johnson County Health Department
460 N Morton Street, Suite A
Franklin, IN 46131


Johnson County Treasurer - Indiana
86 W. Court Street
Franklin, IN 46131


Johnson County, Indiana
Treasurer's Office
86 West Court Street
Franklin, IN 46131


Johnson County, Kansas
Collectors's Office
111 South Cherry Street
Olathe, KS 66061


Judith Evnen
2229 Condolea Terrace
Leawood, KS 66209


Kelly Lieberman
13400 Parkhill #25101
Overland Park, KS 66213


Kenneth Nordstrom
11710 W. 143rd Terrace
Olathe, KS 66062


Kevin Krizek
14521 Horton Street
Overland Park, KS 66223

Kim Christine Childress, Trustee of the
13848 Horton Dr.
Overland Park, KS 66223


Kitchen Solutions Inc.
4437 Country Sunrise
High Ridge, MO 63049


KL MAINTENANCE LLC
159 S. West Street
Martinsville, IN 46151


Koorsen Environmental Services
2719 N. Arlington Avenue
Indianapolis, IN 46218


Koorsen Fire & Security
2719 N Arlington Avenue
Indianapolis, IN 46218-3322


Koorsen Fire & Security
4725 Hitch Peters Road
Evansville, IN 47711-2838


Kurt Aarons
1909 West 68th Street
Mission Hills, KS 66208


L & R Enterprises, LLC
PO Box 1647
Columbus, IN 47202


Leasecake, Inc.
1350 Orange Ave,. Suite 101
Winter Park, IL 32789-4932


Leasecake, Inc.
1350 Orange Avenue
Suite 101
Winter Park, FL 32789-4932


Leleand D Benson
16479 Arrow Peak Way
Broomfield, CO 80023

Lenna Levitch
14024 Linden Street
Overland Park, KS 66224


Lexington-Fayette County Health Departme
Environmental Health
650 Newtown Pike
Lexington, KY 40508-1197


Living Trust of Logan G Cole
Dated November 4, 2017
9518 West 151st Terrace
Overland Park, KS 66221


Living Trust of Zachary A Cole
Dated November 4, 2017
9518 West 151st Terrace
Overland Park, KS 66221


Loop
PO Box 104276
Pasadena, CA 91189-4276


LVI
12040 S. Aero
Suite 18
Plainfield, IL 60585


M&H Gas
13013 E US Hwy 40
Independence, MO 64055


M&M Bloomington, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Carbondale, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Cave Springs, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Columbia Restaurant, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Columbia South, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Columbus, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Cottleville, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Crystal Lake, LLC (Defunct)
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Ellisville, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Evansville West, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Evansville, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Florissant, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Frankfort, LLC (Defunct)
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Franklin, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Gardner, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Glendale Heights, LLC (Defunct)
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Homewood, LLC (Defunt)
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Hopkinsville, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Jackson, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Jefferson City Restaurant, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Jefferson City, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Lake St Louis, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Lake St. Louis, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Lake Zurich, LLC (Defunct)
7111 West 151st Street, Suite 112
Overland Park, KS 66223


M&M Lexington, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Machesney Park, LLC (Defunct)
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Marion, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Martin City, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Montgomery, LLC (Defunct)
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Naperville, LLC (Defunct)
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Nicholasville, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M O'Fallon, LLC
2675 Highway K
O Fallon, MO 63368

M&M Orland Park, LLC (Defunct)
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Owensboro, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M O'Fallon, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Paducah, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Richmond, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Romeoville, LLC (Defunct)
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Sedalia Restaurant, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Seymour, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M St Peters, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M St Robert, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M St. Peters Restaurants, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M St. Robert, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Valley Park, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Wentzville, LLC
7111 West 151st Street, Suite 112
Overland Park, KS 66223

M&M Westmont, LLC (Defunct)
7111 West 151st Street, Suite 112
Overland Park, KS 66223

Madison Co Health Dept Environmental
PO Box 1208, 216 Boggs Lane
Richmond, KY 40476-1208


Madison County Tennesse
Tax Collection
100 East Main Street
Jackson, TN 38301


Mahoney Environmental Solutions, LLC
37458 Eagle Way
Chicago, IL 60678-1374


Maria Nordstrom
5602 W. 147th Terrace
Overland Park, KS 66223


Marita Buerchner and
Suzanne Hogan Buerchner
534 Palmer Lane
Menlo Park, CA 94025


Marmic Fire & Safety Co., Inc.
PO Box 1939
Lowell, AR 72745


Mars Irrigation Inc.
20W431 Cobb Court
Downer's Grove, IL 60516


Mary L Prichard Trust
13801 E. Whitewood Circle
Wichita, KS 67230


MAS Properties
1285 Shank Drive, Apt. 245
Harrisonburg, VA 22802-5534


Melvin Dubinsky Trust
c/o AJP REalty, 720 Olive, Suite 1701
Saint Louis, MO 63101


Merlo Plumbing Co. Inc.
11041 Gravois Industrial Court
St. Louis, MO 63128

Michelle Cole
9518 West 151st Terrace
Overland Park, KS 66221


Mid Rivers Investment Group, L.P.
5731 Westwood Drive
Saint Charles, MO 63304


MidMO Commercial Services LLC
123 Cedar Falls Ct.
Columbia, MO 65203


Midwest Equipment Company
2511 Cassens Drive
Fenton, MO 63026


MK Plaza Corp
c/o Neal Patel, 700 East Main Street
Carbondale, IL 62901


Moaqua LTD - Culligan Water
1220 West Main
Sedalia, MO 65301


Modi Investments, LLC
2699 Torrey Court
Pleasanton, CA 94588


Monroe County, Indiana
Treasurer's Office
100 West Kirkwood
Suite 204
Bloomington, IN 47404


Mr. Handyman of Olathe, Gardner
13839 S. Mur-Len, Suite G
Olathe, KS 66062


Mr. Handyman of St. Charles Co. and Ches
4053C North Saint Peters Parkway
St. Peters, MO 63304


Nelbud Services LLC
PO Box 809641
Chicago, IL 60680-8802

Nightwatch Security
2211 W. Main
Sedalia, MO 65301


Niki Opportunities
Property Management - Pine Tree
1 Tower Lane, Suite 400
Villa Park, IL 60181


North Park Public Water District
1350 Turret Drive
Machesney Park, IL 61115


NuCO2, LLC
2800 SE Market Place
Stuart, FL 34997


Ong & Company
9225 Indian Creek Pkwy, Ste 100
Overland Park, KS 66210


Outdoor Nation
Dept #6613
PO Box 11407
Birmingham, AL 35246-6613


Outshine Window Cleaning, Inc.
PO Box 24039
Dayton, OH 45424


Paducah Heating & Air Conditioning
PO Box 2908
Paducah, KY 42002-2908


Parts Town, LLC
27787 Network Place
Chicago, IL 60673-1277


Payne & Jones Law Offices
P.O. Box 25625
Overland Park, KS 66225-5625


Payne Lawn Care, LLC
PO Box 566
Gardner, KS 66030

Peerless Enterprises, LLC
200 W River Drive
St. Charles, MO 60174


Pettis County Collector,
Marsha L. Boeschen
415 Ohio Avenue
Sedalia, MO 65301


Pierce Window Cleaning
79 Glenwood Lane
Foley, MO 63347


Precision Plumbing Solutions
812 Midpoint Drive
O'Fallon, MO 63366


Pro Pumping & Hydrojetting LLC
4015 I-70 DRIVE NW, STE A
Columbia, MO 65202


Pulaski County, Missouri
Collectors's Office
301 Historic 66 East
Waynesville, MO 65583


Quality Plumbing, Inc.
1731 Howell Street
North Kansas City, MO 64116


Quatrochi Living Trust
Dated November 11, 2005
7719 North Kansas Avenue
Kansas City, MO 64119


Queen City Fire Equipment, Inc
470 Wooten Road
Clarksville, TN 37042


RB American Group
6200 Oake Tree Blvd., Suite 250
Independence, OH 44131

Realty Income Corporation
11995 El Camino Real
San Diego, CA 92130


Reinhold Electric Inc.
2511 Lemay Ferry Rd.
St. Louis, MO 63125


Republic Waste
18500 N. Allied Way
Phoenix, AZ 85054


Restaurant Realty, AZ, LLC
Attn: Mike Ruben
PO Box 49470
Schaumburg, IL 60159-0470


Restaurant Realty, AZ, LLC
PO Box 59470
Schaumburg, IL 60159


Retail Data System Southwest
1939 Westridge Dr
Irving, TX 75038


Richard And Julie Keaton
702 Ridgecrest Lane
Lebanon, TN 37087


Richard Oatman
14661 Travis St.
Apt 23-101
Overland Park, KS 66223


Road Runner Recycling, Inc.
PO Box 6011
Hermitage, PA 16148


Robert and/or Evelyn Grant
4108 W. 129th St.
Leawood, KS 66209

Roger W. Pecha
JENKINS & KLING, P.C.
150 North Meramec Avenue, Suite 400
Clayton, MO 63105


Roofing Source
6255 W Howard Street
Niles, IL 60714


Rosemary A. Riordan
6826 Acuff
Shawnee, KS 66216


Roto-Rooter Plumbing & Drain Service
PO Box 7065
Columbia, MO 65205


Samrahs Investment Group LLC I
Attn: Anil Sharma
2218 Sunrise Street
Ferndale, WA 98248


SCF RCD Funding IV LLC
902 Carnegie Center Boulevard, Suite 520
Princeton, NJ 08540


Schon Enterprises LLC
2900 Douglas Street
Omaha, NE 68131


Scott Ray Childress
Trustee of the Scott Ray Childress
 Revocable Trust Dated 7/28/1998
13848 Horton Dr.
Overland Park, KS 66223


Scott Reznik
4007 Lively Lane
Dallas, TX 75220


Security Alarm Corp.
1511 East Main Street
PO Box 665
Salem, IL 62881

Shoes for Crews, LLC
PO Box 734176
Chicago, IL 60673-4176


Signs Plus
AR Signs Plus
614 SR 247
Russellville, AR 72802


Silver Cliff Landscaping, Inc.
1199 Barnes Mill Road
Richmond, KY 40475


Sprinklers Plus
3288 Tower Road
Newburgh, IN 47630


St. Charles County, Missouri
Collectors's Office
201 North 2nd Street
Suite 134
Saint Charles, MO 63301


St. Louis County, Missouri
Collectors's Office
41 South Central Avenue
Clayton, MO 63105


State Systems, Inc
PO Box 748561
Atlanta, GA 30374-8561


Stehpan W. & Seana Vissotzky
107 NW 144th Street
Seattle, WA 98177


Steve's Pest Control, Inc.
190 North Greenway Drive
Holts Summit, MO 65043


Steven Nordstrom
5602 W. 147th Terrace
Overland Park, KS 66223

Stinson Plumbing LLC
5457 US-641
Benton, AR 42025


Stokes Electric Co., Inc.
226 Madison Street
Jefferson City, MO 65101


Sunbright Window Cleaning
PO Box 1291
Carbondale, IL 62903-1291


Taylor Enterprises of Kentucky, Inc.
1831 Taylor Avenue
Louisville, KY 40213


Tech Electronics
P.O. Box 16020
St. Louis, MO 63105


Terrance Riordan
1613 Tennessee
Lawrence, KS 66044


TFG TN LLC - Memphis
5542 East Raines Road, Suite 101
Memphis, TN 38115


The Waldinger Corporation
P.O. Box 1612
Des Moines, IA 50306-1612


The Window Guys of Kentucky
1640 W. 9th St.
Owensboro, KY 42301


Total Lock and Security
11772 Westline Industrial Drive
St. Louis, MO 63146


Total Mechanical Service
27766 Network Place, Lockbox 27766
Chicago, IL 60673-1277

Tottahue Holdings, LLC
15009 Dearborn
Overland Park, KS 66223


U&C Cleaning and Lawn Services, LLC
13405 7th Street
Grandview, MO 64030


U.S. Foods
1829 Solution Center
Chicago, IL 60677-1008


US Foods Inc
9339 West Higgins Road
Suite 100
Rosemont, IL 60018


US Foods, Inc.
% Mary Cowan
PO Box 24101
Cleveland, OH 44124


Vandeburg County, Indiana
Treasurer's Office
1 NW Martin Luther King, Jr. Blvd
Civic Center RM 210
Evansville, IN 47708


Venters Bros Lawn Pro. Lawn & Landscapin
22793 Pleasant Green Road
La Monte, MO 65337


Vicki Gelfund
9381 NW 18th Pl.
Plantation, FL 33322


Village of Frankfort
432 West Nebraska Street
150 North Meramec Avenue, Suite 400
Frankfort, IL 60423


Village of Glendale Heights
300 Civic Center Plaza
Glendale Heights, IL 60139

Village of Westmont
31 W. Quincy Street
Westmont, IL 60559-1865


Virginia L. Shackelford
8101 Mission Road #316
Prairie Village, KS 66208


Von Hoffmann Properties, L.L.C.
2656 W Meyer Road, Foristell, MO 63348
Foristell, MO 63348


Vwich Enterprises LLC
Attn: Ghandi Vwich
5388 Barr Road
Ferndale, WA 98248


W.J. Burke Electric Company
10575 Highway 127
Murphysboro, IL 62966


Warren Bank Property, LLC
PO Box 9020
Evansville, IN 47724


Wassim Shaheen
8412 E. Steeplechase
Wichita, KS 67206


Waste Services
PO Box 3020
Monroe, WI 53566-8320


Wentzville Bend Development
c/o TKG Management
8251 Maryland Ave, Suite 10
Saint Louis, MO 63105


West Side Investment, LLC
5602 West 147th Terrace
Overland Park, KS 66223


Whitehall Associates, L.P.
151 Bodman Place, Suite 201
Red Bank, NJ 07701

Withrow Electric, Inc.
500 Big Bear Blvd.
Columbia, MO 65202


Wooten Enterprises Inc.
312 East 1st Street
Halstead, KS 67056


Workstream
521 7th Street
San Francisco, CA 94103


Yukon Refrigeration
PO Box 778968
Chicago, IL 60677-8968


Zeavy - Evansville LLC
4653 Camellia Avenue
North Hollywood, CA 91602


Zenput
120 Causeway
Suite 306
Boston, MA 02114

**United States Bankruptcy Court**
**District of Kansas**

In re   M&M Custard, LLC                                    Case No.
                                    Debtor(s)              Chapter      11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   November 13, 2025              /s/ Eric H. Cole
                                       Eric H. Cole/Managing Member
                                       Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re   M&M Custard, LLC

Debtor(s)

Case No. _____

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| B Cory Childress Trust Dated October 25, 2007 13211 Windsor Street Leawood, KS 66209 | Class I | 0.75% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Blake Wells 8710 East Shadowridge Circle Wichita, KS 67226 | Class I | 0.50% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Brandon Mayer 9706 W 144th Terrace Overland Park, KS 66221 | Class I | 6.46% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Brett C. Turnbul 12905 Rosehill Overland Park, KS 66213 | Class I | 5.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Brett F. Jensen 721 Walnut St Liberty, MO 64068 | Class I | 1.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Brian T. Cole 15024 Dearborn St Overland Park, KS 66223 | Class I | 0.50% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Charles Schwab, Custodian FBO: Carol Jea 1945 North Western Dr. El Paso, Tx 79912 | Class I | 1.50% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Christie Harlow Glaeser 15849 Juniper Overland Park, KS 66224 | Class I | 0.50% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Christie Harlow Glaeser 15849 Juniper Overland Park, KS 66224 | Class III | 1.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Christie Harlow Glaeser 15849 Juniper Overland Park, KS 66224 | Class III | 0.50% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| David J. Ruben 6000 W. 146th St. Overland Park, KS 66223 | Class I | 0.50% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |

Sheet 1 of 5 in List of Equity Security Holders

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Equity Trust Company, Custodian<br>FBO: Athanasios G. Argiris<br>#1 Equity Way<br>Westlake, OH 44145 | Class I | 2.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Equity Trust Company, Custodian<br>FBO: George Argiris<br>#1 Equity Way<br>Westlake, OH 44145 | Class 1 | 3.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Eric H. Cole<br>9518 West 151st Terrace<br>Overland Park, KS 66221 | Class I | 6.46% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Eric H. Cole<br>9518 West 151st Terrace<br>Overland Park, KS 66221 | Class I | 4.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Eric H. Cole (Managing Member)<br>9518 West 151st Terrace<br>Overland Park, KS 66221 | Class II | 6.50% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Eric Miller<br>16400 Slater Ave<br>Belton, MO 66085 | Class I | 0.75% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Greg M & Lynda J Nordstrom<br>80 Royal Loop Rd<br>Sequim, WA 98382 | Class I | 0.50% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| H&H Properties, Inc.<br>12533 Connell Dr<br>Overland Park, KS 66213 | Class I | 5.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| James Haas<br>5534 W. 147th Terr.<br>Overland Park, KS 66223 | Class I | 2.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Janice L Hendler Trust (dated 1/18/12)<br>3012 West 118th Street<br>Leawood, KS 66211 | Class I | 3.46% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Jeff and Sharon Mallin Trust<br>Agreement dated July 8, 2025<br>12905 Maple St<br>Overland Park, KS 66209 | Class I | 1.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |

List of equity security holders consists of 5 total page(s)

In re: M&M Custard, LLC _____     Case No. _____
                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Judith Evnen<br>2229 Condolea Terrace<br>Leawood, KS 66209 | Class I | 1.25% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Kelly Lieberman<br>13400 Parkhill #25101<br>Overland Park, KS 66213 | Class I | 0.50% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Kenneth Nordstrom<br>11710 W. 143rd Terrace<br>Olathe, KS 66062 | Class 1 | 1.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Kevin Krizek<br>14521 Horton Street<br>Overland Park, KS 66223 | Class I | 1.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Kim Christine Childress, Trustee of the<br>13848 Horton Dr.<br>Overland Park, KS 66223 | Class 1 | 3.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Kurt Aarons<br>1909 West 68th Street<br>Mission Hills, KS 66208 | Class I | 1.46% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Leleand D Benson<br>16479 Arrow Peak Way<br>Broomfield, CO 80023 | Class I | 1.25% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Lenna Levitch<br>14024 Linden Street<br>Overland Park, KS 66224 | Class I | 0.50% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Living Trust of Logan G Cole<br>Dated November 4, 2017<br>9518 West 151st Terrace<br>Overland Park, KS 66221 | Class I | 0.25% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Living Trust of Zachary A Cole<br>Dated November 4, 2017<br>9518 West 151st Terrace<br>Overland Park, KS 66221 | Class I | 0.25% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Mary L Prichard Trust<br>13801 E. Whitewood Circle<br>Wichita, KS 67230 | Class I | 2.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |

List of equity security holders consists of 5 total page(s)

In re: M&M Custard, LLC           Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Quatrochi Living Trust<br>Dated November 11, 2005<br>7719 North Kansas Avenue<br>Kansas City, MO 64119 | Class I | 2.96% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Richard Oatman<br>14661 Travis St.<br>Apt 23-101<br>Overland Park, KS 66223 | Class I | 2.20% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Robert and/or Evelyn Grant<br>4108 W. 129th St.<br>Leawood, KS 66209 | Class I | 1.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Rosemary A. Riordan<br>6826 Acuff<br>Shawnee, KS 66216 | Class I | 1.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Scott Ray Childress<br>Trustee of the Scott Ray Childress<br>Revocable Trust Dated 7/29/98<br>13848 Horton Dr.<br>Overland Park, KS 66223 | Class 1 | 2.96% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Scott Reznik<br>4007 Lively Lane<br>Dallas, TX 75220 | Class I | 0.50% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Stephan W. & Seana Vissotzky<br>107 NW 144th Street<br>Seattle, WA 98177 | Class I | 1.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Steven Nordstrom<br>5602 W. 147th Terrace<br>Overland Park, KS 66223 | Class I | 6.46% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Steven Nordstrom<br>5602 W. 147th Terrace<br>Overland Park, KS 66223 | Class I | 4.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Steven Nordstrom (Managing Member)<br>5602 W. 147th Terrace<br>Overland Park, KS 66223 | Class II | 6.50% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Terrance Riordan<br>1613 Tennessee<br>Lawrence, KS 66044 | Class I | 1.00% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |

List of equity security holders consists of 5 total page(s)

In re:  M&M Custard, LLC      Case No. _____

_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Tottahue Holdings, LLC<br>15009 Dearborn<br>Overland Park, KS 66223 | Class I | 2.50% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Vicki Gelfund<br>9381 NW 18th Pl.<br>Plantation, FL 33322 | Class I | 1.50% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |
| Virginia L. Shackelford<br>8101 Mission Road #316<br>Prairie Village, KS 66208 | Class I | 1.07% | Class I - Non-Voting; Class II - Full Voting; Class III - Non-Voting |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   November 13, 2025       Signature   /s/ Eric H. Cole

Eric H. Cole

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 5 total page(s)

# United States Bankruptcy Court
## District of Kansas

In re   M&M Custard, LLC

Debtor(s)

Case No. _____

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   M&M Custard, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 13, 2025

Date

/s/ Colin N. Gotham

Colin N. Gotham KS#19538; MO#52343

Signature of Attorney or Litigant

Counsel for   M&M Custard, LLC

Evans & Mullinix, P.A.

7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701
cgotham@emlawkc.com