# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re:<br><br>M & M Custard, LLC, et al.,[1]<br><br>Debtors. | Case No. 25-21650<br>CHAPTER 11<br><br>(Joint Administration Requested) |
| In re:<br><br>M & M Jefferson City Restaurant, LLC<br><br>Debtors. | Case No. 25-21666<br>CHAPTER 11<br><br>(Joint Administration Requested) |
| In re:<br><br>M & M Sedalia Restaurant, LLC<br><br>Debtors. | Case No. 25-21677<br>CHAPTER 11<br><br>(Joint Administration Requested) |
| In re:<br><br>M & M Columbia Restaurant, LLC<br><br>Debtors. | Case No. 25-21654<br>CHAPTER 11<br><br>(Joint Administration Requested) |

---

[1] The other Debtors in these Chapter 11 cases are as follows, with the last four digits of their respective EINs: M & M Jefferson City Restaurant, LLC (3475); M & M Sedalia Restaurant, LLC (5861); M & M Columbia Restaurant, LLC (6214); M & M St. Peters Restaurants, LLC (0974); M & M Cottleville, LLC (3657); M & M St. Robert, LLC (8021); M & M Evansville, LLC (2097); M & M O'Fallon, LLC (9142); M & M Owensboro, LLC (0465); M & M Cave Springs, LLC (7421); M & M Marion, LLC (8165); M & M Carbondale, LLC (8505); M & M Evansville West, LLC (7386); M & M Columbia South, LLC (2759); M & M Hopkinsville, LLC (0953); M & M Jackson, LLC (4519); M & M Paducah, LLC (9615); M & M Florissant, LLC (1820); M & M Lexington, LLC (7420); M & M Columbus, LLC (4986); M & M Franklin, LLC (3589); M & M Seymour, LLC (9539); M & M Bloomington, LLC (8844); M & M Nicholasville, LLC (5930); M & M Ellisville, LLC (3011); M & M Richmond, LLC (0268); M & M Wentzville, LLC (3051); M & M Gardner, LLC (4334); M & M Lake St. Louis, LLC (8426); M & M Valley Park, LLC (3145); M & M Martin City, LLC (2963). The Debtors' corporate headquarters and service address for these Chapter 11 cases is 7111 West 151st St, Suite 112, Overland Park, KS 66223.

1

| | |
|---|---|
| In re: | Case No. 25-21679<br>CHAPTER 11 |
| M & M St. Peters Restaurants, LLC | |
| Debtors. | (Joint Administration Requested) |
| In re: | Case No. 25-21657<br>CHAPTER 11 |
| M & M Cottleville, LLC | |
| Debtors. | (Joint Administration Requested) |
| In re: | Case No. 25-21680<br>CHAPTER 11 |
| M & M St. Robert, LLC | |
| Debtors. | (Joint Administration Requested) |
| In re: | Case No. 25-21660<br>CHAPTER 11 |
| M & M Evansville, LLC | |
| Debtors. | (Joint Administration Requested) |
| In re: | Case No. 25-21673<br>CHAPTER 11 |
| M & M O'Fallon, LLC | |
| Debtors. | (Joint Administration Requested) |
| In re: | Case No. 25-21674<br>CHAPTER 11 |
| M & M Owensboro, LLC | |
| Debtors. | (Joint Administration Requested) |

| | |
|---|---|
| In re: | Case No. 25-21653 |
| | CHAPTER 11 |
| M & M Cave Springs, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| | |
|---|---|
| In re: | Case No. 25-21669 |
| | CHAPTER 11 |
| M & M Marion, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| | |
|---|---|
| In re: | Case No. 25-21652 |
| | CHAPTER 11 |
| M & M Carbondale, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| | |
|---|---|
| In re: | Case No. 25-21659 |
| | CHAPTER 11 |
| M & M Evansville West, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| | |
|---|---|
| In re: | Case No. 25-21655 |
| | CHAPTER 11 |
| M & M Columbia South, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| | |
|---|---|
| In re: | Case No. 25-21644 |
| | CHAPTER 11 |
| M & M Hopkinsville, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| | |
|---|---|
| In re:<br><br>M & M Jackson, LLC<br><br>    Debtors. | Case No. 25-21665<br>CHAPTER 11<br><br>(Joint Administration Requested) |
| In re:<br><br>M & M Paducah, LLC<br><br>    Debtors. | Case No. 25-21675<br>CHAPTER 11<br><br>(Joint Administration Requested) |
| In re:<br><br>M & M Florissant, LLC<br><br>    Debtors. | Case No. 25-21661<br>CHAPTER 11<br><br>(Joint Administration Requested) |
| In re:<br><br>M & M Lexington, LLC<br><br>    Debtors. | Case No. 25-21668<br>CHAPTER 11<br><br>(Joint Administration Requested) |
| In re:<br><br>M & M Columbus, LLC<br><br>    Debtors. | Case No. 25-21656<br>CHAPTER 11<br><br>(Joint Administration Requested) |
| In re:<br><br>M & M Franklin, LLC<br><br>    Debtors. | Case No. 25-21662<br>CHAPTER 11<br><br>(Joint Administration Requested) |

| | |
|---|---|
| In re: | Case No. 25-21681 |
| | CHAPTER 11 |
| M & M Seymour, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| | |
|---|---|
| In re: | Case No. 25-21651 |
| | CHAPTER 11 |
| M & M Bloomington, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| | |
|---|---|
| In re: | Case No. 25-21671 |
| | CHAPTER 11 |
| M & M Nicholasville, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| | |
|---|---|
| In re: | Case No. 25-21658 |
| | CHAPTER 11 |
| M & M Ellisville, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| | |
|---|---|
| In re: | Case No. 25-21676 |
| | CHAPTER 11 |
| M & M Richmond, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| | |
|---|---|
| In re: | Case No. 25-21682 |
| | CHAPTER 11 |
| M & M Wentzville, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| In re: | Case No. 25-21649 |
| --- | --- |
| | CHAPTER 11 |
| M & M Gardner, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| In re: | Case No. 25-21667 |
| --- | --- |
| | CHAPTER 11 |
| M & M Lake St. Louis, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| In re: | Case No. 25-21681 |
| --- | --- |
| | CHAPTER 11 |
| M & M Valley Park, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

| In re: | Case No. 25-21671 |
| --- | --- |
| | CHAPTER 11 |
| M & M Martin City, LLC | |
| | (Joint Administration Requested) |
| Debtors. | |

**MOTION OF DEBTORS AND DEBTORS IN POSSESSION, UNDER
RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
FOR AN ORDER (I) DIRECTING THE JOINT
ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES AND
<u>(II) GRANTING RELATED RELIEF</u>**

M & M Custard, LLC (**"M & M Custard"**) and certain of its subsidiaries, as debtors and debtors in possession (collectively, the **"Debtors"**), hereby move this Court, under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), for an order (i) directing the joint administration of Debtors' chapter 11 cases under the lead chapter 11 case of Debtor M & M Custard, LLC; (ii) directing parties in interest to use a consolidated

6

4903-9836-7609, v. 1   Case 25-21650   Doc# 8   Filed 11/14/25   Page 6 of 11

caption (the **"Proposed Caption"**) to indicate that any filed motion, application or other pleading relates to the jointly administered bankruptcy cases of M & M Custard, LLC; and (iii) granting related relief as set forth below, and in support respectfully represents as follows:

## Jurisdiction and Venue

1. This Court has subject matter jurisdiction to consider this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

## Background

2. On November 14, 2025 (the **"Petition Date"**), M & M Custard commenced its reorganization case by filing a voluntary petition for relief under the Bankruptcy Code. Certain of M & M Custard's subsidiaries filed petitions for relief on November 14, 2025. All debtors are authorized to continue to operate their business and manage their properties as debtors in possession under sections 1107(a) and 1108 of the Bankruptcy Code.

3. Debtor M & M Custard is a Missouri corporation headquartered in Overland Park, KS. M & M Custard was incorporated in 2010. Each of the other Debtors is a subsidiary of M & M Custard

4. Collectively, Debtors form one of the largest franchisee groups of Freddy's Frozen Custard and Steakburgers.

5. A comprehensive description of Debtors' businesses and operations, capital structure and the events leading to the commencement of these Chapter 11 cases can be found in the Declaration of Eric Cole, managing member of Debtor M & M Custard, in Support of First Day Motions of Debtors and Debtors in Possession (the **"First Day Declaration"**), which was filed contemporaneously with this Motion and is incorporated herein by reference.

## Relief Requested

6.      Under Bankruptcy Rule 1015(b), Debtors hereby seek the entry of an order directing (a) the joint administration of Debtors' chapter 11 cases in the chapter 11 case of Debtor M & M Custard, LLC, and (b) parties in interest to use a consolidated caption to indicate that any filed pleading relates to the jointly administered bankruptcy cases of M & M Custard, LLC, et al.

7.      Debtors also request the approval of the caption to be used in these Chapter 11 cases. The proposed caption reflects the joint administration of these cases, as follows:

United States Bankruptcy Court

District of Kansas

| | |
|---|---|
| In re: | Case No.<br>CHAPTER 11 |
| M & M Custard, LLC, et al., | |
| | (Jointly Administered) |
| Debtors. | |

8.      Debtors also request that the following notation (or a substantially similar notation) be entered on the docket of each of Debtors' cases other than that of M&M Custard, LLC to reflect the joint administration of these cases:

> An Order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of: M & M Jefferson City Restaurant, LLC (3475); M & M Sedalia Restaurant, LLC (5861); M & M Columbia Restaurant, LLC (6214); M & M St. Peters Restaurants, LLC (0974); M & M Cottleville, LLC (3657); M & M St. Robert, LLC (8021); M & M Evansville, LLC (2097); M & M O'Fallon, LLC (9142); M & M Owensboro, LLC

8

4903-9836-7609, v. 1   Case 25-21650   Doc# 8   Filed 11/14/25   Page 8 of 11

(0465); M & M Cave Springs, LLC (7421); M & M Marion, LLC (8165); M & M Carbondale, LLC (8505); M & M Evansville West, LLC (7386); M & M Columbia South, LLC (2759); M & M Hopkinsville, LLC (0953); M & M Jackson, LLC (4519); M & M Paducah, LLC (9615); M & M Florissant, LLC (1820); M & M Lexington, LLC (7420); M & M Columbus, LLC (4986); M & M Franklin, LLC (3589); M & M Seymour, LLC (9539); M & M Bloomington, LLC (8844); M & M Nicholasville, LLC (5930); M & M Ellisville, LLC (3011); M & M Richmond, LLC (0268); M & M Wentzville, LLC (3051); M & M Gardner, LLC (4334); M & M Lake St. Louis, LLC (8426); M & M Valley Park, LLC (3145); M & M Martin City, LLC (2963). The docket in the Chapter 11 case of M & M Custard, LLC, Case No. 25-21650, should be consulted for all matters affecting this case.

9. Lastly, Debtors also request that the Court: (a) authorize Debtors to utilize a combined service list for the jointly administered cases; and (b) authorize combined notices be sent to creditors of Debtors' estates and other parties-in-interest, as applicable. Consistent with this Motion, Debtors also seek authority to file consolidated monthly operating reports as the Debtors file a consolidated tax return and all receipts of the subsidiary entities are deposited in M & M Custard bank accounts.

## Argument

10. As set forth in the Cole Declaration, the Debtors operate as an integrated business with common ownership and control and shared financial and operational systems. As a result, many of the motions, hearings, and orders in these cases will affect all Debtors. Joint administration of these chapter 11 cases therefore will reduce fees and costs by avoiding duplicative filings, objections, notices, and hearings. Joint administration will also allow the United States Trustee for the District of Kansas and all other parties in interest to monitor these chapter 11 cases with greater ease and efficiency.

11. Under section 105(a) of the Bankruptcy Code, "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against … a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). As set forth in the First Day Declaration,

9

Debtors in these case are highly integrated, and M & M Custard directly controls and manages each of the Debtors.

12. The rights of creditors will not be adversely affected because this Motion requests only administrative and not substantive consolidation of Debtors' estates. In fact, creditors will benefit from the reduced costs that will result from the joint administration of these cases. Finally, joint administration will simplify supervision of the administrative aspects of these chapter 11 cases by the United States Trustee — a task that would pose unnecessary burdens absent joint administration.

13. Finally, Debtors seek authority to file the required monthly operating reports on a consolidated basis, but Debtors will track and break out disbursements on a debtor-by-debtor basis in each monthly operating report. Debtors submit that the reports will accurately reflect Debtors' consolidated business operations and financial affairs.

14. Notice of this Motion has been given to: (a) Husch Blackwell as counsel to Equity Bank, Debtors' prepetition secured lender; (b) Debtors' 20 largest unsecured creditors; and (c) the Office of the United States Trustee for the District of Kansas (collectively, the **"Notice Parties"**). In light of the nature of the relief requested, Debtors submit that no further notice is necessary.

15. No prior request for the relief sought in this Motion has been made to this or any other Court in connection with these Chapter 11 cases.

WHEREFORE, Debtors respectfully request that the Court: (i) enter an order granting the relief requested herein; and (ii) grant such other and further relief to Debtors as the Court may deem just and proper.

Respectfully submitted,

EVANS & MULLINIX, P.A.


*/s/ Colin N. Gotham*
Colin N. Gotham, 19538
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. In addition to those parties served with this document by the Court's CM/ECF System, the undersigned will serve a true and correct copy of the foregoing upon the Office of the US Trustee, the secured creditors, and the twenty largest unsecured non-priority creditors and file a separate Certificate of Service.

*/s/ Colin N. Gotham*
Colin N. Gotham