IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

M&M CUSTARD, LLC, ET AL

Debtors[1].

Case No. 25-21650
Chapter 11

(Joint Administration Requested)

**MOTION FOR AUTHORITY TO REJECT CERTAIN UNEXPIRED LEASE AND EXECUTORY CONTRACT PURSUANT TO 11 U.S.C. § 365**

COME NOW Debtor and Debtor In Possession, M&M Custard, LLC ("Debtor"), by and through its attorney, Colin N. Gotham, and for its Motion for Authority to Reject Certain Unexpired Lease and Executory Contract Pursuant to 11 U.S.C. § 365 ("the Motion"), and respectfully states as follows:

1. On November 14, 2025 ("the Petition Date") Debtor, filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the Bankruptcy Code). Pursuant to §§ 1107 and 1108 of the Bankruptcy Code, the Debtor remains as Debtor-in-Possession.

2. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2).

3. Prior to the Petition Date, the Debtor and/or Debtor's subsidiaries entered into the following leases (the "Contract"):

    a. ABDH Partners, LLC
        i. Business property commonly known as: 1967 Glacier Park Avenue, Naperville, IL 60540

---

[1] The other Debtors in these Chapter 11 cases are as follows, with the last four digits of their respective EINs: M & M Jefferson City Restaurant, LLC (3475); M & M Sedalia Restaurant, LLC (5861); M & M Columbia Restaurant, LLC (6214); M & M St. Peters Restaurants, LLC (0974); M & M Cottleville, LLC (3657); M & M St. Robert, LLC (8021); M & M Evansville, LLC (2097); M & M O'Fallon, LLC (9142); M & M Owensboro, LLC (0465); M & M Cave Springs, LLC (7421); M & M Marion, LLC (8165); M & M Carbondale, LLC (8505); M & M Evansville West, LLC (7386); M & M Columbia South, LLC (2759); M & M Hopkinsville, LLC (0953); M & M Jackson, LLC (4519); M & M Paducah, LLC (9615); M & M Florissant, LLC (1820); M & M Lexington, LLC (7420); M & M Columbus, LLC (4986); M & M Franklin, LLC (3589); M & M Seymour, LLC (9539); M & M Bloomington, LLC (8844); M & M Nicholasville, LLC (5930); M & M Ellisville, LLC (3011); M & M Richmond, LLC (0268); M & M Wentzville, LLC (3051); M & M Gardner, LLC (4334); M & M Lake St. Louis, LLC (8426); M & M Valley Park, LLC (3145); M & M Martin City, LLC (2963). The Debtors' corporate headquarters and service address for these Chapter 11 cases is 7111 West 151st St, Suite 112, Overland Park, KS 66223.

1

ii. Subsidiary: M&M Naperville, LLC (Defunct)
b. AH2 Westmont 63rd Street Westmont IL LLC
   i. Business property commonly known as: 80 W. 63rd Street Westmont, IL 60559
   ii. Subsidiary: M&M Westmont, LLC (Defunct)
c. Freddy's Land, LLC
   i. Business property commonly known as: 9701 W. Lincoln Highway, Frankfort, IL 60423
   ii. Subsidiary: M&M Frankfort, LLC (Defunct)
d. Freddy's Land, LLC
   i. Business property commonly known as: 1095 S. Rand Road, Lake Zurich, IL 60047
   ii. Subsidiary: M&M Lake Zurich, LLC (Defunct)
e. Freddy's Land, LLC
   i. Business property commonly known as: 7402 W 159th Street, Orland Park, IL 60462
   ii. Subsidiary: M&M Orland Park, LLC (Defunct)
f. Niki Opportunities
   i. Business property commonly known as: 5500 Northwest Highway, Unit A, Crystal Lake, IL 60014
   ii. Subsidiary: M&M Crystal Lake, LLC (Defunct)
g. Restaurant Realty, AZ, LLC
   i. Business property commonly known as: 556 E. North Ave, Glendale Heights, IL 60139
   ii. Subsidiary: M&M Glendale Heights, LLC (Defunct)
h. Restaurant Realty, AZ, LLC
   i. Business property commonly known as: 9901 Orlando Street, Machesney, IL 61115
   ii. Subsidiary: M&M Machesney Park, LLC (Defunct)
i. Samrahs Investment Group LLC I

2

4928-3026-1368, v. 2

Case 25-21650    Doc# 14    Filed 11/14/25    Page 2 of 4

i. Business property commonly known as: 1020 Ogden Avenue, Montgomery, IL 60538

            ii. Subsidiary: M&M Montgomery, LLC (Defunct)

        j. Vwich Enterprises LLC

            i. Business property commonly known as: 440 S. Weber Road, Romeoville, IL 60446

            ii. M&M Romeoville, LLC (Defunct)

    4. The Debtor may be a guarantor or co-obligor on the leases, and the restaurants are closed.

    5. 11 U.S.C. § 365(a) expressly authorizes Debtor, subject to Court approval, to "assume or reject *any* executory contract or unexpired lease of the debtor." (Emphasis added). The Court uses a business judgment standard to determine whether to approve rejection, assumption, or assignment. *See G.I. Indus.*, 204 F.3d 1276 (9th Cir. 2000) and *In re Klein Sleep Prods.*, 78 F.3d 18 (2d Cir. 1996).

    6. The Debtor requests that the Rejected Contract be rejected as of the Petition Date ("the Effective Date").

    7. The Debtor has determined that the Rejected Contract is of inconsequential value and of no benefit to its estate. Accordingly, based on the Debtor's business judgment, it is in the best interests of the Debtor's estate and its creditors to reject the Rejected Contract.

    WHEREFORE, the Debtor respectfully requests that the Court enter an Order authorizing the Debtor to reject the Rejected Contract effective as of the Petition Date pursuant to 11 U.S.C. § 365 and for such other and further relief as is just and proper.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, 19538
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys For Debtor*

3

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System on the date entered on the court's docket.

Further, I certify that on this 14th day of November 2025, copies of the Motion were forwarded via U.S. Mail, first class, postage prepaid, and properly addressed to the following:

| |
|---|
| ABDH Partners, LLC<br>Attn: Doug Henzlik<br>7121 W 79th Street<br>Overland Park, KS 66204 |
| AH2 Westmont 63rd Street Westmont IL LLC<br>Attn: Dr. Emmanuel Anekwe<br>6640 Tuscany Ridge Drive<br>El Paso, TX 79912 |
| Freddy's Land, LLC<br>Attn: Randy Simon<br>260 N Rock Rd. Suite 130<br>Wichita, KS 67206 |
| Niki Opportunities<br>Property Management - Pine Tree<br>1 Tower Lane, Suite 400<br>Villa Park, IL 60181 |
| Office of the United States Trustee<br>301 North Main Street, Suite 1150<br>Wichita, KS  37202 |
| Restaurant Realty, AZ, LLC<br>Attn: Mike Ruben<br>PO Box 49470<br>Schaumburg, IL 60159-0470 |
| Samrahs Investment Group LLC I<br>Attn: Anil Sharma<br>2218 Sunrise Street<br>Ferndale, WA 98248 |
| Vwich Enterprises LLC<br>Attn: Ghandi Vwich<br>5388 Barr Road<br>Ferndale, WA 98248 |

/*s/ Colin N. Gotham*
Colin N. Gotham

4