Docusign Envelope ID: F7082117-4821-4C2B-A7E8-7EA7FBCB5057

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| M&M CUSTARD, LLC, | )    Case No. |
| | )    Chapter 11 |
| Debtor. | ) |

**DECLARATION OF ERIC COLE IN SUPPORT**
**OF FIRST DAY MOTIONS**

Eric Cole, Managing Member of M&M Custard, LLC, under penalty of perjury hereby states as follows:

1. M&M Custard, LLC ("M&M Custard") is a Freddy's Frozen Custard & Steakburgers ("FFC") franchisee founded in 2010 by Eric Cole and Steve Nordstrom.

2. Since opening its first location in Jefferson City, Missouri, in 2012, M&M Custard expanded to 42 restaurants across six states, generating $58.1 million in total revenues.

3. M&M Custard, from 2015–2023, consistently ranked among the Top 5 Franchisees nationwide in performance, size, and AUVs, earning multiple awards, including Operator of the Year, Developer of the Year, and highest year-over-year growth.

4. In July 2021, FFC approached M&M Custard with an opportunity to acquire and develop the underperforming Chicago market from the franchisor.

5. In August 2021 M&M Custard acquired 3 stores in the Chicago market.

6. In February 2022 M&M Custard acquired 3 additional stores in the Chicago market.

7. In April 2022 M&M Custard opened an additional store in the Chicago market.

8. M&M Custard's rationale regarding the move into the Chicago market was that FFC believed the market was viable with significant upside, but has been neglected by the franchisor.

9. The new ownership had chose not to develop outside of Wichita, Kansas City, and St. Louis markets.

10. The Chicago market includes over 8 million residents (potential customers) across the city and suburban metro.

1

11. M&M invested $1 million to acquire existing stores and secure exclusive geographical development rights.

12. M&M Custard committed to an aggressive development plan, adding 4 high-visibility "billboard locations" to accelerate brand awareness and presence.

13. Despite targeted expansion, operational improvements, and increased market awareness, three years later (six years total under the brand), the Chicago market has struggled to gain sustainable traction, raising significant concerns about its long-term viability.

14. By early 2024, it became clear that M&M Custard's operations had evolved into two fundamentally different businesses:
    a. M&M Custard Legacy ("Legacy")
        i. 31 profitable, well-established stores with strong brand awareness and consistent performance ($48.8 million in total store revenue)
    b. M&M Custard Chicago ("Chicago")
        i. A "toxic asset" generating negative EBITDA and creating a financial drag on the overall business.

15. While the Legacy portfolio has continued to deliver steady performance, the Chicago portfolio has faced persistent challenges. The combination of sustained negative EBITDA, limited buyer appetite for underperforming assets, and the increasingly burdensome regulatory and tax environment in Illinois eroded the long-term viability of the market.

16. In March 2024, M&M Custard prioritized the full divestiture of its Chicago portfolio to protect and strengthen its profitable Legacy portfolio. The exit is being carried out in structured phases:
    a. In March 2024, M&M Custard closed the store operated by its subsidiary, M&M Orland Park, LLC.
    b. In May 2025, M&M Custard closed the store operated by its subsidiary, M&M Lake Zurich, LLC.
    c. In August 2025 through October 2025, M&M Custard closed the stores operated by the following subsidiaries:
        i. M&M Crystal Lake, LLC
        ii. M&M Frankfort, LLC
        iii. M&M Glendale Heights, LLC
        iv. M&M Machesney Park, LLC
        v. M&M Montgomery, LLC
        vi. M&M Naperville, LLC
        vii. M&M Romeoville, LLC
        viii. M&M Westmont, LLC
    d. During the August 2025 through October 2025 period, the landlord for M&M Homewood, LLC sold the property and the lease was cancelled.

17. M&M currently has 31 subsidiaries operating stores in 6 states in mid-America.

2

Docusign Envelope ID: F7082117-4821-4C2B-A7E8-7EA7FBCB5057

18. Simultaneously with the filing of this Affidavit, M&M Custard is filing a Motion to reject all of the leases of the Chicago business locations.

19. M&M Custard believes that without the drag from the Chicago stores, the business can be successfully reorganized.

20. M&M Custard is the 100% owner of the following:

> M&M Bloomington, LLC
> M&M Carbondale, LLC
> M&M Cave Springs, LLC
> M&M Columbia Restaurant, LLC
> M&M Columbia South, LLC
> M&M Columbus, LLC
> M&M Cottleville, LLC
> M&M Ellisville, LLC
> M&M Evansville West, LLC
> M&M Evansville, LLC
> M&M Florissant, LLC
> M&M Franklin, LLC
> M&M Gardner, LLC
> M&M Hopkinsville, LLC
> M&M Jackson, LLC
> M&M Jefferson City Restaurant, LLC
> M&M Lake St. Louis, LLC
> M&M Lexington, LLC
> M&M Marion, LLC
> M&M Martin City, LLC
> M&M Nicholasville, LLC
> M&M O'Fallon, LLC
> M&M Owensboro, LLC
> M&M Paducah, LLC
> M&M Richmond, LLC
> M&M Sedalia Restaurant, LLC
> M&M Seymour, LLC
> M&M St. Peters Restaurants, LLC
> M&M St. Robert, LLC
> M&M Valley Park, LLC
> M&M Wentzville, LLC

4915-0789-1833, v. 1

Docusign Envelope ID: F7082117-4821-4C2B-A7E8-7EA7FBCB5057

21. All of the revenue from the subsidiary entities are swept into the bank accounts of M&M Custard and all subsidiary entities are operated as one entity.

M&M Custard, LLC

DocuSigned by:

/s/ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
9FA2CAAC47AB49A...

Eric Cole
Title: Managing Member

4915-0789-1833, v. 1