The relief described hereinbelow is SO ORDERED.

SIGNED this 17th day of November, 2025.



_____
Robert D. Berger
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re:

M&M CUSTARD, LLC, ET AL

Debtors[1].

Case No. 25-21650
Chapter 11

(Joint Administration Requested)

### ORDER GRANTING DEBTOR'S MOTION FOR EMERGENCY HEARING

**THIS MATTER** comes on for consideration upon the Debtor's Motions for Emergency Hearings regarding the following "first day motions":

1. Motion for Joint Administration [doc. #8].
2. Motion for Interim and Final Orders Approving the Continued Use of Debtors' Cash Management System and Bank Accounts [doc. #16].

---

[1] The other Debtors in these Chapter 11 cases are as follows, with the last four digits of their respective EINs: M & M Jefferson City Restaurant, LLC (3475); M & M Sedalia Restaurant, LLC (5861); M & M Columbia Restaurant, LLC (6214); M & M St. Peters Restaurants, LLC (0974); M & M Cottleville, LLC (3657); M & M St. Robert, LLC (8021); M & M Evansville, LLC (2097); M & M O'Fallon, LLC (9142); M & M Owensboro, LLC (0465); M & M Cave Springs, LLC (7421); M & M Marion, LLC (8165); M & M Carbondale, LLC (8505); M & M Evansville West, LLC (7386); M & M Columbia South, LLC (2759); M & M Hopkinsville, LLC (0953); M & M Jackson, LLC (4519); M & M Paducah, LLC (9615); M & M Florissant, LLC (1820); M & M Lexington, LLC (7420); M & M Columbus, LLC (4986); M & M Franklin, LLC (3589); M & M Seymour, LLC (9539); M & M Bloomington, LLC (8844); M & M Nicholasville, LLC (5930); M & M Ellisville, LLC (3011); M & M Richmond, LLC (0268); M & M Wentzville, LLC (3051); M & M Gardner, LLC (4334); M & M Lake St. Louis, LLC (8426); M & M Valley Park, LLC (3145); M & M Martin City, LLC (2963). The Debtors' corporate headquarters and service address for these Chapter 11 cases is 7111 West 151st St, Suite 112, Overland Park, KS 66223.

3. Motion for an Order Authorizing Payment of Certain Pre-Petition Taxes [doc. #17].

4. Motion for Interim and Final Orders Authorizing Debtors to Maintain, Continue, and Renew their Insurance Programs, Policies, and Agreements [doc. #18].

5. Motion for Authorization to Pay Claims of Certain Critical Vendors [doc. #19].

6. Motion for Order Authorizing Payment of Pre-Petition Employee Wages and Benefits and Authorizing Payment and Continuation of Certain Post-Petition Employee Wages and Benefits [doc. #20].

7. Motion for Approval of Preliminary Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. Proc. 4001 Concerning the Use of Cash Collateral and Providing for Adequate Protection and Related Matters [doc. #21].

8. Declaration in Support of First Day Motions by Eric H. Cole [doc. #22].

**IT IS THEREFORE BY THE COURT ORDERED** that the Debtor's Motion for an Emergency Hearing regarding the foregoing "first day motions" is hereby granted, and

**IT IS FURTHER ORDERED** that the foregoing "first day motions" shall be heard by the Court on November 19, 2025, at 1:00 pm. The hearing will be held telephonically. Participants should dial 1-855-244-8681 and enter the Participant Access Code: 2304 224 0718#. Participants should call the conference number at least ten minutes prior to the scheduled docket.

**IT IS SO ORDERED.**

###

Submitted by:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO #52343
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys For Debtor*