IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

M&M CUSTARD, LLC, ET AL

Debtors[1].

Case No. 25-21650
Chapter 11

(Joint Administration Requested)

# MOTION FOR ORDER SETTING BAR DATE
# FOR FILING PROOFS OF PRE-PETITION CLAIMS

COMES NOW the Debtors and Debtors-in-Possession, M&M Custard, LLC, et al by and through their counsel, Colin N. Gotham of Evans & Mullinix, P.A., and request that the court, pursuant to Fed. R. Bankr. Proc. 3003(c), set a date by which all creditors must file their Proofs of Pre-Petition Claims. In support hereof, the Debtors state and allege as follows:

1. Bankruptcy Rule 3003(c)(2) and (3) requires all creditors whose claims or interests are not scheduled or are scheduled as disputed, contingent, or unliquidated to file a Proof of Claim or interest within the time prescribed by the Court.

2. The Debtors respectfully request that the Court enter its order, a copy of which is attached hereto as Exhibit A, setting March 16, 2026, as the deadline for non-governmental creditors to file their Proofs of Pre-Petition Claims and setting May 13, 2026, as the deadline for governmental creditors to file their Proofs of Pre-Petition Claims

---

[1] The other Debtors in these Chapter 11 cases are as follows, with the last four digits of their respective EINs: M & M Jefferson City Restaurant, LLC (3475); M & M Sedalia Restaurant, LLC (5861); M & M Columbia Restaurant, LLC (6214); M & M St. Peters Restaurants, LLC (0974); M & M Cottleville, LLC (3657); M & M St. Robert, LLC (8021); M & M Evansville, LLC (2097); M & M O'Fallon, LLC (9142); M & M Owensboro, LLC (0465); M & M Cave Springs, LLC (7421); M & M Marion, LLC (8165); M & M Carbondale, LLC (8505); M & M Evansville West, LLC (7386); M & M Columbia South, LLC (2759); M & M Hopkinsville, LLC (0953); M & M Jackson, LLC (4519); M & M Paducah, LLC (9615); M & M Florissant, LLC (1820); M & M Lexington, LLC (7420); M & M Columbus, LLC (4986); M & M Franklin, LLC (3589); M & M Seymour, LLC (9539); M & M Bloomington, LLC (8844); M & M Nicholasville, LLC (5930); M & M Ellisville, LLC (3011); M & M Richmond, LLC (0268); M & M Wentzville, LLC (3051); M & M Gardner, LLC (4334); M & M Lake St. Louis, LLC (8426); M & M Valley Park, LLC (3145); M & M Martin City, LLC (2963). The Debtors' corporate headquarters and service address for these Chapter 11 cases is 7111 West 151st St, Suite 112, Overland Park, KS 66223.

3. The Debtors will mail a copy of this Order to all parties on the court's mailing matrix upon entry of the same.

4. The Debtors respectfully suggest that setting March 16, 2026, as the non-government Bar Date and May 13, 2026, as the governmental Bar Date will provide the creditors sufficient time to file their Proofs of Pre-Petition Claims and will not prejudice the creditors' ability to do so.

WHEREFORE, the Debtors respectfully request an Order of this Court setting March 16, 2026, as the non-government Bar Date and May 13, 2026, as the governmental Bar Date for filing Proofs of Pre-Petition Claims against the Debtors and for such other and further relief as the Court deems just and proper.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO #52343
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system upon filing of the same.

*/s/ Colin N. Gotham*
Colin N. Gotham