Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

M&M CUSTARD, LLC, ET AL

Debtors[1].

Case No. 25-21650
Chapter 11

(Joint Administration Requested)

**ORDER FIXING BAR DATE FOR FILING OF PROOFS OF PRE-PETITION CLAIMS
BAR DATE OF MARCH 16, 2026, FOR NON-GOVERNMENTAL CREDITORS
BAR DATE OF MAY 13, 2026, FOR GOVERNMENTAL CREDITORS**

TO CREDITORS AND ANY ENTITY, PERSON, OR GOVERNMENTAL AGENCY ASSERTING A CLAIM AGAINST THE DEBTORS OR ITS ESTATE:

Please take notice that the United States Bankruptcy Court for the District of Kansas **("the Bankruptcy Court") has** entered this order setting **March 16, 2026,** as the last date for filing Proofs of Pre-Petition Claims (as defined herein) by non-governmental creditors and setting **May 13, 2026,** as the last date for filing Proofs of Pre-Petition Claims ("the Bar Date") (as defined

---

[1] The other Debtors in these Chapter 11 cases are as follows, with the last four digits of their respective EINs: M & M Jefferson City Restaurant, LLC (3475); M & M Sedalia Restaurant, LLC (5861); M & M Columbia Restaurant, LLC (6214); M & M St. Peters Restaurants, LLC (0974); M & M Cottleville, LLC (3657); M & M St. Robert, LLC (8021); M & M Evansville, LLC (2097); M & M O'Fallon, LLC (9142); M & M Owensboro, LLC (0465); M & M Cave Springs, LLC (7421); M & M Marion, LLC (8165); M & M Carbondale, LLC (8505); M & M Evansville West, LLC (7386); M & M Columbia South, LLC (2759); M & M Hopkinsville, LLC (0953); M & M Jackson, LLC (4519); M & M Paducah, LLC (9615); M & M Florissant, LLC (1820); M & M Lexington, LLC (7420); M & M Columbus, LLC (4986); M & M Franklin, LLC (3589); M & M Seymour, LLC (9539); M & M Bloomington, LLC (8844); M & M Nicholasville, LLC (5930); M & M Ellisville, LLC (3011); M & M Richmond, LLC (0268); M & M Wentzville, LLC (3051); M & M Gardner, LLC (4334); M & M Lake St. Louis, LLC (8426); M & M Valley Park, LLC (3145); M & M Martin City, LLC (2963). The Debtors' corporate headquarters and service address for these Chapter 11 cases is 7111 West 151st St, Suite 112, Overland Park, KS 66223.

herein) by governmental creditors above-captioned Chapter 11 case of M&M Custard, LLC, et al ("the Debtors").

As used herein, the term "Claim" is given the broadest possible definition under bankruptcy law, and includes any right to payment, whether in contract, tort, or by statute, and whether such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, legal, equitable, secured, priority, or unsecured as of February 10, 2025, the filing date of the Chapter 11 bankruptcy petition.

Copies Of The Debtors' Schedules And Statements Of Affairs Are On File At The Bankruptcy Clerk's Office, And Copies May Be Obtained Therefrom. As Detailed Below, A Creditor Whose Claim Is Not Scheduled Or Is Scheduled As Disputed, Contingent, And/Or Unliquidated And Who Does Not File A Proof Of Claim By **March 16, 2026**, Will Be Forever Barred From Participating In The Debtors' Estate Or Receiving Any Distribution Therefrom.

The Debtors Listed the following Claim As Disputed, Contingent, Or Unliquidated. Debtors listed the following claims as disputed, contingent, or unliquidated:

Budderfly LLC

**ALL PROOFS OF CLAIM MUST BE FILED ELECTRONICALLY** at https://www.ksb.uscourts.gov **OR** with the Office of the US Bankruptcy Clerk, US Courthouse, Clerk of the U.S. Bankruptcy Court, 500 State Ave., Room 161, Kansas City, KS 66101 on or before *March 16, 2026*, **by non-governmental creditors and by** *May 13, 2026,* **by governmental creditors.**

**CLAIMS WILL BE DEEMED FILED ONLY WHEN THEY ARE ACTUALLY RECEIVED AT THE ABOVE ADDRESS OR FILED ELECTRONICALLY**. If you file your proof of claim by mailing it to the Office of the U.S. Bankruptcy Clerk, you must provide one additional copy and a postage-paid, self-addressed envelope with your original Proof of Claim to receive a filed copy.

IF YOU ASSERT A CLAIM AGAINST THE DEBTORS, YOU MUST TIMELY FILE A PROOF OF CLAIM ON OR BEFORE THE APPROPRIATE BAR DATE AS SET FORTH HEREIN**,** IF:

1. The Debtors have not scheduled you as a creditor.

2. The Debtors have scheduled you as a creditor but have listed your Claim as disputed, contingent, or unliquidated.

3. The Debtors have scheduled you as a creditor, but you disagree with the amount listed for your Claim by the Debtors.

4. You believe your claim to be a secured Claim, and the Debtors has not scheduled your Claim as such.

5. You believe your Claim is entitled to priority under the Bankruptcy Code and the Debtors have not so scheduled your Claim in the proper amount.

6. You are a co-Debtor, surety, or guarantor who may file under 11 U.S.C. § 501(d) or Fed. R. Bankr. P. 3005.

7. You are a holder of common stock in the Debtors, or you assert a Claim against or equity interest in the Debtors other than one evidenced by and based only on the shares of stock held; or

8. Except as provided below.

IF YOU FAIL TO TIMELY FILE A PROOF OF CLAIM ON OR BEFORE THE APPROPRIATE BAR DATE AS SET FORTH HEREIN, BUT ARE REQUIRED TO DO SO:

1. Your Claim will be forever barred from:

    a. Participating in any manner in this case.

    b. Voting with respect to any Plan of Reorganization filed in this Chapter 11 case; and

    c. Receiving any distribution under any such Plan of Reorganization, if such plan is confirmed by the Bankruptcy Court; and

2. You will be bound by the terms of any such Plan of Reorganization if such plan is confirmed by the Bankruptcy Court; and

If you assert a Claim against the Debtors from (a) recovery of property transferred to you as an avoidable transfer; or (b) certain taxes as described in Bankruptcy Code Section 502(i), you must file a Proof of Claim with the address specified above on or before the appropriate Bar Date as set forth herein, thirty (30) days after entry of an order or judgment avoiding a transfer or thirty (30) days after the relevant tax claim arises, respectively.

If you assert a Claim from the rejection of an executory contract or unexpired lease that has not already been rejected either by court order or operation of law, the last date for filing a Proof of Claim arising from that rejection shall be specified in the appropriate order of the court authorizing rejection of the particular executory contract or unexpired lease.

PENDING FURTHER ORDER OF THE COURT, THE FOLLOWING PROOFS OF CLAIM ARE EXEMPTED FROM THE DEADLINES SET FORTH ABOVE, INCLUDING THE BAR DATE:

1. General unsecured claims against the Debtors which have already been paid pursuant to any order of this Court.

2. Claims for administrative expenses against the Debtors arising under Bankruptcy Code Sections 328(a), 330, 331, 364, 5003(b), 507(a)(1), or 507(b).

3. Any Proof of Claim previously filed with the Clerk of the Court prior to the mailing of this notice, subject to the right of the Debtors or any other party in interest to object to allowance thereof. ADDITIONAL PROOFS OF CLAIM SHOULD NOT BE FILED; and

4. Proofs of Claim filed by the Debtors on behalf of creditors pursuant to 11 U.S.C. § 501(c) and Fed. R. Bankr. P. 3004.

A Proof of Claim form is attached to this Order.

IT IS SO ORDERED.

### # # #

Submitted by:

EVANS & MULLINIX, P.A.

*/s/Colin N. Gotham*
Colin N. Gotham, KS #19538, MO #52342
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys For the Debtors*