

# Will Katz, MBA, CVA

**Certified Valuation Analyst • Business Valuation Expert • Testifying Expert Witness**

## Contact Information

**Email:** willkatz@ku.edu
**Phone:** 785-550-0481
**Location:** Lawrence, Kansas, USA

## Summary of Qualifications

- Certified Valuation Analyst (CVA) since 2014 with **1,400+ business valuations** completed.
- Deep specialization in **SBA 7(a) acquisition lending valuations** (~50% of total valuation volume).
- Extensive experience performing valuations for **gift & estate, litigation, shareholder disputes, marital dissolution, damages, 409A, ERISA,** and **commercial transactions**.
- **Testifying expert** in **state court, arbitration,** and **federal court,** including **federal jury trial testimony**.
- Experience with cases involving wrongful death, lost profits, shareholder oppression, business damages, personal injury economic loss, and valuation of closely held entities.
- Former Regional Director of the **Kansas University Small Business Development Center**.
- Lecturer in the **Full-Time MBA Program at the University of Kansas** since 2018, teaching applied decision-making.
- Frequent presenter at national and statewide conferences on valuation, finance, and small-business strategy.

## Professional Certifications

- **Certified Valuation Analyst (CVA)** – National Association of Certified Valuators and Analysts (NACVA)

## Valuation Experience

- **1,400+ valuations** completed across a wide range of industries and purposes.

- **SBA 7(a) and 504 loan valuations** (approx. 50% of total work).

- **Gift & Estate valuations** under IRC §2512 and §2031.

- **Business valuations for litigation**, including economic damages, shareholder disputes, divorce, and partnership dissolution.

- **409A valuations** for deferred compensation and stock option pricing.

- **Buy-sell agreement valuations,** fairness considerations, and advisory-level FMV analyses.

- **Financial reporting and impairment-related valuations** (when applicable).

- **Broker/owner and strategic planning valuations** for closely held businesses.

## Industries Served

Manufacturing, construction, healthcare, professional services, transportation, distribution, retail, restaurants, technology, facilities services, trades, and numerous niche industries.

## Expert Witness & Litigation Experience

*(Representative listing based on matters provided)*

### Federal Court Testimony

- **Trident vs. Smart Beverage** – U.S. District Court, Southern District of Texas
  *Role:* Written report, deposition, and **federal jury trial testimony** (2023–2024).

- **Leeds vs. Allianz Risk Consulting** – U.S. District Court, District of Kansas
  *Role:* Written report and testimony (2022).

### State Court Testimony

- Multiple cases involving valuations for marital dissolution, shareholder disputes, business damages, and economic loss analysis, including testimony in Kansas district courts and other jurisdictions.

## Depositions & Arbitration

- Appeared in depositions related to business value, damages, and causation.

- Testified in arbitration matters involving business valuation and economic damages.

*(A full, detailed list can be expanded upon request.)*

# Professional Presentations & Instruction

Selected presentations:

- National SBDC Conference – Topics in valuation, financial analysis, and small-business finance.
- Estate Planning Councils – Business valuation for estate and gift purposes.
- Kansas SBDC programs – Cash flow analysis, business valuation fundamentals, and advanced valuation techniques.
- Banking groups and lender education sessions on SBA valuation standards, financial statement analysis, and risk assessment.

# Professional Experience

## Lecturer – Full-Time MBA Program, University of Kansas

*2018–Present* - Instructor in the KU School of Business MBA program, teaching graduate-level coursework in financial analysis, valuation, and strategic decision-making. - Develops and delivers curriculum emphasizing applied financial modeling, business valuation, and analytical reasoning. - Integrates real-world valuation casework into instruction, enhancing practitioner credibility and student engagement.

# Professional Experience

## Kansas University Small Business Development Center (KU SBDC)

### Regional Director / Advisor
- Led advisory services for small businesses, including valuation, strategic planning, and financial consulting.
- Oversaw program development and training across the region.
- Advised hundreds of clients per year on financial management, valuation readiness, and acquisition strategy.

## Independent Valuation Practice

**Certified Valuation Analyst**
- Completed 1,400+ valuations for litigation, lending, tax, and advisory purposes.
- Served as a testifying expert in federal and state courts.
- Performed complex financial modeling, economic damages assessments, and multi-approach business valuations.

## Education

- **Master of Business Administration (MBA)** – University of Kansas

- **Bachelor of Arts (B.A.)**, Philosophy & Russian – University of Kansas

## Engagement Types Supported

- SBA acquisition lending (50%)

- Gift & estate valuations

- Divorce and shareholder litigation

- Economic damages

- Transaction advisory

- Fair market value reports for strategic planning

## Expert Witness Declaration

I am a Certified Valuation Analyst (CVA) and have performed more than 1,400 valuations for compensation. I regularly provide valuation services, including litigation support and expert testimony, in accordance with recognized professional standards.

## Litigation Appendix – Full Case List

### Federal Cases

Trident v. Smart Beverage – U.S. District Court, Southern District of Texas (2023–2024): Written report, deposition, federal jury trial testimony.

Leeds v. Allianz Risk Consulting – U.S. District Court for the District of Kansas (2022): Written report and testimony.

### State Court Cases

Peoples et al. v. Ronnoco Coffee, LLC – Jackson County, Missouri (2025–2026): Deposition Oct 2, 2025; expected testimony April 2026.

Nisar Ahmad v. Qudsiiyyah Khan – Clay County, Missouri (2023): Report & testimony.

Stewart v. Stewart – Jackson County, Missouri (2021): Report & testimony.

Rodina et al. v. Adams et al. – Jackson County, Missouri / AAA Arbitration (2024–2025): Report, deposition, arbitration testimony.

Gann v. Gann – Jackson County, Missouri (2024): Written report and follow-up.

Barrow v. Barrow – Jackson County, Kansas (2024): Report & testimony.

Graham v. Graham – Jackson County, Missouri (2024): Report & testimony.

Pearce v. Pearce – Johnson County, Kansas (2023): Written report.

Cook v. Cook – Shawnee County, Kansas (2024): Written report.

Leib v. Leib – Johnson County, Kansas (2024): Written report.

Kim Salinas v. Mike Salinas – Arkansas, Case No. 63DR-17-949: Written report only.

Shatto Divorce Matter – Kansas/Missouri (2024): Written valuation report; retained by attorney Christopher Barnds.

Jason Harsch Divorce Matter – Kansas: Written valuation report; represented by attorney Monte Miller.

Victor Arguello & Medalia Rodriguez Divorce Matter – Kansas: Written valuation report; represented by attorney Monte Miller.