# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re:

M&M CUSTARD, LLC, ET AL

Debtors[1].

Case No. 25-21650
Chapter 11

(Joint Administration Requested)

### FINANCIAL ADVISOR AND VALUATION SPECIALIST'S DECLARATION PURSUANT TO 11 U.S.C. § 329 AND FED. R. BANKR. P. 2014 AND 2016

I, Will Katz, MBA, CVA, hereby state and declare under penalty of perjury that:

1. I am a member of Blue Owl Valuation, which maintains offices at 11000 King Street, Overland Park, KS 66210.

2. As best as I have been able to determine, neither I nor Blue Owl Valuation, nor its members, have any financial connection with the Debtor or their estate.

3. As best as I have been able to determine, neither I nor Blue Owl Valuation, nor its members, have any agreement or understanding with any other person for the division of compensation, except with members of Blue Owl Valuation, as permitted by the Bankruptcy Code. Neither have I entered into any agreement which is prohibited by U.S.C. Title 18, § 155.

---

[1] The other Debtors in these Chapter 11 cases are as follows, with the last four digits of their respective EINs: M & M Jefferson City Restaurant, LLC (3475); M & M Sedalia Restaurant, LLC (5861); M & M Columbia Restaurant, LLC (6214); M & M St. Peters Restaurants, LLC (0974); M & M Cottleville, LLC (3657); M & M St. Robert, LLC (8021); M & M Evansville, LLC (2097); M & M O'Fallon, LLC (9142); M & M Owensboro, LLC (0465); M & M Cave Springs, LLC (7421); M & M Marion, LLC (8165); M & M Carbondale, LLC (8505); M & M Evansville West, LLC (7386); M & M Columbia South, LLC (2759); M & M Hopkinsville, LLC (0953); M & M Jackson, LLC (4519); M & M Paducah, LLC (9615); M & M Florissant, LLC (1820); M & M Lexington, LLC (7420); M & M Columbus, LLC (4986); M & M Franklin, LLC (3589); M & M Seymour, LLC (9539); M & M Bloomington, LLC (8844); M & M Nicholasville, LLC (5930); M & M Ellisville, LLC (3011); M & M Richmond, LLC (0268); M & M Wentzville, LLC (3051); M & M Gardner, LLC (4334); M & M Lake St. Louis, LLC (8426); M & M Valley Park, LLC (3145); M & M Martin City, LLC (2963). The Debtors' corporate headquarters and service address for these Chapter 11 cases is 7111 West 151st St, Suite 112, Overland Park, KS 66223.

4. With the exception of the disclosure set forth herein, to the best knowledge of the Debtor, Blue Owl Valuation, and its members, neither Blue Owl Valuation nor its members are connected in any manner with the Debtor other than as Debtor's Financial Advisor and Valuation Specialist, or with creditors or any other party in interest in this matter. Thus, other than as set forth in paragraph 6, the firm and its members are disinterested parties as defined in 11 U.S.C. § 101(14), representing no interest adverse to the Debtor or the Debtor's estate on the matters upon which they are to be engaged, and their employment would be in the best interests of the bankruptcy estate.

5. I understand that I have a continuing duty to disclose any adverse interest and change in my status as a disinterested party.

6. I understand that the Court's approval of the Debtor's Application to employ Blue Owl Valuation does not constitute approval of the proposed terms of compensation set forth therein and that, pursuant to 11 U.S.C. § 328(a), the Court may allow compensation on terms different from those proposed.

7. Based on the foregoing statement, I believe that Blue Owl Valuation and I are "disinterested persons" within the meaning of 11 U.S.C. § 101(14) and 327 and that our proposed retention as Financial Advisor and Valuation Specialist for the Debtor is not prohibited by Fed. R. Bankr. P. 5002.

BLUE OWL VALUATION

_____          12/22/2025
Will Katz, MBA, CVA                     Date